IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:
RICHMOND CHRISTIAN CENTER,　　　　　　　　　　　Bankruptcy Case
　　　　　　　　　　　　　　　　　　　　　　　　　No.: 13-36312-KLP
Debtor.　　　　　　　　　　　　　　　　　　　　　Chapter 11

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Kaufman & Canoles enters its appearance on behalf of Foundation Capital Resources, Inc. ("**Foundation**").

Pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, Foundation requests that notice of all matters specified in Rules 2002(a), 2002(b), 2002(c) and 2002(f) of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or affecting interested parties, including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be sent to the following address:

>　Paul K. Campsen, Esq.
>　Dennis T. Lewandowski, Esq.
>　Kaufman & Canoles, a
>　　professional corporation
>　150 West Main Street, Suite 2100
>　Norfolk, VA  23510
>　Tele:　(757) 624-3000
>　Fax:　(757) 624-3169
>　E-mail:pkcampsen@kaufcan.com
>　　　　　dtlewand@kaufcan.com

Paul K. Campsen, Esq. (VSB No. 18133)
Dennis T. Lewandowski, Esq. (VSB. 22232)
Kaufman and Canoles, a professional corporation
150 West Main Street, Suite 2100
Norfolk, VA  23510
Tele:　(757) 624-3000
Fax:　(757) 624-3169
*Counsel for Foundation Capital Resources, Inc.*

Pursuant to Rule 3017 of the Federal Rules of Bankruptcy Procedure, Foundation further requests that copies of all disclosure statements and plans of reorganization, together with any accompanying notices, be mailed to them as set forth above.

                              Respectfully submitted,

                              KAUFMAN & CANOLES, a
                              professional corporation

By:   /s/ Paul K. Campsen
             Of Counsel

Paul K. Campsen, Esq. (VSB No. 18133)
Dennis T. Lewandowski, Esq. (VSB No. 22232)
Kaufman and Canoles, a professional corporation
150 West Main Street, Suite 2100
Norfolk, VA 23510
Tele:  (757) 624-3000
Fax:   (757) 625-3169
E-mail:pkcampsen@kaufcan.com
       dtlewand@kaufcan.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of December, 2013, service of the foregoing Entry of Appearance and Request for Notices was effected by placing true and correct copies in the United States Mail, first class, postage prepaid addressed as follows:

                    Kevin J. Funk, Esq.
                    DurretteCrump PLC
                    1111 East Main Street, 16th Floor
                    Richmond, VA 23219

                    Mr. Stephen A. Parson, Sr.
                    214 Cowardin Ave.
                    Richmond, VA 23224

                    Robert B. Van Arsdale, Assistant
                     United States Trustee
                    Office of the United States Trustee
                    701 East Broad Street, Suite 4304
                    Richmond, VA 23219

                                                        /s/ Paul K. Campsen