B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Richmond Christian Center** , Debtor(s)

Case No. **13-36312**
Chapter **11**

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Allied Waste Service<br>Post Office Box 9001009<br>Louisville, KY 40290-1099 | Allied Waste Service<br>Post Office Box 9001009<br>Louisville, KY 40290-1099 | Open account | | 2,037.93 |
| Citibusiness<br>Post Office Box 6077<br>Sioux Falls, SD 57117-6077 | Citibusiness<br>Post Office Box 6077<br>Sioux Falls, SD 57117-6077 | Open account | | 666.59 |
| City of Richmond<br>Dept. of Public Utilities<br>P.O. Box 26060<br>Richmond, VA 23274 | City of Richmond<br>Dept. of Public Utilities<br>P.O. Box 26060<br>Richmond, VA 23274 | Open account | | 181.49 |
| City of Richmond<br>Dept. of Public Utilities<br>P.O. Box 26060<br>Richmond, VA 23274 | City of Richmond<br>Dept. of Public Utilities<br>P.O. Box 26060<br>Richmond, VA 23274 | Open account | | 23,267.68 |
| City of Richmond VA Rl. Estate<br>Post Office Box 105304<br>Atlanta, GA 30348-5304 | City of Richmond VA Rl. Estate<br>Post Office Box 105304<br>Atlanta, GA 30348-5304 | Real Estate Taxes | | 27,031.14 |
| City of Richmond-Stormwater<br>Department of Public Utilities<br>Post Office Box 75650<br>Baltimore, MD 21275-5650 | City of Richmond-Stormwater<br>Department of Public Utilities<br>Post Office Box 75650<br>Baltimore, MD 21275-5650 | Open account | | 6,995.50 |
| Comtel Security Services<br>8016 Staples Mill Road<br>Henrico, VA 23228 | Comtel Security Services<br>8016 Staples Mill Road<br>Henrico, VA 23228 | Open account | | 1,518.00 |
| Dutton Equipment Repair, Inc.<br>163 Brandon Road<br>Richmond, VA 23224 | Dutton Equipment Repair, Inc.<br>163 Brandon Road<br>Richmond, VA 23224 | Open account | | 15,157.71 |
| First Equity Card Corp.<br>Post Office Box 23029<br>Columbus, GA 31902-3029 | First Equity Card Corp.<br>Post Office Box 23029<br>Columbus, GA 31902-3029 | Open account | | 2,380.00 |
| Harrell & Chambliss<br>707 East Main Street<br>Richmond, VA 23219 | Harrell & Chambliss<br>707 East Main Street<br>Richmond, VA 23219 | Legal fees | | 30,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Richmond Christian Center** Case No. **13-36312**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>Post Office Box 970024<br>Saint Louis, MO 63197-0024 | Internal Revenue Service<br>Post Office Box 970024<br>Saint Louis, MO 63197-0024 | Taxes | | 4,582.00 |
| M&T Bank<br>Post Office Box 64679<br>Baltimore, MD 21264 | M&T Bank<br>Post Office Box 64679<br>Baltimore, MD 21264 | 2009 BMW 3 Series (VIN WBAPL33509A404452) | | 29,591.00<br><br>(28,000.00 secured) |
| M&T Bank<br>Post Office Box 64679<br>Baltimore, MD 21264-4679 | M&T Bank<br>Post Office Box 64679<br>Baltimore, MD 21264-4679 | Open account | | 1,342.24 |
| Sawkal Communications, Inc.<br>843 Meadowbridge Road<br>Mechanicsville, VA 23116 | Sawkal Communications, Inc.<br>843 Meadowbridge Road<br>Mechanicsville, VA 23116 | Open account | | 307.50 |
| U. S. Treasury<br>Internal Revenue Service<br>Kansas City, MO 64999-0202 | U. S. Treasury<br>Internal Revenue Service<br>Kansas City, MO 64999-0202 | Taxes | | 7,008.49 |
| U. S. Treasury<br>Internal Revenue Service<br>Kansas City, MO 64999-0202 | U. S. Treasury<br>Internal Revenue Service<br>Kansas City, MO 64999-0202 | Payroll taxes | | 37,777.00 |
| Utility Management Svcs., Inc.<br>Post Office Box 890134<br>Charlotte, NC 28289 | Utility Management Svcs., Inc.<br>Post Office Box 890134<br>Charlotte, NC 28289 | Open account | | 2,510.01 |
| Verizon<br>Post Office Box 660720<br>Dallas, TX 75266-0720 | Verizon<br>Post Office Box 660720<br>Dallas, TX 75266-0720 | Open account | | 1,286.22 |
| Virginia Dept of Taxation<br>P.O. Box 1777<br>Richmond, VA 23218-1777 | Virginia Dept of Taxation<br>P.O. Box 1777<br>Richmond, VA 23218-1777 | Taxes | | 2,782.00 |
| WGGM-AM<br>4301 West Hundred Road<br>Chester, VA 23831 | WGGM-AM<br>4301 West Hundred Road<br>Chester, VA 23831 | Open account | | 6,074.07 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Pastor of the Religous Organization named as the debtor in this case, declare under penalty of perjury that I have read the foregoing amended list and that it is true and correct to the best of my information and belief.

Date _____  Signature _____
**Stephen A. Parson, Sr.**
**Pastor**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.