| | |
|---|---|
| CASE NAME: Richmond Christian Ctr<br>CASE NUMBER: 13-36312-KLP<br>JUDGE: | CASH BASIS<br>02/13/95 |

## UNITED STATES BANKRUPTCY COURT

Eastern _____ DISTRICT OF Virginia

Richmond DIVISION

### MONTHLY OPERATING REPORT

MONTH ENDING: December, 2013

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_[signature]_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Stephen Parson, SR
PRINTED NAME OF RESPONSIBLE PARTY

Pastor
TITLE

1/29/2014
DATE

**PREPARER:**

_C.W. Yarbrough [signature]_
ORIGINAL SIGNATURE OF PREPARER

C.W. Yarbrough
PRINTED NAME OF PREPARER

Trustee
TITLE

1/29/2014
DATE

**CASH BASIS-1**
02/13/95

CASE NAME: Richmond Christian Ctr
CASE NUMBER: 13-36312-KLP

Period 11/23/13 - 12/31/13

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH Dec | TOTAL |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | | 6481.03 | |
| **RECEIPTS** | | | | |
| 2. CASH SALES | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4. LOANS & ADVANCES | | | | |
| 5. SALE OF ASSETS | | | | |
| 6. LEASE & RENTAL INCOME | | | | |
| 7. WAGES | | | | |
| 8. OTHER (ATTACH LIST) tithes | | | 82739 | |
| 9. TOTAL RECEIPTS | | | | |
| **DISBURSEMENTS** | | | | |
| 10. NET PAYROLL | | | 11375 | |
| 11. PAYROLL TAXES PAID | | | 800 ① | |
| 12. SALES, USE & OTHER TAXES PAID | | | 33 | |
| 13. INVENTORY PURCHASES | | | | |
| 14. MORTGAGE PAYMENTS | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | |
| 16. RENTAL & LEASE PAYMENTS | | | | |
| 17. UTILITIES | | | 3762 | |
| 18. INSURANCE | | | 3774 | |
| 19. VEHICLE EXPENSES | | | | |
| 20. ~~TRAVEL~~ Contract Svcs | | | 4751 | |
| 21. ENTERTAINMENT | | | | |
| 22. REPAIRS & MAINTENANCE | | | 210 | |
| 23. SUPPLIES | | | 712 | |
| 24. ADVERTISING | | | | |
| 25. HOUSEHOLD EXPENSES | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | |
| 27. GIFTS | | | | |
| 28. OTHER (ATTACH LIST) Housing Allowance | | | 10823 | |
| 29. TOTAL ORDINARY DISBURSEMENTS | | | | |
| **REORGANIZATION EXPENSES** | | | | |
| 30. PROFESSIONAL FEES | | | | |
| 31. U.S. TRUSTEE FEES | | | 325 | |
| 32. OTHER (ATTACH LIST) | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | | | | |
| 34. TOTAL DISBURSEMENTS | | | 36565 | |
| 35. NET CASH FLOW | | | | |
| 36. CASH - END OF MONTH | | | 52,655.03 | |

① Payment due to state

Richmond Christian Center  
Debtor

Case Number 13-36312  
Chapter 11  
Reporting Period 11/23/13 - 12/31/13

## DETAILED LISTING OF DISBURSEMENTS

| Date | Check No. | Paid to/In Payment of | Amount |
|---|---|---|---|
| 12/2/13 | CHK | Stephen Parson / Housing Allow | 2993 |
| 12/5 | 1 | Mark Parson / Contract Svcs | 200 |
| 12/5 | 2 | Florence Taylor / Accounting | 461.53 |
| 12/5 | 3 | Anytime Emergency / Locksmith | 210 |
| 12/5 | transfer | to Payroll Acct | 982.13 |
| 12/11 | — | Stephen Parson / Housing Allow | 1690 |
| 12/11 | 5 | Florence Taylor / Acctng | 461.53 |
| 12/11 | 6 | Mark Parson / Contract Svcs | 200 |
| 12/11 | 437 | Stephen Parson / Housing Allow | 1000 |
| 12/11 | transfer | to Payroll Acct | 982.13 |
| 12/12 | 8 | Brotherhood Mutual / Insurance | 1692.66 |
| 12/17 | online | Intuit / Quickbooks software | 290.84 |
| 12/18 | 400 | Charles Cochrane / Contract Svc | 100- |
| 12/18 | 401 | Mark Parson / Contract Svc | 200 |
| 12/18 | 402 | Florence Taylor / Acctng | 461.53 |
| 12/18 | 403 | Florence Taylor / Acctng | 20- |
| 12/18 | transfer | to Payroll Acct | 1600- |
| 12/19 | 404 | Mark Parson / Contract Svc | 200- |
| 12/19 | 405 | Florence Taylor / Acctng | 461.53 |
| 12/19 | 406 | Martha Goins / Supplies | 321.06 |
| 12/19 | transfer | to Payroll Acct | 2000 |
| 12/20 | 407 | City of Richmond / Utilities | 3762.81 |
| 12/20 | 408 | VA Dept Taxation / Payroll Tax | 800 |
| 12/20 | 409 | Charlies Lock Svc / Change Lock | 207.49 |
| 12/20 | 410 | U.S. Trustee / Ch p 11 fee | 325 |
| 12/20 | 411 | Wells Fargo / fee | 33.18 |
| 12/23 | 414 | Verizon / Phones | 219.97 |
| 12/23 | 412 | Mark Parson / Contract Svc | 200· |

