CASE NAME: Richmond Christian Ctr

CASE NUMBER: 13-36312-KLP

JUDGE:

**CASH BASIS**

02/13/95

## UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Virginia

Richmond DIVISION

## MONTHLY OPERATING REPORT

MONTH ENDING: January , 2014

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

STEPHEN A. PARSON SR
PRINTED NAME OF RESPONSIBLE PARTY.

Pastor
_____
TITLE

2/12/14
_____
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

C.W. Yarbrough
PRINTED NAME OF PREPARER

Trustee
_____
TITLE

_____
DATE

CASH BASIS-1

02/13/95

CASE NAME: Richmond Christian Ctr

CASE NUMBER: 13-36312 - KLP

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH Jan 2014 | QUARTER TOTAL |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | | 52,655 | |
| RECEIPTS | | | | |
| 2. CASH SALES | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4. LOANS & ADVANCES | | | | |
| 5. SALE OF ASSETS | | | | |
| 6. LEASE & RENTAL INCOME | | | | |
| 7. WAGES | | | 27754 | |
| 8. OTHER (~~ATTACH LIST~~) tithes | | | | |
| 9. TOTAL RECEIPTS | | | | |
| DISBURSEMENTS | | | 13949 | |
| 10. NET PAYROLL | | | 2433 | |
| 11. PAYROLL TAXES PAID | | | | |
| 12. SALES, USE & OTHER TAXES PAID | | | | |
| 13. INVENTORY PURCHASES | | | | |
| 14. MORTGAGE PAYMENTS | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | |
| 16. RENTAL & LEASE PAYMENTS | | | 1124 | |
| 17. UTILITIES | | | 1693 | |
| 18. INSURANCE | | | 1300 | |
| 19. ~~VEHICLE EXPENSES~~ Car Payments | | | 2185 | |
| 20. ~~TRAVEL~~ Contract Svcs | | | | |
| 21. ENTERTAINMENT | | | | |
| 22. REPAIRS & MAINTENANCE | | | 634 | |
| 23. SUPPLIES | | | | |
| 24. ADVERTISING | | | | |
| 25. HOUSEHOLD EXPENSES | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | 68 | |
| 27. ~~GIFTS~~ Bank charges | | | 6640 | |
| 28. OTHER (~~ATTACH LIST~~) Housing Allwence | | | | |
| 29. TOTAL ORDINARY DISBURSEMENTS | | | | |
| REORGANIZATION EXPENSES | | | 235 | |
| 30. PROFESSIONAL FEES | | | | |
| 31. U.S. TRUSTEE FEES | | | | |
| 32. OTHER (ATTACH LIST) | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | | | | |
| 34. TOTAL DISBURSEMENTS | | | 30259 | |
| 35. NET CASH FLOW | | | <2505> | |
| 36. CASH - END OF MONTH | | | 50150 | |

See Attached Acct Check Registers

**CASH BASIS-1A**

02/13/95

ASE NAME:

ASE NUMBER:

## ASH DISBURSEMENTS DETAIL          MONTH: _____

(TTACH ADDITIONAL SHEETS IF NECESSARY)

### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| TOTAL CASH DISBURSEMENTS | | | |

### BANK ACCOUNT DISBURSEMENTS

| CHECK NUMBER | DATE | PAYEE | PURPOSE | AMOUNT |
|--------------|------|-------|---------|--------|
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
| TOTAL BANK ACCOUNT DISBURSEMENTS | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH | | |
|-----------------------------------|--|--|

