CASE NAME: Richmond Christian Ch.
CASE NUMBER: 13-36312-KLP
JUDGE:

**CASH BASIS**
02/13/95

## UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF VA

Richmond DIVISION

### MONTHLY OPERATING REPORT

MONTH ENDING: Feb , 2014

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_Stephen Parsons Sr_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

_Stephen Parsons, Sr_
PRINTED NAME OF RESPONSIBLE PARTY

_Pastor Trustee_
TITLE

_3/25/14_
DATE

PREPARER:

_C.W. Yarb___
ORIGINAL SIGNATURE OF PREPARER

_C.W. Yarbrough_
PRINTED NAME OF PREPARER

_Trustee_
TITLE

_3/25/14_
DATE

CASH BASIS-1

02/13/95

CASE NAME:

CASE NUMBER: 13-36312-KLP

Period 2/1/14 - 2/28/14

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | QUARTER TOTAL |
|---|---|---|---|---|
| 1.  CASH - BEGINNING OF MONTH | | | | 50150 |
| **RECEIPTS** | | | | |
| 2.  CASH SALES | | | | |
| 3.  ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4.  LOANS & ADVANCES | | | | |
| 5.  SALE OF ASSETS | | | | 600 |
| 6.  LEASE & RENTAL INCOME | | | | 2 |
| 7.  ~~WAGES~~ interest income | | | | 31993 |
| 8.  OTHER (ATTACH LIST) tithes | | | | 32595 |
| 9.  TOTAL RECEIPTS | | | | |
| **DISBURSEMENTS** | | | | |
| 10.  NET PAYROLL | | | | 9953 |
| 11.  PAYROLL TAXES PAID | | | | 2239 |
| 12.  SALES, USE & OTHER TAXES PAID | | | | |
| 13.  INVENTORY PURCHASES | | | | |
| 14.  MORTGAGE PAYMENTS | | | | |
| 15.  OTHER SECURED NOTE PAYMENTS | | | | |
| 16.  RENTAL & LEASE PAYMENTS | | | | 1494 |
| 17.  UTILITIES | | | | 1874 |
| 18.  INSURANCE | | | | 1285 |
| 19.  ~~VEHICLE EXPENSES~~ Car Payment | | | | 2646 |
| 20.  ~~TRAVEL~~ Contract Svcs | | | | |
| 21.  ENTERTAINMENT | | | | 925 |
| 22.  REPAIRS & MAINTENANCE | | | | 170 |
| 23.  SUPPLIES | | | | |
| 24.  ADVERTISING | | | | |
| 25.  HOUSEHOLD EXPENSES | | | | |
| 26.  CHARITABLE CONTRIBUTIONS | | | | 58 |
| 27.  ~~GIFTS~~ Bank Charges | | | | 3140 |
| 28.  OTHER (ATTACH LIST) Housing allowance | | | | |
| 29.  TOTAL ORDINARY DISBURSEMENTS | | | | |
| **REORGANIZATION EXPENSES** | | | | |
| 30.  PROFESSIONAL FEES | | | | 650 |
| 31.  U.S. TRUSTEE FEES | | | | |
| 32.  OTHER (ATTACH LIST) | | | | |
| 33.  TOTAL REORGANIZATION EXPENSES | | | | 24434 |
| 34.  TOTAL DISBURSEMENTS | | | | 8161 |
| 35.  NET CASH FLOW | | | | 58311 |
| 36.  CASH - END OF MONTH | | | | |

