IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| In re | ) |
|  | ) |
| RICHMOND CHRISTIAN CENTER, | ) |
|  | )   Case No. 13-36312-KLP |
| Debtor. | ) |
|  | ) |

### NOTICE OF
### DEBTOR-IN-POSSESSION'S APPLICATION FOR AUTHORITY
### TO EMPLOY REAL ESTATE BROKERS, INC.

PLEASE TAKE NOTICE that Richmond Christian Center has filed a Motion (the "Motion") to employ Real Estate Brokers, Inc. to sell the Debtor's real property.  A copy of the Motion is available upon written request from the undersigned counsel.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the fee applications, or if you want the court to consider your views on the Motion, then you or your attorney must do both of the following:

_____
Kevin J. Funk (VSB No. 65465)
DurretteCrump PLC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Telephone: (804) 775-6900
Facsimile: (804) 755-6911
Email: kfunk@durrettecrump.com
  Proposed counsel for the Debtor

    (a)    File with the court, at the address shown below, a written response to the Application.  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it no later than **May 2, 2014**.

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, Virginia  23219-1888

You must also deliver a copy to:

> Kevin J. Funk
> DurretteCrump PLC
> 1111 East Main Street, 16th Floor
> Richmond, Virginia  23219

    (b)    Attend a hearing on the Motion, which will be scheduled at a later date.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

                      RICHMOND CHRISTIAN CENTER

                      By _____/s/ Kevin J. Funk_____
                         Counsel for the Debtor

Kevin J. Funk (VSB No. 65465)
DurretteCrump PLC
Bank of America Center
1111 East Main Street, 16th Floor
Richmond, Virginia  23219
Telephone:  (804) 775-6900
Facsimile:  (804) 775-6911
Email:  kfunk@durrettecrump.com
      Counsel for the Debtor

## **CERTIFICATE**

I hereby certify that I have, on this 18th day of April, 2014, served a true copy of the foregoing Notice to the U. S. Trustee and all creditors by first-class U. S. Mail or through the Court's ECF system.

_____/s/ Kevin J. Funk_____