**TOTAL DISBURSEMENTS:** _____

(MOR-3)

LBF 2083-3 (Eff. 12/1/09)

- 4 -

Richmond Christian Center  
Debtor

Case Number 13-36312  
Chapter 11  
Reporting Period 11/23/13 – 12/31/13

## DETAILED LISTING OF DISBURSEMENTS

| Date | Check No. | Paid to/In Payment of | Amount |
|---|---|---|---|
| 12/23/13 | 413 | Florence Taylor/Acctng | 461.53 |
| 12/23 | transfer | to Payroll Acct | 2500. |
| 12/30 | — | Clearwire/internet | 52.98 |
| 12/30 | 415 | Mark Parson/contract svc | 200 |
| 12/30 | 416 | Florence Taylor/Acctng | 461.53 |
| 12/30 | 417 | Stephen Parson/Housing Allow | 3140 |
| 12/30 | transfer | to Savings | 50000 |
| 12/30 | transfer | to Payroll | 3500 |
| 12/30 | transfer | to Payroll | 2500 |
| 12/5/13 | 1 | Rhonda Hickman/wages | 201.88 |
| 12/5 | 2 | Alice Jones/wages | 414.02 |
| 12/5 | 3 | Gwen Parrish/wages | 366.23 |
| 12/12 | 4 | Rhonda Hickman/wages | 201.88 |
| 12/12 | 5 | Alice Jones/wages | 414.02 |
| 12/12 | 6 | Gwen Parrish/wages | 366.24 |
| 12/18 | 300 | Rhonda Hickman/wages | 201.87 |
| 12/18 | 301 | Alice Jones/wages | 414.02 |
| 12/18 | 302 | Gwen Parrish/wages | 366.23 |
| 12/18 | 304 | Stephen Parson/salary | 1500.09 |
| 12/19 | 305 | Rhonda Hickman/wages | 201.88 |
| 12/19 | 306 | Alice Jones/wages | 414.02 |
| 12/19 | 307 | Gwen Parrish/wages | 366.22 |
| 12/23 | 308 | Stephen Parson/salary | 1500.10 |
| 12/23 | 312 | Rhonda Hickman/wages | 201.87 |
| 12/23 | 313 | Alice Jones/wages | 414.02 |
| 12/23 | 314 | Gwen Parrish/wages | 366.24 |
| 12/30 | 315 | Stephen Parson/salary | 1500.09 |
| 12/30 | 316 | Gwen Parrish/wages | 366.23 |

**TOTAL DISBURSEMENTS:** _____

(MOR-3)

LBF 2083-3 (Eff. 12/1/09)

- 4 -

Richmond Christian Center  
Debtor

Case Number 13-36312  
Chapter 11  
Reporting Period 11/23/13 - 12/31/13

## DETAILED LISTING OF DISBURSEMENTS

| Date | Check No. | Paid to/In Payment of | Amount |
|---|---|---|---|
| 12/30/13 | 317 | Alice Jones /wages | 444.01 |
| 12/30 | 318 | Rhonda Hickman /wages | 201.88 |
| 11/27/13 | 225 | Rhonda Hickman /wages | 201.87 |
| 11/27 | 226 | Alice Jones /wages | 414.02 |
| 11/27 | 227 | Gwen Parrish /wages | 366.23 |
| 11/25/13 | 124 | VA Dept Taxation /State w/H | 800- |
| 11/27 | 125 | Brotherhood Mutual /Ins | 181.50 |
| 11/27 | 126 | " " | 1692.66 |
| 11/27 | 127 | Stephen Parson /Housing Allowance | 2000 |
| 11/27 | 128 | Florence Taylor /Acctng | 461.53 |
| 11/27 | 129 | Mark Parson /Contract Svc | 200 |
| 11/29 | 130 | Petty Cash / Office Supplies | 100 |