Richmond Christian Center

2/11/2014 10:21 PM

Register: 10100 · Chp 11 - Operating Acct

From 01/01/2014 through 01/31/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/05/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 6,395.47 | 9,257.86 |
| 01/05/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,436.25 | 10,694.11 |
| 01/05/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,156.83 | 11,850.94 |
| 01/06/2014 | | Suntrust | Autombile-Pastor | car payment for... | 645.99 | X | | 11,204.95 |
| 01/06/2014 | | Suntrust | Autombile-Pastor | fee associated ... | 15.00 | X | | 11,189.95 |
| 01/06/2014 | | | 10200 · Chp 11- Payroll | Funds Transfer | 1,500.00 | X | | 9,689.95 |
| 01/08/2014 | 418 | M & T Bank | Autombile-Pastor | Automobile | 639.17 | X | | 9,050.78 |
| 01/09/2014 | | Quickbooks Banking | 70000 · Bank Charges | Quickbooks ba... | 14.95 | X | | 9,035.83 |
| 01/09/2014 | 419 | Mark Parson | 62100 · Contract Servi... | 01/07/14 | 200.00 | X | | 8,835.83 |
| 01/09/2014 | 420 | Florence E. Taylor | 62100 · Contract Servi... | 01/07/14 | 461.53 | X | | 8,374.30 |
| 01/09/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 992.14 | X | | 7,382.16 |
| 01/09/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 995.26 | X | | 6,386.90 |
| 01/12/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 2,365.75 | 8,752.65 |
| 01/12/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 3,451.54 | 12,204.19 |
| 01/13/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,505.00 | X | | 10,699.19 |
| 01/14/2014 | | Quickbooks | 72800 · Office Supplies | Quickbooks | 290.84 | X | | 10,408.35 |
| 01/14/2014 | 421 | Brotherhood Murual | 71000 · Insurance:7120... | Policy No. 45... | 1,692.66 | X | | 8,715.69 |
| 01/14/2014 | 422 | Verizon | 65050 · Telephone, Tel... | Verizon | 210.79 | X | | 8,504.90 |
| 01/14/2014 | 423 | Mark Parson | 62100 · Contract Servi... | 01/14/14 | 200.00 | X | | 8,304.90 |
| 01/14/2014 | 424 | Florence E. Taylor | 62100 · Contract Servi... | 01/14/14 | 461.53 | X | | 7,843.37 |
| 01/14/2014 | 425 | Parson, Stephen,Sr | Housing Allowance | | 500.00 | X | | 7,343.37 |
| 01/14/2014 | 426 | Florence E. Taylor | 70200 · Church Supplies | -Reimbursment... | 22.19 | X | | 7,321.18 |
| 01/16/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,005.00 | 8,326.18 |
| 01/16/2014 | 427 | Bennett Law | 72600 · Miscellaneous ... | This chk replac... | 235.00 | X | | 8,091.18 |
| 01/16/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.14 | X | | 7,107.04 |
| 01/16/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.20 | X | | 6,117.84 |
| 01/17/2014 | | | 72800 · Office Supplies | credit from Qui... | | X | 290.84 | 6,408.68 |
| 01/19/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 6,510.83 | 12,919.51 |
| 01/19/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,287.88 | 14,207.39 |
| 01/21/2014 | 431 | Dominion Virginia P... | 20000 · Accounts Paya... | | 862.77 | X | | 13,344.62 |
| 01/21/2014 | 431 | Dominion Virginia P... | 78300 · Utilities | VOID: | | X | | 13,344.62 |
| 01/21/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,505.00 | X | | 11,839.62 |
| 01/23/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 565.00 | 12,404.62 |
| 01/23/2014 | 428 | Mark Parson | 62100 · Contract Servi... | 1-21-14 | 200.00 | X | | 12,204.62 |
| 01/23/2014 | 429 | Florence E. Taylor | 70200 · Church Supplies | 1-21-14 | 461.53 | X | | 11,743.09 |
| 01/23/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.11 | X | | 10,758.98 |
| 01/23/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.24 | X | | 9,769.74 |
| 01/26/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 84.00 | 9,853.74 |
| 01/27/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 3,041.35 | 12,895.09 |
| 01/27/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 454.58 | 13,349.67 |

Richmond Christian Center

2/11/2014 10:21 PM

Register: 10100 · Chp 11 - Operating Acct

From 01/01/2014 through 01/31/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/27/2014 | | CLEAR | 65050 · Telephone, Tel... | | 49.99 | X | | 13,299.68 |
| 01/27/2014 | 430 | Parson, Stephen | Housing Allowance | Housing Allow... | 3,140.00 | X | | 10,159.68 |
| 01/27/2014 | | | 10200 · Chp 11- Payrol... | onine transfer t... | 3,140.00 | X | | 7,019.68 |
| 01/28/2014 | | | 10200 · Chp 11- Payrol... | online transfer ... | 1,504.10 | X | | 5,515.58 |
| 01/29/2014 | 433 | Mark Parson | 62100 · Contract Servi... | | 200.00 | | | 5,315.58 |
| 01/29/2014 | 434 | Florence E. Taylor | 62100 · Contract Servi... | 1-28-14 | 461.53 | X | | 4,854.05 |
| 01/29/2014 | 435 | Petty Cash | 70200 · Church Supplies | Church Supplies | 100.00 | X | | 4,754.05 |
| 01/29/2014 | 436 | Carl Hayes | 69000 · Auto Expense | VOID: | | X | | 4,754.05 |
| 01/29/2014 | 436 | Carl Hayes | 70200 · Church Supplies | Church Supplie... | 50.46 | | | 4,703.59 |
| 01/30/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 2.00 | X | | 4,701.59 |
| 01/30/2014 | | | 10200 · Chp 11- Payrol... | online transfer ... | 982.14 | X | | 3,719.45 |
| 01/30/2014 | | | 10200 · Chp 11- Payrol... | online transfer ... | 989.22 | X | | 2,730.23 |
| 01/31/2014 | | | 70000 · Bank Charges | Service Charge | 29.50 | X | | 2,700.73 |
| 01/31/2014 | 437 | Virginia Department ... | 65900 · Payroll Taxes | 4 quarter Taxes | 1,275.00 | | | 1,425.73 |
| 01/31/2014 | ABC | | 66900 · Reconciliation ... | Balance Adjust... | 0.05 | X | | 1,425.68 |
| 01/31/2014 | | | 10200 · Chp 11- Payrol... | online transfer ... | | X | 3,100.00 | 4,525.68 |