# Richmond Christian Center

3/24/2014 10:47 PM

Register: 10100 · Chp 11 - Operating Acct

From 02/01/2014 through 02/28/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 02/02/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 9,427.91 | 13,953.54 |
| 02/02/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,113.70 | 15,067.24 |
| 02/02/2014 | | | 10200 · Chp 11- Payroll... | VOID: Funds ... | | X | | 15,067.24 |
| 02/02/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.22 | | | 14,078.02 |
| 02/03/2014 | | | 10200 · Chp 11- Payroll... | Funds Transfer | 1,504.09 | X | | 12,573.93 |
| 02/03/2014 | | | 10300 · Chp 11 - Payro... | transfer to PR ... | 300.00 | X | | 12,273.93 |
| 02/05/2014 | 438 | Mark Parson | 62100 · Contract Servi... | 2-4-13 | 200.00 | X | | 12,073.93 |
| 02/05/2014 | 439 | Florence E. Taylor | 62100 · Contract Servi... | 2-4-13 | 461.53 | X | | 11,612.40 |
| 02/05/2014 | | | 10200 · Chp 11- Payroll... | Funds Transfer | 982.14 | X | | 10,630.26 |
| 02/05/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.22 | X | | 9,641.04 |
| 02/06/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 949.86 | 10,590.90 |
| 02/09/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 4,025.97 | 14,616.87 |
| 02/09/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,309.41 | 15,926.28 |
| 02/11/2014 | 440 | Anytime Emergency ... | 73200 · Repairs | | 240.00 | X | | 15,686.28 |
| 02/11/2014 | 441 | United States Treasury | -split- | EIN 54-125326... | 1,573.69 | X | | 14,112.59 |
| 02/11/2014 | 442 | United States Treasury | -split- | EIN 54-125326... | 410.68 | X | | 13,701.91 |
| 02/11/2014 | 443 | U.S. Trustee Paymen... | Bankruptcy Acct | Acct No. 223-1... | 325.00 | X | | 13,376.91 |
| 02/11/2014 | 444 | M & T Bank | Automble-Pastor | Automobile | 639.17 | X | | 12,737.74 |
| 02/11/2014 | 445 | Anthony Robinson | 20000 · Accounts Paya... | | 251.80 | X | | 12,485.94 |
| 02/11/2014 | | | 10200 · Chp 11- Payroll... | Funds Transfer | 1,504.10 | X | | 10,981.84 |
| 02/12/2014 | 446 | Mark Parson | 62100 · Contract Servi... | 2-11-14 | 200.00 | X | | 10,781.84 |
| 02/12/2014 | 447 | Florence E. Taylor | 62100 · Contract Servi... | 2-11-13 | 461.53 | X | | 10,320.31 |
| 02/12/2014 | 448 | Brotherhood Mutual ... | 20000 · Accounts Paya... | | 1,874.16 | X | | 8,446.15 |
| 02/12/2014 | | | 10200 · Chp 11- Payroll... | Funds Transfer | 984.14 | X | | 7,462.01 |
| 02/12/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.20 | X | | 6,472.81 |
| 02/14/2014 | | | -split- | Deposit | | X | 1,660.99 | 8,133.80 |
| 02/14/2014 | 449 | Southern Sanitary Co... | 70200 · Church Supplies | | 170.35 | X | | 7,963.45 |
| 02/16/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,966.13 | 9,929.58 |
| 02/16/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 5,504.83 | 15,434.41 |
| 02/18/2014 | 450 | Dominion Virginia P... | 20000 · Accounts Paya... | | 1,287.36 | X | | 14,147.05 |
| 02/18/2014 | 451 | Verizon | 20000 · Accounts Paya... | Church-Teleph... | 205.42 | X | | 13,941.63 |
| 02/18/2014 | 452 | Charlie 's Lock Service | 20000 · Accounts Paya... | | 94.33 | X | | 13,847.30 |
| 02/18/2014 | 453 | Suntrust | Automble-Pastor | Car Payment #18 | 645.99 | X | | 13,201.31 |
| 02/18/2014 | 454 | Parson, Stephen Sr | Housing Allowance | Housing Allow... | 3,140.00 | X | | 10,061.31 |
| 02/18/2014 | | | 10200 · Chp 11- Payroll... | Funds Transfer | 1,504.09 | X | | 8,557.22 |
| 02/19/2014 | 455 | Mark Parson | 62100 · Contract Servi... | 2-18-14 | 200.00 | X | | 8,357.22 |
| 02/19/2014 | 456 | Florence E. Taylor | 62100 · Contract Servi... | 2-18-14 | 461.53 | X | | 7,895.69 |
| 02/19/2014 | 457 | U.S.Trustee Payment... | Bankruptcy Acct | Acct No. 223-1... | 325.00 | X | | 7,570.69 |
| 02/19/2014 | | | 10200 · Chp 11- Payroll... | Funds Transfer | 984.11 | X | | 6,586.58 |
| 02/19/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.28 | X | | 5,597.30 |

Richmond Christian Center

3/24/2014 10:47 PM

Register: 10100 · Chp 11 - Operating Acct

From 02/01/2014 through 02/28/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 02/20/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 530.27 | 6,127.57 |
| 02/20/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 4,029.52 | 10,157.09 |
| 02/20/2014 | 458 | Anytime Emergency ... | 73200 · Repairs | Repairs to Bath... | 240.00 | X | | 9,917.09 |
| 02/23/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,719.51 | 11,636.60 |
| 02/24/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.10 | X | | 10,132.50 |
| 02/25/2014 | 459 | Mark Parson | 62100 · Contract Servi... | 2-25-14 | 200.00 | X | | 9,932.50 |
| 02/25/2014 | 460 | Florence E. Taylor | 62100 · Contract Servi... | 2-25-14 | 461.53 | X | | 9,470.97 |
| 02/25/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.14 | X | | 8,486.83 |
| 02/25/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.20 | X | | 7,497.63 |
| 02/26/2014 | 461 | Anytime Emergency ... | 73200 · Repairs | VOID: Repairs... | | | | 7,497.63 |
| 02/27/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 355.00 | 7,852.63 |
| 02/27/2014 | 462 | Anytime Emergency ... | 73200 · Repairs | Repairs to Bath... | 100.00 | | | 7,752.63 |
| 02/28/2014 | | | 70000 · Bank Charges | Service Charge | 33.50 | X | | 7,719.13 |
| 02/28/2014 | ABC | | 66900 · Reconciliation ... | Balance Adjust... | | X | 0.05 | 7,719.18 |

# Richmond Christian Center

3/24/2014 10:48 PM

Register: 10200 · Chp 11- Payroll Acct
From 02/01/2014 through 02/28/2014
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 02/02/2014 | | | 10100 · Chp 11 - Oper... | VOID: Funds ... | | X | | 1,198.20 |
| 02/03/2014 | 336 | Parson, Stephen | -split- | | 1,504.09 | X | | -305.89 |
| 02/03/2014 | 434 | Parson, Stephen | -split- | VOID: | | X | | -305.89 |
| 02/03/2014 | 435 | Parson, Stephen | -split- | VOID: | | X | | -305.89 |
| 02/03/2014 | 436 | Parson, Stephen | -split- | VOID: | | X | | -305.89 |
| 02/03/2014 | 437 | Parson, Stephen | -split- | VOID: | | X | | -305.89 |
| 02/03/2014 | 438 | Parson, Stephen | -split- | VOID: | | X | | -305.89 |
| 02/03/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,504.09 | 1,198.20 |
| 02/04/2014 | 337 | Hickman., Rhonda | -split- | | 202.87 | X | | 995.33 |
| 02/04/2014 | 338 | Jones, Alice | -split- | | 415.02 | X | | 580.31 |
| 02/04/2014 | 339 | Parrish, Gwen | -split- | | 366.23 | X | | 214.08 |
| 02/05/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 982.14 | 1,196.22 |
| 02/10/2014 | 340 | Parson, Stephen | -split- | | 1,504.10 | X | | -307.88 |
| 02/11/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,504.10 | 1,196.22 |
| 02/12/2014 | 341 | Hickman., Rhonda | -split- | | 202.88 | X | | 993.34 |
| 02/12/2014 | 342 | Jones, Alice | -split- | | 415.02 | X | | 578.32 |
| 02/12/2014 | 343 | Parrish, Gwen | -split- | | 366.24 | X | | 212.08 |
| 02/12/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 984.14 | 1,196.22 |
| 02/17/2014 | 344 | Parson, Stephen | -split- | | 1,504.09 | X | | -307.87 |
| 02/18/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,504.09 | 1,196.22 |
| 02/19/2014 | 345 | Hickman., Rhonda | -split- | | 202.87 | | | 993.35 |
| 02/19/2014 | 346 | Jones, Alice | -split- | | 415.02 | | | 578.33 |
| 02/19/2014 | 347 | Parrish, Gwen | -split- | | 366.22 | | | 212.11 |
| 02/19/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 984.11 | 1,196.22 |
| 02/20/2014 | | | 70000 · Bank Charges | Service Charge | 12.00 | X | | 1,184.22 |
| 02/24/2014 | | Parson, Stephen | -split- | VOID: | | X | | 1,184.22 |
| 02/24/2014 | 348 | Parson, Stephen | -split- | | 1,504.10 | | | -319.88 |
| 02/24/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | | 1,504.10 | 1,184.22 |
| 02/25/2014 | | Hickman., Rhonda | -split- | VOID: | | X | | 1,184.22 |
| 02/25/2014 | | Jones, Alice | -split- | VOID: | | X | | 1,184.22 |
| 02/25/2014 | | Parrish., Gwen | -split- | VOID: | | X | | 1,184.22 |
| 02/25/2014 | 349 | Hickman., Rhonda | -split- | | 202.88 | | | 981.34 |
| 02/25/2014 | 350 | Jones, Alice | -split- | | 415.02 | | | 566.32 |
| 02/25/2014 | 351 | Parrish., Gwen | -split- | | 366.24 | | | 200.08 |
| 02/25/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | | 984.14 | 1,184.22 |