**TOTAL DISBURSEMENTS:** _____

(MOR-3)

LBF 2083-3 (Eff. 12/1/09)

- 4 -

CASE NAME: Richmond Christian Ctr
CASE NUMBER: 13-36312-KLP

**CASH BASIS-2**
02/13/95

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

MONTH: _____

### BANK RECONCILIATIONS

| | Account #1 | Account #2 | Account #3 | TOTAL |
|---|---|---|---|---|
| BANK: | thru 12/31/13 | thru 1/21/14 | thru 1/13/14 | |
| ACCOUNT NUMBER: | 8198 | 446 | 8693 | |
| PURPOSE (TYPE): | Op Acct | Payroll | PR Tax | |
| BALANCE PER BANK STATEMENT | 6736.89 | 371.82 | 4483.26 | |
| ADD: TOTAL DEPOSITS NOT CREDITED | | | 1978.44 | |
| SUBTRACT: OUTSTANDING CHECKS | (4081.99) | (202.88) | (12-) | |
| OTHER RECONCILING ITEMS | | | | |
| MONTH END BALANCE PER BOOKS | 2654.90 | 168.94 | 6449.70 | |
| NUMBER OF LAST CHECK WRITTEN | 417 | 327 | None | |

### INVESTMENT ACCOUNTS

| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| Wells Fargo - Savings 610 | 12/30/13 | | | 50000.13 |
| | | | | |

1. TOTAL INVESTMENTS

### CASH

2. CURRENCY ON HAND ........................................... 2654.90

3. TOTAL CASH - END OF MONTH ........................... 52655.03

CASE NAME: Richmond Christian Ct
CASE NUMBER: 13-36312-KLP

CASH BASIS-3
02/13/95

## ASSETS OF THE ESTATE

Dec 31, 2013

| | SCHEDULE AMOUNT * | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| **SCHEDULE "A" REAL PROPERTY** | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | 4,000,000 |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | | | | |
| **SCHEDULE "B" PERSONAL PROPERTY** | | | | |
| 1. CASH ON HAND | | | | 6325 |
| 2. CHECKING, SAVINGS, ETC. | | | | 50,000.13 |
| 3. SECURITY DEPOSITS | | | | |
| 4. HOUSEHOLD GOODS | | | | |
| 5. BOOKS, PICTURES, ART | | | | |
| 6. WEARING APPAREL | | | | |
| 7. FURS AND JEWELRY | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. INSURANCE POLICIES | | | | |
| 10. ANNUITIES | | | | |
| 11. RETIREMENT & PROFIT SHARING | | | | |
| 12. STOCKS | | | | |
| 13. PARTNERSHIPS & JOINT VENTURES | | | | |
| 14. GOVERNMENT & CORPORATE BONDS | | | | |
| 15. ACCOUNTS RECEIVABLE | | | | |
| 16. ALIMONY | | | | |
| 17. OTHER LIQUIDATED DEBTS | | | | |
| 18. EQUITABLE INTERESTS | | | | |
| 19. CONTINGENT INTERESTS | | | | |
| 20. OTHER CLAIMS | | | | |
| 21. PATENTS & COPYRIGHTS | | | | |
| 22. LICENSES & FRANCHISES | | | | |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | | | | 20000 |
| 24. BOATS & MOTORS | | | | |
| 25. AIRCRAFT | | | | |
| 26. OFFICE EQUIPMENT | | | | 5000 |
| 27. MACHINERY, FIXTURES & EQUIPMENT | | | | |
| 28. INVENTORY | | | | |
| 29. ANIMALS | | | | |
| 30. CROPS | | | | |
| 31. FARMING EQUIPMENT | | | | |
| 32. FARM SUPPLIES | | | | |
| 33. OTHER (ATTACH LIST) | | | | |
| 34. TOTAL PERSONAL PROPERTY ASSETS | | | | |
| 35. TOTAL ASSETS | | | | |