# Richmond Christian Center

2/11/2014 10:23 PM

Register: 10200 · Chp 11- Payroll Acct

From 01/01/2014 through 01/31/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/06/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,500.00 | 1,671.23 |
| 01/08/2014 | 319 | Parson, Stephen | -split- | | 1,504.09 | X | | 167.14 |
| 01/08/2014 | 320 | Hickman., Rhonda | -split- | | 202.87 | X | | -35.73 |
| 01/08/2014 | 321 | Jones, Alice | -split- | | 415.02 | X | | -450.75 |
| 01/08/2014 | 322 | Parrish., Gwen | -split- | | 366.23 | X | | -816.98 |
| 01/09/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 992.14 | 175.16 |
| 01/13/2014 | 323 | Parson, Stephen | -split- | | 1,504.10 | X | | -1,328.94 |
| 01/13/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,505.00 | 176.06 |
| 01/14/2014 | 324 | Hickman., Rhonda | -split- | | 202.88 | | | -26.82 |
| 01/14/2014 | 325 | Jones, Alice | -split- | | 415.02 | | | -441.84 |
| 01/14/2014 | 326 | Parrish., Gwen | -split- | | 366.24 | | | -808.08 |
| 01/16/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 984.14 | 176.06 |
| 01/21/2014 | | | 70000 · Bank Charges | Service Charge | 12.00 | X | | 164.06 |
| 01/21/2014 | 327 | Parson, Stephen | -split- | | 1,504.09 | X | | -1,340.03 |
| 01/21/2014 | ABC | | 66900 · Reconciliation ... | Balance Adjust... | | X | 3.97 | -1,336.06 |
| 01/21/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,505.00 | 168.94 |
| 01/23/2014 | 328 | Hickman., Rhonda | -split- | | 202.87 | | | -33.93 |
| 01/23/2014 | 329 | Jones, Alice | -split- | | 415.02 | | | -448.95 |
| 01/23/2014 | 330 | Parrish., Gwen | -split- | | 366.22 | | | -815.17 |
| 01/23/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | | 984.11 | 168.94 |
| 01/27/2014 | 331 | Parson, Stephen | -split- | | 1,504.10 | | | -1,335.16 |
| 01/27/2014 | | | 10100 · Chp 11 - Oper... | onine transfer t... | | | 3,140.00 | 1,804.84 |
| 01/28/2014 | | Wade., Louis | -split- | VOID: | | X | | 1,804.84 |
| 01/28/2014 | | | 10100 · Chp 11 - Oper... | online transfer ... | | | 1,504.10 | 3,308.94 |
| 01/29/2014 | 332 | Hickman., Rhonda | -split- | | 202.88 | | | 3,106.06 |
| 01/29/2014 | 333 | Jones, Alice | -split- | | 415.01 | | | 2,691.05 |
| 01/29/2014 | 334 | Parrish., Gwen | -split- | | 366.24 | | | 2,324.81 |
| 01/30/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | | 2.00 | 2,326.81 |
| 01/30/2014 | | | 10100 · Chp 11 - Oper... | online transfer ... | | | 982.14 | 3,308.95 |
| 01/30/2014 | | | 10100 · Chp 11 - Oper... | online transfer ... | | | 989.22 | 4,298.17 |
| 01/31/2014 | | | 10100 · Chp 11 - Oper... | online transfer ... | 3,100.00 | | | 1,198.17 |

Richmond Christian Center

2/11/2014 10:24 PM

Register: 10300 · Chp 11 - Payroll Tax Acct

From 01/01/2014 through 01/31/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/09/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 995.26 | 4,495.26 |
| 01/13/2014 | | | 70000 · Bank Charges | Service Charge | 12.00 | X | | 4,483.26 |
| 01/16/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | | 989.20 | 5,472.46 |
| 01/23/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | | 989.24 | 6,461.70 |

**CASH BASIS-2**

02/13/95

CASE NAME: RCC

CASE NUMBER: 13-36312-KLP

e debtor in possession must complete the reconciliation below for each bank account,
cluding all general, payroll and tax accounts, as well as all savings and investment
counts, money market accounts, certificates of deposit, government obligations, etc.
ccounts with restricted funds should be identified by placing an asterisk next to the
count number. Attach additional sheets if necessary.

MONTH: Jan 2014

### BANK RECONCILIATIONS

| | Account #1 | Account #2 | Account #3 | TOTAL |
|---|---|---|---|---|
| BANK: | thru 1/31/14 | thru 1/21/14 | 1/13/14 | |
| ACCOUNT NUMBER: | - 8198 | - 8446 | - 8693 | |
| PURPOSE (TYPE): | op Acct | Payroll | PR Tax | |
| BALANCE PER BANK STATEMENT | 9044.14 | 371.82 | 4483.26 | |
| ADD: TOTAL DEPOSITS NOT CREDITED | | | 1978.44 | |
| SUBTRACT: OUTSTANDING CHECKS | <4518.46> | <202.88> | | |
| OTHER RECONCILING ITEMS | | | <12> | |
| MONTH END BALANCE PER BOOKS | 4525.68 | 168.94 | 6449.70 | |
| NUMBER OF LAST CHECK WRITTEN | #437 | 334 | None | |