Richmond Christian Center

3/24/2014 10:49 PM

Register: 10400 · Savings Account - Wells Fargo

From 02/01/2014 through 02/28/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 02/28/2014 | | | 95000 · Interest Income | Interest | | X | 1.91 | 50,004.17 |

# Richmond Christian Center

3/24/2014 10:49 PM

Register: 10300 · Chp 11 - Payroll Tax Acct
From 02/01/2014 through 02/28/2014
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 02/02/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.22 | 7,450.94 |
| 02/03/2014 | debited acc | Internal Revenue Ser... | 24000 · Payroll Liabilit... | | 7,661.65 | X | | -210.71 |
| 02/03/2014 | | | 10100 · Chp 11 - Oper... | transfer to PR ... | | X | 300.00 | 89.29 |
| 02/05/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.22 | 1,078.51 |
| 02/12/2014 | | | 70000 · Bank Charges | Service Charge | 12.00 | X | | 1,066.51 |
| 02/12/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.20 | 2,055.71 |
| 02/19/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.28 | 3,044.99 |
| 02/25/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.20 | 4,034.19 |

CASH BASIS-3
02/13/95

CASE NAME: RCC

CASE NUMBER: 13-36312-KLP

2/28/14

| ASSETS OF THE ESTATE | | | | |
|---|---|---|---|---|
| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT * | MONTH | MONTH | MONTH |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | ~4 milli. |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | | | | |
| SCHEDULE "B" PERSONAL PROPERTY | | | | |
| 1. CASH ON HAND | | | | 62941 |
| 2. CHECKING, SAVINGS, ETC. | | | | |
| 3. SECURITY DEPOSITS | | | | |
| 4. HOUSEHOLD GOODS | | | | |
| 5. BOOKS, PICTURES, ART | | | | |
| 6. WEARING APPAREL | | | | |
| 7. FURS AND JEWELRY | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. INSURANCE POLICIES | | | | |
| 10. ANNUITIES | | | | |
| 11. RETIREMENT & PROFIT SHARING | | | | |
| 12. STOCKS | | | | |
| 13. PARTNERSHIPS & JOINT VENTURES | | | | |
| 14. GOVERNMENT & CORPORATE BONDS | | | | |
| 15. ACCOUNTS RECEIVABLE | | | | |
| 16. ALIMONY | | | | |
| 17. OTHER LIQUIDATED DEBTS | | | | |
| 18. EQUITABLE INTERESTS | | | | |
| 19. CONTINGENT INTERESTS | | | | |
| 20. OTHER CLAIMS | | | | |
| 21. PATENTS & COPYRIGHTS | | | | |
| 22. LICENSES & FRANCHISES | | | | 20,000 |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | | | | |
| 24. BOATS & MOTORS | | | | |
| 25. AIRCRAFT | | | | |
| 26. OFFICE EQUIPMENT | | | | 5,000 |
| 27. MACHINERY, FIXTURES & EQUIPMENT | | | | |
| 28. INVENTORY | | | | |
| 29. ANIMALS | | | | |
| 30. CROPS | | | | |
| 31. FARMING EQUIPMENT | | | | |
| 32. FARM SUPPLIES | | | | |
| 33. OTHER (ATTACH LIST) | | | | |
| 34. TOTAL PERSONAL PROPERTY ASSETS | | | | |
| 35. TOTAL ASSETS | | | | |

* DATE AMENDED _____

CASE # 13-36312 - KLP

Total records : 22

Search Criteria :