* DATE AMENDED _____

CASE # 13-36312 - KLP

Search Criteria :
Owner Name: richmond christian center

Total records : 22

| PIN | assessed value | Owner Name | Property Address | Zip | Property Class Code | Property Class Description |
|---|---|---|---|---|---|---|
| S0000201026 | 38,000 | RICHMOND CHRISTIAN CENTER TR | 000219 COWARDIN AVE | 23224 * | 401 | B Commercial Vacant Land |
| S0000201027 | 33,000 | RICHMOND CHRISTIAN CENTER TR | 000221 COWARDIN AVE | 23224 * | 401 | B Commercial Vacant Land |
| S0000201028 | 8,000 | RICHMOND CHRISTIAN CENTER TR | 000223 COWARDIN AVE | 23224 * | 401 | B Commercial Vacant Land |
| S0000201029 | 8,000 | RICHMOND CHRISTIAN CENTER TR | 000225 COWARDIN AVE | 23224 * | 401 | B Commercial Vacant Land |
| S0000201030 | 8,000 | RICHMOND CHRISTIAN CENTER TR | 000227 COWARDIN AVE  *lot across street front of church* | 23224 * | 401 | B Commercial Vacant Land |
| S0000245001 | 153,000 | RICHMOND CHRISTIAN CENTER TR | 001720 WALL ST  *upper lot (main parking)* | 23224 | 406 | B Paved Surface Parking |
| S0000245022 | 82,000 | RICHMOND CHRISTIAN CENTER TR | 000215 W 19TH ST | 23224 | 406 | B Paved Surface Parking |
| S0000245025 | | RICHMOND CHRISTIAN CENTER TR | 000219 W 19TH ST | 23224 | 406 | B Paved Surface Parking |
| S0000245025 | 62,000 | RICHMOND CHRISTIAN CENTER TR | 000217 W 19TH ST | 23224 | 406 | B Paved Surface Parking |
| S0000246005 | 169,000 | RICHMOND CHRISTIAN CENTER TR | 000216 COWARDIN AVE  *N. Parking lot* | 23224 | 406 | B Paved Surface Parking |
| S0000246009 | 240,000 | RICHMOND CHRISTIAN CENTER TR | 001731 WALL ST | 23224 | 468 | B Religious/Church/Synagogue |
| S0000246010 | | RICHMOND CHRISTIAN CENTER TR | 000214 COWARDIN AVE | 23224 | 468 | B Religious/Church/Synagogue |
| S0000246010 | 1,766,000 | RICHMOND CHRISTIAN CENTER TR | 001721 WALL ST | 23224 | 468 | B Religious/Church/Synagogue |
| S0000295005 | 9,000 | RICHMOND CHRISTIAN CENTER TR | 001916 BAINBRIDGE ST * | 23224 | 501 | B Industrial Vacant Land |
| S0000298001 | 60,000 | RICHMOND CHRISTIAN CENTER TR | 001910 WALL ST | 23224 | 506 | B Industrial Paved Parking |
| S0000298010 | | RICHMOND CHRISTIAN CENTER TR | 000208 W 19TH ST | 23224 | 406 | B Paved Surface Parking |
| S0000298010 | | RICHMOND CHRISTIAN CENTER TR | 000210 W 19TH ST  *upper lot* | 23224 | 406 | B Paved Surface Parking |
| S0000298010 | 69,000 | RICHMOND CHRISTIAN CENTER TR | 000218 W 19TH ST  *lower parking lot* | 23224 | 406 | B Paved Surface Parking |
| S0000298016 | 20,000 | RICHMOND CHRISTIAN CENTER TR | 001919 PORTER ST * | 23224 | 101 | R Single Family Vacant (R1-R6) |
| S0000299001 | 1,131,000 | RICHMOND CHRISTIAN CENTER TR *gym* | 001901 WALL ST | 23224 | 456 | B Educational |
| S0000299001 | ~~131,000~~ 136,000 | RICHMOND CHRISTIAN CENTER TR | 000318 W 19TH ST | 23224 | 456 | B Educational |
| S0070815003 | 48,000 | RICHMOND CHRISTIAN CENTER TR | 003010 STOCKTON ST * | 23224 | 110 | R One Story |

CASE NAME: Rich Christian Ch
CASE NUMBER: 13-36312-KLP

CASH BASIS-5
02/13/95

MONTH: December 2013

## PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE) AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| | INSIDERS | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. Steve Parson | Salary | 6114 | 6114 |
| 2. Mark Parson | 1099 | 1400 | 1400 |
| 3. Rhonda Hickman | wages | 1,750 | 1250 |
| 4. | | | |
| 5. | | | |
| 6. TOTAL PAYMENTS TO INSIDERS | | | |

| | PROFESSIONALS | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZ PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID * |
| 1. N/A | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. FCR | 0 | 0 | 0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

CASE NAME: Rich Christian Ct.
CASE NUMBER: 13-36312-KLP

CASH BASIS-6
02/13/95

MONTH: _____

## QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | X | |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | X | |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

(2) Payroll chks were issued prior to bank allowing us to open D.I.P. accts
(11) State Tax withholdings back payment amt of $800/mo were paid as previously agreed with State Taxing agency.

## INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY | |
|---|---|---|---|---|
| Liability | Brotherhood mutual | thru 11/2014 | monthly | One payment combined 1692.66 |
| Property | Brotherhood mutual | thru 11/2014 | monthly | |