### INVESTMENT ACCOUNTS

| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| Savings 6610 | 12/30/13 | | | 50002.26 |
| | | | | |
| | | | | |
| . | | | | |
| 1. TOTAL INVESTMENTS | | | | |

### CASH

| | | | | |
|---|---|---|---|---|
| 2. CURRENCY ON HAND | | | | |
| 3. TOTAL CASH - END OF MONTH | | | | 50150 |

**CASH BASIS-3**

02/13/95

CASE NAME: RCC

CASE NUMBER: 13-36312-KLP

| ASSETS OF THE ESTATE | | | | Jan 2014 |
|---|---|---|---|---|
| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT * | MONTH | MONTH | MONTH |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | 4000000 |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | | | | |
| SCHEDULE "B" PERSONAL PROPERTY | | | | |
| 1. CASH ON HAND | | | | 50150 |
| 2. CHECKING, SAVINGS, ETC. | | | | |
| 3. SECURITY DEPOSITS | | | | |
| 4. HOUSEHOLD GOODS | | | | |
| 5. BOOKS, PICTURES, ART | | | | |
| 6. WEARING APPAREL | | | | |
| 7. FURS AND JEWELRY | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. INSURANCE POLICIES | | | | |
| 10. ANNUITIES | | | | |
| 11. RETIREMENT & PROFIT SHARING | | | | |
| 12. STOCKS | | | | |
| 13. PARTNERSHIPS & JOINT VENTURES | | | | |
| 14. GOVERNMENT & CORPORATE BONDS | | | | |
| 15. ACCOUNTS RECEIVABLE | | | | |
| 16. ALIMONY | | | | |
| 17. OTHER LIQUIDATED DEBTS | | | | |
| 18. EQUITABLE INTERESTS | | | | |
| 19. CONTINGENT INTERESTS | | | | |
| 20. OTHER CLAIMS | | | | |
| 21. PATENTS & COPYRIGHTS | | | | |
| 22. LICENSES & FRANCHISES | | | | |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | | | | 20000 |
| 24. BOATS & MOTORS | | | | |
| 25. AIRCRAFT | | | | |
| 26. OFFICE EQUIPMENT | | | | |
| 27. MACHINERY, FIXTURES & EQUIPMENT | | | | 5000 |
| 28. INVENTORY | | | | |
| 29. ANIMALS | | | | |
| 30. CROPS | | | | |
| 31. FARMING EQUIPMENT | | | | |
| 32. FARM SUPPLIES | | | | |
| 33. OTHER (ATTACH LIST) | | | | |
| 34. TOTAL PERSONAL PROPERTY ASSETS | | | | |
| 35. TOTAL ASSETS | | | | |

* DATE AMENDED _____

CASE NAME: BCC

CASE NUMBER: 13-36312-KLP

**CASH BASIS-4**

02/13/95

MONTH: Jan 2014

## LIABILITIES OF THE ESTATE

| | PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|---|
| 1. | SECURED | 1.9 million | -0- |
| 2. | PRIORITY | | |
| 3. | UNSECURED | 242934 | -0- |
| 4. | OTHER (ATTACH LIST) | | |
| 5. | TOTAL PREPETITION LIABILITIES | | |

| | POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST-DUE |
|---|---|---|---|---|---|
| 1. | FEDERAL INCOME TAXES | Dec 13 | 7651.65 | 1/31/14 | 7651.65 |
| 2. | FICA / MEDICARE | | | | |
| 3. | STATE TAXES | | | | |
| 4. | REAL ESTATE TAXES | | | | |
| 5. | OTHER TAXES (ATTACH LIST) | | | | |
| 6. | TOTAL TAXES | | | | |
| OTHER POSTPETITION LIABILITIES, INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | (IF ADDITIONAL, ATTACH LIST) | | | | |
| 30. | TOTAL OF LINES 7 - 29 | | | | |
| 31. | TOTAL POSTPETITION LIABILITIES | | | | |

**CASH BASIS-5**

02/13/95

CASE NAME: Rick Christian Ctr

CASE NUMBER: 13-36312-KLP

MONTH: Jan 2014

## PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE) AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|
| 1. Steve Parson | Salary / Hourly | 16,075 | 30,012 |
| 2. Mark Parson | 1099 | 800 | 2,200 |
| 3. Rhonda Hickman | wages | 1000 | 2750 |
| 4. Steve Parson | Car Payment | 661 | 661 |
| 5. Mark Parson | Car Payment | 639 | 639 |
| 6. TOTAL PAYMENTS TO INSIDERS | | | 36262 |

### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZ PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID * |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. FCR | Φ | Φ | Φ |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

CASE NAME: Rich Christian Ctr

CASE NUMBER: 13-36312-KLP

**CASH BASIS-6**
02/13/95

MONTH: Jan 2014

## QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | X | |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | X | |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED
EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