Owner Name: richmond christian center

| PIN | Owner Name | Property Address | Zip | Property Class Code | Property Class Description |
|---|---|---|---|---|---|
| S0000201026 | RICHMOND CHRISTIAN CENTER TR | 000219 COWARDIN AVE | 23224 | 401 | B Commercial Vacant Land |
| S0000201027 | RICHMOND CHRISTIAN CENTER TR | 000221 COWARDIN AVE | 23224 | 401 | B Commercial Vacant Land |
| S0000201028 | RICHMOND CHRISTIAN CENTER TR | 000223 COWARDIN AVE | 23224 | 401 | B Commercial Vacant Land |
| S0000201029 | RICHMOND CHRISTIAN CENTER TR | 000225 COWARDIN AVE | 23224 | 401 | B Commercial Vacant Land |
| S0000201030 | RICHMOND CHRISTIAN CENTER TR | 000227 COWARDIN AVE | 23224 | 401 | B Commercial Vacant Land |
| S0000245001 | RICHMOND CHRISTIAN CENTER TR | 001720 WALL ST | 23224 | 406 | B Paved Surface Parking |
| S0000245022 | RICHMOND CHRISTIAN CENTER TR | 000215 W 19TH ST | 23224 | 406 | B Paved Surface Parking |
| S0000245025 | RICHMOND CHRISTIAN CENTER TR | 000219 W 19TH ST | 23224 | 406 | B Paved Surface Parking |
| S0000245025 | RICHMOND CHRISTIAN CENTER TR | 000217 W 19TH ST | 23224 | 406 | B Paved Surface Parking |
| S0000246005 | RICHMOND CHRISTIAN CENTER TR | 000216 COWARDIN AVE | 23224 | 406 | B Paved Surface Parking |
| S0000246009 | RICHMOND CHRISTIAN CENTER TR | 001731 WALL ST | 23224 | 468 | B Religious/Church/Synagogue |
| S0000246010 | RICHMOND CHRISTIAN CENTER TR | 000214 COWARDIN AVE | 23224 | 468 | B Religious/Church/Synagogue |
| S0000246010 | RICHMOND CHRISTIAN CENTER TR | 001721 WALL ST | 23224 | 468 | B Religious/Church/Synagogue |
| S0000295005 | RICHMOND CHRISTIAN CENTER TR | 001916 BAINBRIDGE ST | 23224 | 501 | B Industrial Vacant Land |
| S0000298001 | RICHMOND CHRISTIAN CENTER TR | 001910 WALL ST | 23224 | 506 | B Industrial Paved Parking |
| S0000298010 | RICHMOND CHRISTIAN CENTER TR | 000208 W 19TH ST | 23224 | 406 | B Paved Surface Parking |
| S0000298010 | RICHMOND CHRISTIAN CENTER TR | 000210 W 19TH ST | 23224 | 406 | B Paved Surface Parking |
| S0000298010 | RICHMOND CHRISTIAN CENTER TR | 000218 W 19TH ST | 23224 | 406 | B Paved Surface Parking |
| S0000298016 | RICHMOND CHRISTIAN CENTER TR | 001919 PORTER ST | 23224 | 101 | R Single Family Vacant (R1-R6) |
| S0000299001 | RICHMOND CHRISTIAN CENTER TR | 001901 WALL ST | 23224 | 456 | B Educational |
| S0000299001 | RICHMOND CHRISTIAN CENTER TR | 000318 W 19TH ST | 23224 | 456 | B Educational |
| S0070815003 | RICHMOND CHRISTIAN CENTER TR | 003010 STOCKTON ST | 23224 | 110 | R One Story |

*Handwritten annotations:*
- "assessed valued"
- S0000201026: 38,000
- S0000201027: 33,000
- S0000201028: 8,000
- S0000201029: 8,000
- S0000201030: 8,000 / "lot across street front of church"
- S0000245001: 153,000 / "upper lot (main parking)"
- S0000245022: 82,000
- S0000245025: 62,000
- S0000246005: 169,000 / "R. Parking Lot"
- S0000246009: 247,000
- S0000246010: 1,766,000
- S0000295005: 9,000
- S0000298001: 60,000
- S0000298010: "upper lot"
- S0000298010: 69,000 / "lower parking lot"
- S0000298016: 20,000
- S0000299001: 1,131,000
- S0000299001: 134,000
- S0070815003: 98,000

CASE NAME: RCC

CASE NUMBER: 13-36312-KLP

**CASH BASIS-4**

02/13/95

MONTH: Feb 2014

## LIABILITIES OF THE ESTATE

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | 1.9 million | Ø |
| 2. PRIORITY | | |
| 3. UNSECURED | 201069 | Ø |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | | |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST-DUE | |
|---|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES W/H | | 2929 | 4/30/14 | Ø | |
| 2. FICA / MEDICARE | Jan-Feb 2014 | 4150 | 4/30/14 | Ø | |
| 3. STATE TAXES W/H | Jan-Feb 2014 | 1222 - | 4/30/14 | Ø | |
| 4. REAL ESTATE TAXES | 2013 | 24764 | 1/14/14 | 24764 | (*) |
| 5. OTHER TAXES (ATTACH LIST) | | | | | |
| 6. TOTAL TAXES | | | | | |

OTHER POSTPETITION LIABILITIES, INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS)

| | | | | |
|---|---|---|---|---|
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL, ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | | | |
| 31. TOTAL POSTPETITION LIABILITIES | | | | |

(*) BookKeeper is researching these to see if Church really owes since churches are tax exempt. She just added these to books.

CASE NAME: RCC

CASE NUMBER: 13-36312-KLP

**CASH BASIS-5**
02/13/95

MONTH: Feb 2014

## PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID
TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE)
AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF
COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE,
TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| | INSIDERS | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. Steve Parsons SR | Salary/housing | 11292 | 41304 |
| 2. Mark Parson | 1099 | 800 | 3000 |
| 3. Rhonda Hickman | wages | 1000 | 3750 |
| 4. Steve Parsons SR | Car payment | 645 | 1306 |
| 5. Mark Parson | Car payment | 639 | 1278 |
| 6. TOTAL PAYMENTS TO INSIDERS | | | |

| | PROFESSIONALS | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZ PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID * |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. FCR | ∅ | ∅ | ∅ |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

CASE NAME: RCC

CASE NUMBER: 13-36312-KLP

**CASH BASIS-6**

02/13/95

MONTH: Feb 2014

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | X | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

→ see note on Post Petition
Liabilities

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED
EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN
CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION
BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Liab | Brotherhood Mutual | Current | Monthly |
| Prop | " | " | " |
| | | | |
| | | | |

→ one combined bill
$1874.16

**CASH BASIS-2**

02/13/95

ASE NAME: _B C C_

ASE NUMBER: _13-36312-KLP_

*See attached bank statements and Reconciliation summaries*

e debtor in possession must complete the reconciliation below for each bank account,
cluding all general, payroll and tax accounts, as well as all savings and investment
counts, money market accounts, certificates of deposit, government obligations, etc.
ccounts with restricted funds should be identified by placing an asterisk next to the
count number. Attach additional sheets if necessary.