⑥ These are in the process of being paid by bookkeeper - paid in Feb (see attached)

⑪ State tax withholdings back payment amt of 800/mo

## INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN
CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION
BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSTALLMENT PAYMENTS | | | |
|---|---|---|---|
| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
| Liability | Brotherhood Mutual | current | Mnthly |
| Prop | " " | " | " |
| | | | |
| | | | |

one combined Payment $1692.66

# Business Checking

Account number: ████████8446 ■ December 19, 2013 - January 21, 2014 ■ Page 1 of 4



P/R

DCDN21DTEG  008880

FAITH ALIVE INTERNATIONAL MINISTRIES
DEBTOR IN POSSESSION
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Getting ready for tax season can be a challenge! Creating a checklist, and preparing in advance will set you up for a successful meeting with your tax preparer. Remember to bring your deposit routing and account number when preparing your taxes and you may be able to take advantage of using direct deposit for your tax refund into one of your Wells Fargo checking or savings accounts.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 12/19 | $99.91 |
| Deposits/Credits | 13,486.28 |
| Withdrawals/Debits | - 13,214.37 |
| **Ending balance on 1/21** | **$371.82** |
| Average ledger balance this period | $439.14 |

Account number: ██████8446

**FAITH ALIVE INTERNATIONAL MINISTRIES**
**DEBTOR IN POSSESSION**
**CH 11 CASE #13-36312 (EVA)**

*Virginia account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDN21DTEG 008880 NNNNNNNNNN NNN NNN 001 002 377 046015 10778303.1.1

Account number: ×××××××8440 ▪ December 19, 2013 - January 21, 2014 ▪ Page 2 of 2

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|--------------------|---------------------|
| 12/19 | | Online Transfer From Faith Alive Internatio Ref #Ibexnn2Qnv Business Checking Via Mobile | 2,000.00 | | |
| 12/19 | 307 | Cashed Check | | 366.22 | |
| 12/19 | 302 | Cashed Check | | 366.23 | |
| 12/19 | 306 | Check | | 414.02 | |
| 12/19 | 301 | Check | | 414.02 | 539.42 |
| 12/23 | | Deposit Made In A Branch/Store | 2,500.00 | | |
| 12/23 | 313 | Cashed Check | | 414.02 | |
| 12/23 | 308 | Cashed Check | | 1,500.10 | |
| 12/23 | 305 | Check | | 201.88 | |
| 12/23 | 300 | Check | | 201.87 | 721.55 |
| 12/24 | 314 | Cashed Check | | 366.24 | |
| 12/24 | 312 | Check | | 201.87 | 153.44 |
| 12/30 | | Online Transfer From Faith Alive Internatio Ref #Ibeqvmdnrv Business Checking Via Mobile | 2,500.00 | | |
| 12/30 | 315 | Cashed Check | | 1,500.10 | |
| 12/30 | 317 | Check | | 414.02 | 739.32 |
| 12/31 | 316 | Cashed Check | | 366.24 | 373.08 |
| 1/3 | 318 | Check | | 201.88 | 171.20 |
| 1/6 | | Online Transfer From Faith Alive Internatio Ref #Ibe8Dfxxgs Business Checking Via Mobile | 1,500.00 | | |
| 1/6 | 319 | Cashed Check | | 1,500.09 | 171.11 |
| 1/9 | | Online Transfer From Faith Alive Internatio Ref #Ibe2Lcnh8Q Business Checking Via Mobile | 992.14 | | |
| 1/9 | 322 | Cashed Check | | 366.23 | 797.02 |
| 1/14 | | Online Transfer From Faith Alive Internatio Ref #Ibe8Dhqq5B Business Checking Via Mobile | 1,505.00 | | |
| 1/14 | 323 | Cashed Check | | 1,504.10 | 797.92 |
| 1/16 | | Online Transfer From Faith Alive Internatio Ref #Ibe8Djh8Wk Business Checking Via Mobile | 984.14 | | |
| 1/16 | 321 | Cashed Check | | 415.02 | |
| 1/16 | 325 | Cashed Check | | 415.02 | |
| 1/16 | 320 | Check | | 202.87 | 749.15 |
| 1/17 | 326 | Cashed Check | | 366.24 | 382.91 |
| 1/21 | | Online Transfer From Faith Alive Internatio Ref #Ibetrvklx9 Business Checking Via Mobile | 1,505.00 | | |
| 1/21 | 327 | Cashed Check | | 1,504.09 | |
| 1/21 | | Monthly Service Fee | | 12.00 | 371.82 |
| **Ending balance on 1/21** | | | | | **371.82** |
| **Totals** | | | **$13,486.28** | **$13,214.37** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 300 | 12/23 | 201.87 | 312 * | 12/24 | 201.87 | 319 | 1/6 | 1,500.09 |
| 301 | 12/19 | 414.02 | 313 | 12/23 | 414.02 | 320 | 1/16 | 202.87 |
| 302 | 12/19 | 366.23 | 314 | 12/24 | 366.24 | 321 | 1/16 | 415.02 |
| 305 * | 12/23 | 201.88 | 315 | 12/30 | 1,500.10 .09 | 322 | 1/9 | 366.23 |
| 306 | 12/19 | 414.02 | 316 | 12/31 | 366.24 | 323 | 1/14 | 1,504.10 |
| 307 | 12/19 | 366.22 | 317 | 12/30 | 414.02 | 325 * | 1/16 | 415.02 |
| 308 | 12/23 | 1,500.10 | 318 | 1/3 | 201.88 | 326 | 1/17 | 366.24 |