MONTH: _____

| ANK RECONCILIATIONS | Account #1 | Account #2 | Account #3 | TOTAL |
|---|---|---|---|---|
| BANK: | | | | |
| ACCOUNT NUMBER: | | | | |
| PURPOSE (TYPE): | | | | |
| BALANCE PER BANK STATEMENT | | | | |
| ADD: TOTAL DEPOSITS NOT CREDITED | | | | |
| SUBTRACT: OUTSTANDING CHECKS | | | | |
| OTHER RECONCILING ITEMS | | | | |
| MONTH END BALANCE PER BOOKS | | | | |
| NUMBER OF LAST CHECK WRITTEN | | | | |

| NVESTMENT ACCOUNTS |  |  |  |  |
|---|---|---|---|---|
| ANK, ACCOUNT NAME & NUMI | DATE OF PURCHASE | TYPE OF INSTRUMEN | PURCHASE PRICE | CURRENT VALUE |
| | | | | |
| | | | | |
| | | | | |
| 0. | | | | |
| 1.   TOTAL INVESTMENTS | | | | |

| ASH | | |
|---|---|---|
| 2.   CURRENCY ON HAND | | |
| 3.   TOTAL CASH - END OF MONTH | | |

12:05 AM

03/20/14

# Richmond Christian Center
## Reconciliation Summary
### 10300 · Chp 11 - Payroll Tax Acct, Period Ending 02/12/2014

|  | Feb 12, 14 |
|---|---|
| **Beginning Balance** | 4,483.26 |
| **Cleared Transactions** | |
| Checks and Payments - 2 items | -7,673.65 |
| Deposits and Credits - 6 items | 5,246.10 |
| **Total Cleared Transactions** | -2,427.55 |
| **Cleared Balance** | **2,055.71** |
| Register Balance as of 02/12/2014 | 2,055.71 |
| **New Transactions** | |
| Deposits and Credits - 5 items | 4,946.28 |
| **Total New Transactions** | 4,946.28 |
| **Ending Balance** | **7,001.99** |

# Business Checking

Account number: ██████8693 ■ January 14, 2014 - February 12, 2014 ■ Page 1 of 3

*Taxes*

WELLS FARGO

002510 1 AV 0.381 1697494

FAITH ALIVE INTERNATIONAL MINISTRIES
DEBTOR IN POSSESSION
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/14 | $4,483.26 |
| Deposits/Credits | 5,246.10 |
| Withdrawals/Debits | - 7,673.65 |
| **Ending balance on 2/12** | **$2,055.71** |
| Average ledger balance this period | $4,370.54 |

Account number: ██████8693

**FAITH ALIVE INTERNATIONAL MINISTRIES**
**DEBTOR IN POSSESSION**
**CH 11 CASE #13-36312 (EVA)**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ██████3693 ■ January 14, 2014 - February 12, 2014 ■ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/16 | | Online Transfer From Faith Alive Internatio Ref #Ibe8Djh8Zw Business Checking Via Mobile | 989.22 | | 5,472.48 |
| 1/23 | | Online Transfer From Faith Alive Internatio Ref #Ibexnxkllg Business Checking Via Mobile | 989.24 | | 6,461.72 |
| 1/30 | | Online Transfer From Stephen A Parson Sr Ref #Ibeqvvzckd Business Checking Via Mobile | 989.22 | | 7,450.94 |
| 2/3 | | Online Transfer From Stephen A Parson Sr Ref #Ibexp2Hd5V Business Checking Via Mobile | 300.00 | | |
| 2/3 | | Withdrawal Made In A Branch/Store | | 7,661.65 | 89.29 |
| 2/6 | | Online Transfer From Stephen A Parson Sr Ref #Ibec9Rcnvt Business Checking Via Mobile | 989.22 | | 1,078.51 |
| 2/12 | | Online Transfer From Stephen A Parson Sr Ref #Ibemyy3Sct Business Checking Via Mobile | 989.20 | | |
| 2/12 | | Monthly Service Fee | | 12.00 | 2,055.71 |
| **Ending balance on 2/12** | | | | | 2,055.71 |
| **Totals** | | | **$5,246.10** | **$7,673.65** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/14/2014 - 02/12/2014 | Standard monthly service fee $12.00 | You paid $12.00 |
|------|------|------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| • Minimum daily balance | $3,000.00 | $89.29 ☐ |
| • Average ledger balance | $6,000.00 | $4,371.00 ☐ |
| • Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

W8/W8

012964

 **TIP**   Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.



## ✓ IMPORTANT ACCOUNT INFORMATION

We want to let you know of the following fee change effective April 1, 2014:
- Collections - Domestic: Auto Draft - $25 per item

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.