048016



**WELLS FARGO**

## Summary of checks written (continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 327 | 1/21 | 1,504.09 | | | | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/19/2013 - 01/21/2014 | Standard monthly service fee $12.00 | You paid $12.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $153.44 ☐ |
| · Average ledger balance | $6,000.00 | $439.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

wa/wa

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 2,500 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 23 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**TIP** Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

# ☑ IMPORTANT ACCOUNT INFORMATION

We want to let you know of the following fee change effective April 1, 2014:
- Collections - Domestic: Auto Draft - $25 per item

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Account number: ██████8446 ■ December 19, 2013 - January 21, 2014 ■ Page 4 of 4

WELLS
FARGO

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement ...................... $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                          + $ _____

............................................ **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

............................................ **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above ............. − $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B − Part C)
This amount should be the same
as the current balance shown in
your check register ......................... $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

046018



©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Checking

Account number: ●●●●●●693  ■  December 12, 2013 - January 13, 2014  ■  Page 1 of 3





FAITH ALIVE INTERNATIONAL MINISTRIES
DEBTOR IN POSSESSION
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Getting ready for tax season can be a challenge! Creating a checklist, and preparing in advance will set you up for a successful meeting with your tax preparer. Remember to bring your deposit routing and account number when preparing your taxes and you may be able to take advantage of using direct deposit for your tax refund into one of your Wells Fargo checking or savings accounts.

## Account options

*A check mark in the box indicates you have these convenient services with your account.  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 12/12 | $0.00 |
| Deposits/Credits | 6,095.26 |
| Withdrawals/Debits | - 1,612.00 |
| **Ending balance on 1/13** | **$4,483.26** |
| Average ledger balance this period | $1,741.70 |

Account number: ●●●●●693

**FAITH ALIVE INTERNATIONAL MINISTRIES**
**DEBTOR IN POSSESSION**
**CH 11 CASE #13-36312 (EVA)**

*Virginia account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:  ▓▓▓8693  ■  December 12, 2013 - January 13, 2014  ■  Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-----------------|-------------------|---------------------|
| 12/18 | | Online Transfer From Faith Alive Internatio Ref #Ibeg6Dbjzh Business Checking Via Mobile | 1,600.00 | | |
| 12/18 | | Online Transfer to Faith Alive Internationa #Ibe8D9Cj7V Business Checking Via Mobile | | 1,600.00 | 0.00 |
| 12/30 | | Online Transfer From Faith Alive Internatio Ref #Ibeqvmdnxl Business Checking Via Mobile | 3,500.00 | | 3,500.00 |
| 1/9 | | Online Transfer From Faith Alive Internatio Ref #Ibetrrkssx Business Checking Via Mobile | 995.26 | | 4,495.26 |
| 1/13 | | Monthly Service Fee | | 12.00 | 4,483.26 |
| **Ending balance on 1/13** | | | | | 4,483.26 |
| **Totals** | | | **$6,095.26** | **$1,612.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/12/2013 - 01/13/2014 | Standard monthly service fee $12.00 | You paid $12.00 |
|-----------------------------------|-----------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $0.00 ☐ |
| · Average ledger balance | $6,000.00 | $1,742.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| wa/wa | | |



☐    Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

# ✓ IMPORTANT ACCOUNT INFORMATION

We want to let you know of the following fee change effective April 1, 2014:
- Collections - Domestic: Auto Draft - $25 per item

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Account number: ▓▓▓▓8693 ■ December 12, 2013 - January 13, 2014 ■ Page 3 of 3



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                 $ _____
register or transfers into                        $ _____
your account which are not                        $ _____
shown on your statement.                        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

---

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Market Rate Savings

Account number: ████6610 ■ January 1, 2014 - January 31, 2014 ■ Page 1 of 3





004753 1 AV 0.381 1618323

FAITH ALIVE INTERNATIONAL MINISTRIES
DEBTOR IN POSSESSION
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Getting ready for tax season can be a challenge! Creating a checklist, and preparing in advance will set you up for a successful meeting with your tax preparer. Remember to bring your deposit routing and account number when preparing your taxes and you may be able to take advantage of using direct deposit for your tax refund into one of your Wells Fargo checking or savings accounts.

### Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $50,000.13 |
| Deposits/Credits | 2.13 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 1/31** | **$50,002.26** |
| Average ledger balance this period | $50,000.13 |

Account number: ████6610

**FAITH ALIVE INTERNATIONAL MINISTRIES**
**DEBTOR IN POSSESSION**
**CH 11 CASE #13-36312 (EVA)**

*Virginia account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $2.13 |
| Average collected balance | $50,000.13 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $2.13 |
| Interest paid this year | $2.13 |
| Total interest paid in 2013 | $0.13 |

DCRN2TUTFC 004753 NNNNNNNNNN NNN NNN 001 002 377 0190B7   10787436.2

Account number: ████████610  ■  January 1, 2014 - January 31, 2014  ■  Page 2 of 2



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 1/31 | Interest Payment | 2.13 | | 50,002.26 |
| Ending balance on 1/31 | | | | 50,002.26 |
| **Totals** | | **$2.13** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/01/2014 - 01/31/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Average collected balance | $500.00 | $50,000.00 ☑ |
| • Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $0.00 ☐ |

YC/YC

---

 **TIP**  Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.



## ✓ IMPORTANT ACCOUNT INFORMATION



We want to let you know of the following fee change effective April 1, 2014:
- Collections - Domestic: Auto Draft - $25 per item

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.



Account number: ●●●●●●6610  ■  January 1,... ... ... ... ... 31 ... ... ... Page 2 of 3

WELLS FARGO

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
register or transfers into                             $ _____
your account which are not                            $ _____
shown on your statement.                            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total amount $ _____

DCRN21UTFC 004753 NNNNNNNNNN NNN NNN 002 377 019089 107874362

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Gold Business Services Package



Account number: ⬛⬛⬛8198  ■  January 1, 2014 - January 31, 2014  ■  Page 1 of 5

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
DEBTOR IN POSSESSION
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
          P.O. Box 6995
          Portland, OR  97228-6995

## Your Business and Wells Fargo

Getting ready for tax season can be a challenge! Creating a checklist, and preparing in advance will set you up for a successful meeting with your tax preparer. Remember to bring your deposit routing and account number when preparing your taxes and you may be able to take advantage of using direct deposit for your tax refund into one of your Wells Fargo checking or savings accounts.

## Account options

*A check mark in the box indicates you have these convenient services with your account.  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 1/1 | $6,736.89 |
| Deposits/Credits | 31,145.32 |
| Withdrawals/Debits | - 28,838.07 |
| **Ending balance on 1/31** | **$9,044.14** |
| Average ledger balance this period | $10,633.43 |

Account number: ⬛⬛⬛8198

**STEPHEN A PARSON SR**
**DBA FAITH ALIVE INTERNATIONAL MINISTRIES**
**DEBTOR IN POSSESSION**
**CH 11 CASE #13-36312 (EVA)**

*Virginia account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  051400549

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ●●●●●●8198  ■  January 1, 2014 - January 31, 2014  ■  Page 2 of 5



WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | 416 | Check | | 461.53 | 6,275.36 |
| 1/3 | 414 | Check | | 219.97 | 6,055.39 |
| 1/6 | | Deposit Made In A Branch/Store | 6,395.47 | | |
| 1/6 | | Deposit Made In A Branch/Store | 1,436.25 | | |
| 1/6 | | Deposit Made In A Branch/Store | 1,156.83 | | |
| 1/6 | | Online Transfer to Faith Alive Internationa Ref #Ibe8Dfxxgs Business Checking Via Mobile | | 1,500.00 | |
| 1/6 | | Suntrust Cls Suntrustsp 140103 043000044381151 Steve Parson Sr. | | 645.99 | |
| 1/6 | 415 | Check | | 200.00 | |
| 1/6 | | Suntrust Cls Fee Suntrustsp 140103 043000044381151 Steve Parson Sr. | | 15.00 | 12,682.95 |
| 1/9 | | Quickbooks Banking | | 14.95 | |
| 1/9 | | Online Transfer to Faith Alive Internationa Ref #Ibe2Lcnh8Q Business Checking Via Mobile | | 992.14 | |
| 1/9 | | Online Transfer to Faith Alive Internationa Ref #Ibetrrkssx Business Checking Via Mobile | | 995.26 | |
| 1/9 | 420 | Check | | 461.53 | 10,219.07 |
| 1/10 | 418 | Check | | 639.17 | |
| 1/10 | 419 | Check | | 200.00 | 9,379.90 |
| 1/13 | | Deposit Made In A Branch/Store | 5,817.29 | | 15,197.19 |
| 1/14 | | Online Transfer to Faith Alive Internationa Ref #Ibe8Dhqq5B Business Checking Via Mobile | | 1,505.00 | |
| 1/14 | 425 | Cashed Check | | 500.00 | |
| 1/14 | | Intuit Qbooks/Pro 140113 8474958 Florence Taylor | | 290.84 | 12,901.35 |
| 1/15 | 424 | Check | | 461.53 | |
| 1/15 | 426 | Check | | 22.19 | 12,417.63 |
| 1/16 | | Deposit Made In A Branch/Store | 1,005.00 | | |
| 1/16 | | Online Transfer to Faith Alive Internationa Ref #Ibe8Djh8Wk Business Checking Via Mobile | | 984.14 | |
| 1/16 | | Online Transfer to Faith Alive Internationa Ref #Ibe8Djh8Zw Business Checking Via Mobile | | 989.22 | 11,449.27 |
| 1/17 | | Intuit Qbooks/Pro 140116 5016315 Florence Taylor | | 290.84 | |
| 1/17 | 421 | Check | | 1,692.66 | 10,047.45 |
| 1/21 | | Deposit Made In A Branch/Store | 6,510.83 | | |
| 1/21 | | Deposit Made In A Branch/Store | 1,287.46 | | |
| 1/21 | | Online Transfer to Faith Alive Internationa Ref #Ibetrvklx9 Business Checking Via Mobile | | 1,505.00 | |
| 1/21 | 427 | Check | | 235.00 | |
| 1/21 | 422 | Check | | 210.79 | |
| 1/21 | 423 | Check | | 200.00 | 15,695.37 |
| 1/23 | | Deposit Made In A Branch/Store | 565.00 | | |
| 1/23 | | Online Transfer to Faith Alive Internationa Ref #Ibec9Mltsf Business Checking Via Mobile | | 984.14 | |
| 1/23 | | Online Transfer to Faith Alive Internationa Ref #Ibexnxkllg Business Checking Via Mobile | | 989.24 | |
| 1/23 | 429 | Check | | 461.53 | 13,825.46 |
| 1/24 | 428 | Cashed Check | | 200.00 | 13,625.46 |
| 1/27 | | Deposit Made In A Branch/Store | 3,041.35 | | |
| 1/27 | | Deposit Made In A Branch/Store | 454.58 | | |
| 1/27 | | Proof-Out of Balance No Tape Listing | 84.00 | | |
| 1/27 | | Online Transfer to Faith Alive Internationa Ref #Ibeg6Pvx5L Business Checking Via Mobile | | 3,140.00 | |
| 1/27 | | Recur Debit Crd Pmt01/27 Clear 888-253-2794 WA 474166xxxxxx9482 464027292432522 ?McC=4816 | | 49.99 | |
| 1/27 | 430 | Cashed Check | | 3,140.00 | 10,875.40 |
| 1/28 | | Online Transfer to Faith Alive Internationa Ref #Ibeqvvkdwt Business Checking Via Mobile | | 1,504.10 | 9,371.30 |
| 1/29 | 431 | Check | | 862.77 | 8,508.53 |