12:20 AM

03/20/14

# Richmond Christian Center
## Reconciliation Summary
### 10200 · Chp 11- Payroll Acct, Period Ending 02/20/2014

|  | Feb 20, 14 |
|---|---|
| **Beginning Balance** | 371.82 |
| **Cleared Transactions** |  |
| Checks and Payments - 18 items | -13,064.88 |
| Deposits and Credits - 16 items | 14,075.05 |
| **Total Cleared Transactions** | 1,010.17 |
| **Cleared Balance** | **1,381.99** |
| **Uncleared Transactions** |  |
| Checks and Payments - 4 items | -1,186.99 |
| Deposits and Credits - 2 items | 1,973.35 |
| **Total Uncleared Transactions** | 786.36 |
| **Register Balance as of 02/20/2014** | **2,168.35** |
| **New Transactions** |  |
| Checks and Payments - 16 items | -9,952.88 |
| Deposits and Credits - 8 items | 9,952.86 |
| **Total New Transactions** | -0.02 |
| **Ending Balance** | **2,168.33** |

# Business Checking

Account number: ██████8446 ■ January 22, 2014 - February 20, 2014 ■ Page 1 of 4

**WELLS FARGO**

*Payroll*

003500 1 AV 0.381 1717422



STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/22 | $371.82 |
| Deposits/Credits | 14,075.05 |
| Withdrawals/Debits | - 13,064.88 |
| **Ending balance on 2/20** | **$1,381.99** |
| Average ledger balance this period | $1,138.32 |

Account number: ██████8446

**STEPHEN A PARSON SR**
**DBA FAITH ALIVE INTERNATIONAL MINISTRIES**
**CH 11 CASE #13-36312 (EVA)**
*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDN21UTNC 003500 003500 NNNNNNNNNN NNN 001 002 377 018425    108037522

Account number: ●●●●●●●●446 ■ January 22, 2014 - February 20, 2014 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|-------------|---------|---------|---------|
| 1/23 | | Online Transfer From Faith Alive Internatio Ref #Ibec9MItsf Business Checking Via Mobile | 984.14 | | |
| 1/23 | 329 | Check | | 415.02 | 940.94 |
| 1/24 | 330 | Cashed Check | | 366.22 | 574.72 |
| 1/27 | | Online Transfer From Faith Alive Internatio Ref #Ibeg6Pvx5L Business Checking Via Mobile | 3,140.00 | | |
| 1/27 | 328 | Cashed Check | | 202.87 | 3,511.85 |
| 1/28 | | Online Transfer From Faith Alive Internatio Ref #Ibeqvvkdwt Business Checking Via Mobile | 1,504.10 | | |
| 1/28 | 331 | Check | | 1,504.10 | 3,511.85 |
| 1/30 | | Online Transfer From Stephen A Parson Sr Ref #Ibexnyyf75 Business Checking Via Mobile | 982.14 | | |
| 1/30 | | Online Transfer From Stephen A Parson Sr Ref #Ibetrxgn4M Business Checking Via Mobile | 2.00 | | |
| 1/30 | 334 | Cashed Check | | 366.24 | |
| 1/30 | 333 | Check | | 415.01 | 3,714.74 |
| 1/31 | | Online Transfer to Stephen A Parson Sr Ref #Ibemytwbsk Business Checking Via Mobile | | 3,100.00 | 614.74 |
| 2/3 | | Online Transfer From Stephen A Parson Sr Ref #Ibeqvxgfkb Business Checking Via Mobile | 1,504.09 | | |
| 2/3 | 336 | Cashed Check | | 1,504.09 | |
| 2/3 | 332 | Check | | 202.88 | 411.86 |
| 2/6 | | Online Transfer From Stephen A Parson Sr Ref #Ibeqvy9NC7 Business Checking Via Mobile | 982.14 | | |
| 2/6 | 339 | Cashed Check | | 366.23 | |
| 2/6 | 338 | Check | | 415.02 | 612.75 |
| 2/10 | 337 | Check | | 202.87 | 409.88 |
| 2/11 | | Online Transfer From Stephen A Parson Sr Ref #Ibemyxt8Gx Business Checking Via Mobile | 1,504.10 | | |
| 2/11 | 340 | Cashed Check | | 1,504.10 | 409.88 |
| 2/12 | | Online Transfer From Stephen A Parson Sr Ref #Ibets33Qbs Business Checking Via Mobile | 984.14 | | 1,394.02 |
| 2/14 | 343 | Cashed Check | | 366.24 | 1,027.78 |
| 2/18 | 341 | Check | | 202.88 | 824.90 |
| 2/19 | | Online Transfer From Stephen A Parson Sr Ref #Ibexp6Kbhs Business Checking Via Mobile | 1,504.09 | | |
| 2/19 | | Online Transfer From Stephen A Parson Sr Ref #Ibe5Hrlkqb Business Checking Via Mobile | 984.11 | | |
| 2/19 | 344 | Cashed Check | | 1,504.09 | |
| 2/19 | 342 | Check | | 415.02 | 1,393.99 |
| 2/20 | | Monthly Service Fee | | 12.00 | 1,381.99 |
| **Ending balance on 2/20** | | | | | **1,381.99** |
| **Totals** | | | **$14,075.05** | **$13,064.88** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 328 | 1/27 | 202.87 | 333 | 1/30 | 415.01 | 339 | 2/6 | 366.23 |
| 329 | 1/23 | 415.02 | 334 | 1/30 | 366.24 | 340 | 2/11 | 1,504.10 |
| 330 | 1/24 | 366.22 | 336 * | 2/3 | 1,504.09 | 341 | 2/18 | 202.88 |
| 331 | 1/28 | 1,504.10 | 337 | 2/10 | 202.87 | 342 | 2/19 | 415.02 |
| 332 | 2/3 | 202.88 | 338 | 2/6 | 415.02 | 343 | 2/14 | 366.24 |

018426





Account Number:   January 22, 2014 - February 20, 2014

**WELLS FARGO**

## Summary of checks written  (continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 344 | 2/19 | 1,504.09 | | | | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/22/2014 - 02/20/2014 | | Standard monthly service fee $12.00 | You paid $12.00 |
|---|---|---|---|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | | $3,000.00 | $371.82 ☐ |
| · Average ledger balance | | $6,000.00 | $1,138.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | | 1 | 0 ☐ |
| W8/W8 | | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 16 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 **TIP**  Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

 **IMPORTANT ACCOUNT INFORMATION**

We want to let you know of the following fee change effective April 1, 2014:
- Collections - Domestic: Auto Draft - $25 per item