Account number:   ██████8198   ■   January 1, 2014 - January 31, 2014   ■   Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/30 | | Online Transfer to Faith Alive Internatio Ref #Ibexnyyf75 Business Checking Via Mobile | | 982.14 | |
| 1/30 | | Online Transfer to Faith Alive Internatio Ref #Ibetrxgn4M Business Checking Via Mobile | | 2.00 | |
| 1/30 | | Online Transfer to Faith Alive Internatio Ref #Ibeqvvzckd Business Checking Via Mobile | | 989.22 | |
| 1/30 | 435 | Cashed Check | | 100.00 | |
| 1/30 | 434 | Check | | 461.53 | 5,973.64 |
| 1/31 | | Online Transfer From Faith Alive Internatio Ref #Ibernytwbsk Business Checking Via Mobile | 3,100.00 | | |
| 1/31 | | Transactions Fee | | 29.50 | 9,044.14 |
| **Ending balance on 1/31** | | | | | **9,044.14** |
| **Totals** | | | **$31,145.32** | **$28,838.07** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 414 | 1/3 | 219.97 | 422 | 1/21 | 210.79 | 428 | 1/24 | 200.00 |
| 415 | 1/6 | 200.00 | 423 | 1/21 | 200.00 | 429 | 1/23 | 461.53 |
| 416 | 1/2 | 461.53 | 424 | 1/15 | 461.53 | 430 | 1/27 | 3,140.00 |
| 418 * | 1/10 | 639.17 | 425 | 1/14 | 500.00 | 431 | 1/29 | 862.77 |
| 419 | 1/10 | 200.00 | 426 | 1/15 | 22.19 | 434 * | 1/30 | 461.53 |
| 420 | 1/9 | 461.53 | 427 | 1/21 | 235.00 | 435 | 1/30 | 100.00 |
| 421 | 1/17 | 1,692.66 | | | | | | |

\* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/01/2014 - 01/31/2014 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

Your fee waiver is about to expire.  You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee  *(complete 1 AND 2)* | Minimum required | This fee period |
|---|---|---|
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $10,633.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of Wells Fargo debit card purchases and/or payments | 10 | 1 ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Linked Wells Fargo credit card qualified purchase transaction | 5 | 0 ☐ |
| · Linked Wells Fargo credit card total qualified purchases | $500.00 | $0.00 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balances of: business credit card, Wells Fargo Express Equity® and BusinessLine® lines of credit, Wells Fargo BusinessLoan® term loan | | |
|   - Average daily balances from previous month in business PrimeLine® line of credit and Business PrimeLoan℠ account, Wells Fargo Express Equity®, SBA, and Equipment Express® loans | | |
| 2) Complete the package requirements | | |