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

WELLS FARGO

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                           $ _____
register or transfers into                                  $ _____
your account which are not                                 $ _____
shown on your statement.                                 + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total amount** | **$** |  |

018428

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



1:05 AM

03/20/14

# Richmond Christian Center
## Reconciliation Summary
### 10100 · Chp 11 - Operating Acct, Period Ending 02/28/2014

|  | Feb 28, 14 |
|---|---|
| **Beginning Balance** | 9,044.09 |
| **Cleared Transactions** |  |
| Checks and Payments - 40 items | -29,835.84 |
| Deposits and Credits - 18 items | 32,593.15 |
| **Total Cleared Transactions** | 2,757.31 |
| **Cleared Balance** | **11,801.40** |
| **Uncleared Transactions** |  |
| Checks and Payments - 3 items | -4,082.22 |
| Deposits and Credits - 2 items | 0.00 |
| **Total Uncleared Transactions** | -4,082.22 |
| **Register Balance as of 02/28/2014** | **7,719.18** |
| **New Transactions** |  |
| Checks and Payments - 34 items | -51,149.96 |
| Deposits and Credits - 8 items | 71,388.86 |
| **Total New Transactions** | 20,238.90 |
| **Ending Balance** | **27,958.08** |

# Gold Business Services Package



Account number: ████8198  ■  February 1, 2014 - February 28, 2014  ■  Page 1 of 5

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
DEBTOR IN POSSESSION
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $9,044.14 |
| Deposits/Credits | 32,593.10 |
| Withdrawals/Debits | - 29,835.84 |
| **Ending balance on 2/28** | **$11,801.40** |
| Average ledger balance this period | $14,822.10 |

Account number: ████8198

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
DEBTOR IN POSSESSION
CH 11 CASE #13-36312 (EVA)

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ●●●●●8198  ■  February 1, 2014 - February 28, 2014  ■  Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|---------|---------|
| 2/3 | | Deposit Made In A Branch/Store | 9,427.91 | | |
| 2/3 | | Deposit Made In A Branch/Store | 1,113.70 | | |
| 2/3 | | Online Transfer to Faith Alive Internationa Ref #Ibeqvxgfkb Business Checking Via Mobile | | 1,504.09 | |
| 2/3 | | Online Transfer to Faith Alive Internationa Ref #Ibexp2Hd5V Business Checking Via Mobile | | 300.00 | |
| 2/3 | 436 | Cashed Check | | 50.46 | |
| 2/3 | 433 | Cashed Check | | 200.00 | 17,531.20 |
| 2/5 | 439 | Check | | 461.53 | 17,069.67 |
| 2/6 | | Deposit Made In A Branch/Store | 949.86 | | |
| 2/6 | | Online Transfer to Faith Alive Internationa Ref #Ibeqvy9NC7 Business Checking Via Mobile | | 982.14 | |
| 2/6 | | Online Transfer to Faith Alive Internationa Ref #Ibec9Rcnvt Business Checking Via Mobile | | 989.22 | 16,048.17 |
| 2/7 | 438 | Cashed Check | | 200.00 | 15,848.17 |
| 2/10 | | Deposit Made In A Branch/Store | 5,335.38 | | 21,183.55 |
| 2/11 | | Online Transfer to Faith Alive Internationa Ref #Ibemyxt8Gx Business Checking Via Mobile | | 1,504.10 | |
| 2/11 | 437 | Check | | 1,275.00 | |
| 2/11 | 440 | Check | | 240.00 | 18,164.45 |
| 2/12 | | Deposit Made In A Branch/Store | 1,660.99 | | |
| 2/12 | | Online Transfer to Faith Alive Internationa Ref #Ibets33Qbs Business Checking Via Mobile | | 984.14 | |
| 2/12 | | Online Transfer to Faith Alive Internationa Ref #Ibemyy3Sct Business Checking Via Mobile | | 989.20 | |
| 2/12 | 447 | Check | | 461.53 | 17,390.57 |
| 2/14 | 444 | Check | | 639.17 | |
| 2/14 | 445 | Check | | 251.80 | 16,499.60 |
| 2/18 | | Deposit Made In A Branch/Store | 5,504.83 | | |
| 2/18 | | Deposit Made In A Branch/Store | 1,966.13 | | |
| 2/18 | 454 | Cashed Check | | 3,140.00 | |
| 2/18 | 448 | Check | | 1,874.16 | |
| 2/18 | 446 | Check | | 200.00 | 18,756.40 |
| 2/19 | | Online Transfer to Stephen A Parson Sr Ref #Ibexp6Kbhs Business Checking Via Mobile | | 1,504.09 | |
| 2/19 | | Online Transfer to Stephen A Parson Sr Ref #Ibe5Hrlkqb Business Checking Via Mobile | | 984.11 | |
| 2/19 | | Online Transfer to Stephen A Parson Sr Ref #Ibe5Hrlktq Business Checking Via Mobile | | 989.28 | |
| 2/19 | 450 | Check | | 1,287.36 | |
| 2/19 | 456 | Check | | 461.53 | |
| 2/19 | 443 | Check | | 325.00 | |
| 2/19 | 449 | Check | | 170.35 | 13,034.68 |
| 2/20 | | Deposit Made In A Branch/Store | 530.27 | | |
| 2/20 | 453 | Check | | 645.99 | |
| 2/20 | 451 | Check | | 205.42 | 12,713.54 |
| 2/21 | 441 | Check | | 1,573.69 | |
| 2/21 | 442 | Check | | 410.68 | |
| 2/21 | 452 | Check | | 94.33 | 10,634.84 |
| 2/24 | | Deposit Made In A Branch/Store | 4,029.52 | | |
| 2/24 | | Deposit Made In A Branch/Store | 1,719.51 | | |
| 2/24 | | Online Transfer to Stephen A Parson Sr Ref #Ibexp7Qhpr Business Checking Via Mobile | | 1,504.10 | |
| 2/24 | 455 | Cashed Check | | 200.00 | 14,679.77 |
| 2/25 | 458 | Check | | 240.00 | 14,439.77 |
| 2/26 | | Online Transfer to Stephen A Parson Sr Ref #Ibek426Hhl Business Checking Via Mobile | | 984.14 | |
| 2/26 | | Online Transfer to Stephen A Parson Sr Ref #Ibek426Hlx Business Checking Via Mobile | | 989.20 | |
| 2/26 | 460 | Check | | 461.53 | |

Account number: ████8198 ▪ February 1, 2014 - February 28, 2014 ▪ Page 3 of 5



WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 2/26 | ✓ 457 | Check | | 325.00 | 11,679.90 |
| 2/27 | | Deposit Made In A Branch/Store | 355.00 ✓ | | 12,034.90 |
| 2/28 | ✓ 459 | Cashed Check | | 200.00 | |
| 2/28 | ✓ | Transactions Fee | | 33.50 | 11,801.40 |
| **Ending balance on 2/28** | | | | | **11,801.40** |
| **Totals** | | | **$32,593.10** | **$29,835.84** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 433 | 2/3 | 200.00 | 444 | 2/14 | 639.17 | 453 | 2/20 | 645.99 |
| 436 * | 2/3 | 50.46 | 445 | 2/14 | 251.80 | 454 | 2/18 | 3,140.00 |
| 437 | 2/11 | 1,275.00 | 446 | 2/18 | 200.00 | 455 | 2/24 | 200.00 |
| 438 | 2/7 | 200.00 | 447 | 2/12 | 461.53 | 456 | 2/19 | 461.53 |
| 439 | 2/5 | 461.53 | 448 | 2/18 | 1,874.16 | 457 | 2/26 | 325.00 |
| 440 | 2/11 | 240.00 | 449 | 2/19 | 170.35 | 458 | 2/25 | 240.00 |
| 441 | 2/21 | 1,573.69 | 450 | 2/19 | 1,287.36 | 459 | 2/28 | 200.00 |
| 442 | 2/21 | 410.68 | 451 | 2/20 | 205.42 | 460 | 2/26 | 461.53 |
| 443 | 2/19 | 325.00 | 452 | 2/21 | 94.33 | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/01/2014 - 02/28/2014 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee *(complete 1 AND 2)* | Minimum required | This fee period |
|---|---|---|
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $14,822.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of Wells Fargo debit card purchases and/or payments | 10 | 0 ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Linked Wells Fargo credit card qualified purchase transaction | 5 | 0 ☐ |
| · Linked Wells Fargo credit card total qualified purchases | $500.00 | $0.00 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balances of: business credit card, Wells Fargo Express Equity® and BusinessLine® lines of credit, Wells Fargo BusinessLoan® term loan | | |
|   - Average daily balances from previous month in business PrimeLine® line of credit and Business PrimeLoan℠ account, Wells Fargo Express Equity®, SBA, and Equipment Express® loans | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings, active Online Banking, credit card, loans and lines of credit.
C2/C2

Account number: ████████8198  ■ February 1, 2014 - February 28, 2014  ■ Page 4 of 5



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 3,900 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 267 | 200 | 67 | 0.50 | 33.50 |
| **Total service charges** | | | | | **$33.50** |



Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

# ☑ IMPORTANT ACCOUNT INFORMATION

We want to let you know of the following fee change effective April 1, 2014:
- Collections - Domestic: Auto Draft - $25 per item

The name of your account will continue to be the Gold Business Services Package.

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Account number:  ████8198  ■ February 1, 2014 - February 28, 2014  ■ Page 5 of 5



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your           $ _____
register or transfers into            $ _____
your account which are not           $ _____
shown on your statement.           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

9:19 PM

03/24/14

# Richmond Christian Center
## Reconciliation Summary
### 10400 · Savings Account - Wells Fargo, Period Ending 02/28/2014

|  | Feb 28, 14 |
|---|---|
| **Beginning Balance** | 50,002.26 |
| **Cleared Transactions** | |
| Deposits and Credits - 1 item | 1.91 |
| **Total Cleared Transactions** | 1.91 |
| **Cleared Balance** | **50,004.17** |
| Register Balance as of 02/28/2014 | 50,004.17 |
| **New Transactions** | |
| Deposits and Credits - 1 item | 25,000.00 |
| **Total New Transactions** | 25,000.00 |
| **Ending Balance** | **75,004.17** |

# Business Market Rate Savings

Account number: ██████6610  ■  February 1, 2014 - February 28, 2014  ■  Page 1 of 3



STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36313 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
         P.O. Box 6995
         Portland, OR  97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $50,002.26 |
| Deposits/Credits | 1.91 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 2/28** | **$50,004.17** |
| Average ledger balance this period | $50,002.26 |

Account number: ██████6610

**STEPHEN A PARSON SR**
**DBA FAITH ALIVE INTERNATIONAL MINISTRIES**
**CH 11 CASE #13-36312 (EVA)**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $1.91 |
| Average collected balance | $50,002.26 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $1.91 |
| Interest paid this year | $4.04 |
| Total interest paid in 2013 | $0.13 |

Account number: ▓▓▓▓6610  ■  February 1, 2014 - February 28, 2014  ■  Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|------------------:|--------------------:|---------------------:|
| 2/28 | Interest Payment | 1.91 | | 50,004.17 |
| **Ending balance on 2/28** | | | | **50,004.17** |
| **Totals** | | **$1.91** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.



| Fee period 02/01/2014 - 02/28/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $50,002.00 ☑ |
| · Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $0.00 ☐ |
| YC/YC | | |

☐    Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

# ☑ IMPORTANT ACCOUNT INFORMATION

We want to let you know of the following fee change effective April 1, 2014:
- Collections - Domestic: Auto Draft - $25 per item

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Account number: ⬛⬛⬛⬛⬛6610  ■  February 1, 2014 - February 28, 2014  ■  Page 3 of 3



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount** $ |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801