CASE NAME: Richmond Christian Ctr

CASE NUMBER: 13-36312-KLP

JUDGE:

CASH BASIS
02/13/95

# UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF VA

Richmond DIVISION

## MONTHLY OPERATING REPORT

MONTH ENDING: Mar ,2014

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

STEPHEN A. PARSON SR
PRINTED NAME OF RESPONSIBLE PARTY.

Pastor
TITLE

4/29/14
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

C.W. Yarbrough
PRINTED NAME OF PREPARER

Trustee
TITLE

4/29/14
DATE

**CASH BASIS-1**

02/13/95

CASE NAME:

CASE NUMBER: 13-36312-KLP

Period 3/1/14 - 3/31/14

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | QUARTER TOTAL |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | | | 58311 |
| **RECEIPTS** | | | | |
| 2. CASH SALES | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4. LOANS & ADVANCES | | | | |
| 5. SALE OF ASSETS | | | | |
| 6. LEASE & RENTAL INCOME | | | | 3 |
| 7. ~~WAGES~~ int income | | | | 85992 |
| 8. OTHER (~~ATTACH LIST~~) tithes | | | | 85995 |
| 9. TOTAL RECEIPTS | | | | 114557 |
| **DISBURSEMENTS** | | | | 1183 |
| 10. NET PAYROLL | | | | |
| 11. PAYROLL TAXES PAID | | | | |
| 12. SALES, USE & OTHER TAXES PAID | | | | |
| 13. INVENTORY PURCHASES | | | | |
| 14. MORTGAGE PAYMENTS | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | 8959 |
| 16. RENTAL & LEASE PAYMENTS | | | | 1693 |
| 17. UTILITIES | | | | 1255 |
| 18. INSURANCE | | | | 4646 |
| 19. ~~VEHICLE EXPENSES~~ Car Payments | | | | 430 |
| 20. ~~TRAVEL~~ Contract Svc | | | | 1995 |
| 21. ~~ENTERTAINMENT~~ Auto exp | | | | 461 |
| 22. REPAIRS & MAINTENANCE | | | | 621 |
| 23. ~~SUPPLIES~~ Supplies | | | | |
| 24. ~~ADVERTISING~~ Visiting Min | | | | |
| 25. HOUSEHOLD EXPENSES | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | 73 |
| 27. ~~GIFTS~~ Bank charges | | | | 6280 |
| 28. ~~OTHER (ATTACH LIST)~~ Housing Allowance | | | | 38553 |
| 29. TOTAL ORDINARY DISBURSEMENTS | | | | |
| **REORGANIZATION EXPENSES** | | | | |
| 30. PROFESSIONAL FEES | | | | |
| 31. U.S. TRUSTEE FEES | | | | |
| 32. OTHER (ATTACH LIST) | | | | — |
| 33. TOTAL REORGANIZATION EXPENSES | | | | 38553 |
| 34. TOTAL DISBURSEMENTS | | | | 47442 |
| 35. NET CASH FLOW | | | | 105753 |
| 36. CASH - END OF MONTH | | | | |

## Richmond Christian Center

4/29/2014 2:13 AM

Register: 10100 · Chp 11 - Operating Acct
From 03/01/2014 through 03/31/2014
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 03/02/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 8,392.82 | 16,112.00 |
| 03/02/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 2,254.13 | 18,366.13 |
| 03/02/2014 | | | 42950 · Special Offerin... | Deposit | | | | 18,366.13 |
| 03/02/2014 | | | 42950 · Special Offerin... | Deposit | | X | 621.10 | 18,987.23 |
| 03/04/2014 | 463 | Sarek Autowerke | 69000 · Auto Expense | VOID: | | X | | 18,987.23 |
| 03/04/2014 | 464 | Suntrust | Autombile-Pastor | Car Payment #19 | 615.23 | X | | 18,372.00 |
| 03/04/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.09 | X | | 16,867.91 |
| 03/05/2014 | 465 | Mark Parson | 62100 · Contract Servi... | 3-4-14 | 200.00 | X | | 16,667.91 |
| 03/05/2014 | 466 | Florence E. Taylor | 62100 · Contract Servi... | 3-4-14 | 461.53 | X | | 16,206.38 |
| 03/05/2014 | 467 | M & T Bank | Autombile-Pastor | Automobile | 639.17 | X | | 15,567.21 |
| 03/05/2014 | 468 | Virginia Department ... | 65900 · Payroll Taxes | Bill No. 92062 | 10.00 | X | | 15,557.21 |
| 03/05/2014 | 469 | Bennett Law | 72600 · Miscellaneous ... | VOID: This ch... | | X | | 15,557.21 |
| 03/05/2014 | 469 | Bennett Law | 72600 · Miscellaneous ... | This chk replac... | 235.00 | X | | 15,322.21 |
| 03/05/2014 | 470 | Parson, Stephen,Sr | 69000 · Auto Expense:... | Reimbursement... | 430.00 | X | | 14,892.21 |
| 03/05/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.12 | X | | 13,908.09 |
| 03/05/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.26 | X | | 12,918.83 |
| 03/09/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 48,888.05 | 61,806.88 |
| 03/09/2014 | | | Insurance Claim | VOID: Deposit | | X | 0.00 | 61,806.88 |
| 03/09/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 4,067.25 | 65,874.13 |
| 03/09/2014 | 471 | Brotherhood Murual | 20000 · Accounts Paya... | Auto Insurance | 1,692.66 | X | | 64,181.47 |

# Richmond Christian Center

4/29/2014 2:13 AM

Register: 10100 · Chp 11 - Operating Acct
From 03/01/2014 through 03/31/2014
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/09/2014 | 472 | Reginald Moore | 77000 · Special Offering | | 621.10 | X | | 63,560.37 |
| 03/09/2014 | 473 | Verizon | 20000 · Accounts Paya... | Church-Teleph... | 174.99 | X | | 63,385.38 |
| 03/09/2014 | 474 | Verizon | 65050 · Telephone, Tel... | Verizon | 847.85 | X | | 62,537.53 |
| 03/09/2014 | 475 | Petty Cash | 70200 · Church Supplies | Church Supplies | 100.00 | X | | 62,437.53 |
| 03/10/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.09 | X | | 60,933.44 |
| 03/11/2014 | 476 | Dominion Virginia P... | 20000 · Accounts Paya... | | 1,316.51 | X | | 59,616.93 |
| 03/12/2014 | 477 | Florence E. Taylor | 62100 · Contract Servi... | 3-11-14 | 461.53 | X | | 59,155.40 |
| 03/12/2014 | 478 | Mark Parson | 62100 · Contract Servi... | 3-11-14 | 200.00 | X | | 58,955.40 |
| 03/12/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.13 | X | | 57,971.27 |
| 03/12/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.24 | X | | 56,982.03 |
| 03/12/2014 | | | 10400 · Savings Accou... | Funds Transfer | 25,000.00 | X | | 31,982.03 |
| 03/13/2014 | 479 | Clintronics | Sound System | Invoice No. 3928 | 640.00 | X | | 31,342.03 |
| 03/16/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 6,029.02 | 37,371.05 |
| 03/16/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,136.49 | 38,507.54 |
| 03/17/2014 | 481 | Parson, Stephen | Housing Allowance | Housing Allow... | 3,140.00 | X | | 35,367.54 |
| 03/17/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.08 | X | | 33,863.46 |
| 03/18/2014 | 480 | D & M Janitorial | Cleanin · Janitorial Ser... | Cleaning -Gene... | 500.00 | X | | 33,363.46 |
| 03/18/2014 | 481 | Kenneth Bobbitt | Repairs-Utilities | Invoice 3-14-14 | 355.01 | X | | 33,008.45 |
| 03/18/2014 | 482 | Charles Cochrane | 62100 · Contract Servi... | Invoice 100 | 2,000.00 | X | | 31,008.45 |
| 03/19/2014 | 483 | Florence E. Taylor | 62100 · Contract Servi... | 3-18-14 | 461.53 | X | | 30,546.92 |

# Richmond Christian Center

4/29/2014 2:13 AM

Register: 10100 · Chp 11 - Operating Acct
From 03/01/2014 through 03/31/2014
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/19/2014 | 484 | Mark Parson | 62100 · Contract Servi... | 3-18-14 | 200.00 | X | | 30,346.92 |
| 03/19/2014 | 485 | Martha Goins | 72500 · Meals | Reimbursement... | 107.93 | X | | 30,238.99 |
| 03/19/2014 | 486 | Sawkal Communicati... | 20000 · Accounts Paya... | | 307.50 | X | | 29,931.49 |
| 03/19/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.11 | X | | 28,947.38 |
| 03/19/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.30 | X | | 27,958.08 |
| 03/20/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,115.26 | 29,073.34 |
| 03/23/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,402.54 | 30,475.88 |
| 03/23/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 3,179.50 | 33,655.38 |
| 03/24/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.08 | X | | 32,151.30 |
| 03/26/2014 | 487 | Mark Parson | 62100 · Contract Servi... | 3-25-14 | 200.00 | X | | 31,951.30 |
| 03/26/2014 | 488 | Florence E. Taylor | 62100 · Contract Servi... | 3-25-14 | 461.53 | X | | 31,489.77 |
| 03/26/2014 | 489 | Vanessa Phillips | 20000 · Accounts Paya... | Supplies-Churc... | 18.36 | X | | 31,471.41 |
| 03/26/2014 | 490 | Dominion Virginia P... | 20000 · Accounts Paya... | 214 Cowardin ... | 1,171.56 | X | | 30,299.85 |
| 03/26/2014 | 491 | Dominion Virginia P... | 20000 · Accounts Paya... | 214 Cowardin ... | 2,668.84 | X | | 27,631.01 |
| 03/26/2014 | 492 | Verizon | 20000 · Accounts Paya... | | 384.48 | | | 27,246.53 |
| 03/26/2014 | 493 | Charles Cochran | 20000 · Accounts Paya... | | 1,500.00 | X | | 25,746.53 |
| 03/26/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.13 | X | | 24,762.40 |
| 03/26/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.26 | X | | 23,773.14 |
| 03/26/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.26 | X | | 22,783.88 |
| 03/27/2014 | 494 | City of Richmond | 78300 · Utilities | 214 Cowardin ... | 2,087.39 | | | 20,696.49 |

Richmond Christian Center

4/29/2014 2:13 AM

Register: 10100 · Chp 11 - Operating Acct

From 03/01/2014 through 03/31/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/28/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 255.00 | 20,951.49 |
| 03/30/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 6,342.19 | 27,293.68 |
| 03/30/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 2,053.20 | 29,346.88 |
| 03/31/2014 | | | 70000 · Bank Charges | Service Charge | 60.50 | X | | 29,286.38 |
| 03/31/2014 | 495 | Parson, Stephen | Housing Allowance | Housing Allow... | 2,140.00 | X | | 27,146.38 |
| 03/31/2014 | 495 | Parson, Stephen | Housing Allowance | Housing Allow... | 1,000.00 | X | | 26,146.38 |
| 03/31/2014 | ABC | | 66900 · Reconciliation ... | Balance Adjust... | | X | 312.78 | 26,459.16 |
| 03/31/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.10 | X | | 24,955.06 |

### Richmond Christian Center

4/29/2014 2:18 AM

Register: 10200 · Chp 11- Payroll Acct

From 03/01/2014 through 03/31/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 03/04/2014 | 352 | Parson, Stephen | -split- | | 1,504.09 | * | | -319.87 |
| 03/04/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | * | 1,504.09 | 1,184.22 |
| 03/05/2014 | 353 | Hickman., Rhonda | -split- | | 202.87 | * | | 981.35 |
| 03/05/2014 | 354 | Jones, Alice | -split- | | 415.02 | * | | 566.33 |
| 03/05/2014 | 355 | Parrish., Gwen | -split- | | 366.23 | * | | 200.10 |
| 03/05/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | | 984.12 | 1,184.22 |
| 03/10/2014 | 356 | Parson, Stephen | -split- | | 1,504.09 | * | | -319.87 |
| 03/10/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | * | 1,504.09 | 1,184.22 |
| 03/12/2014 | 357 | Hickman., Rhonda | -split- | | 202.88 | * | | 981.34 |
| 03/12/2014 | 358 | Jones, Alice | -split- | | 415.01 | * | | 566.33 |
| 03/12/2014 | 359 | Parrish, Gwen | -split- | | 366.24 | * | | 200.09 |
| 03/12/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | * | 984.13 | 1,184.22 |
| 03/17/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | * | 1,504.08 | 2,688.30 |
| 03/18/2014 | 360 | Parson, Stephen | -split- | | 1,504.10 | * | | 1,184.20 |
| 03/18/2014 | 361 | Parson, Stephen | -split- | VOID: | | X | | 1,184.20 |
| 03/18/2014 | 361 | Hickman., Rhonda | -split- | | 202.87 | | | 981.33 |
| 03/18/2014 | 362 | Jones, Alice | -split- | | 415.02 | | | 566.31 |
| 03/18/2014 | 363 | Parrish, Gwen | -split- | | 366.22 | | | 200.09 |
| 03/19/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | * | 984.11 | 1,184.20 |
| 03/24/2014 | 364 | Parson, Stephen | -split- | | 1,504.08 | | | -319.88 |
| 03/24/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | | 1,504.08 | 1,184.20 |
| 03/26/2014 | 365 | Hickman., Rhonda | -split- | | 202.88 | | | 981.32 |
| 03/26/2014 | 366 | Jones, Alice | -split- | | 415.02 | | | 566.30 |
| 03/26/2014 | 367 | Parrish., Gwen | -split- | | 366.23 | | | 200.07 |
| 03/26/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | | 984.13 | 1,184.20 |
| 03/28/2014 | | | 42000 · Tithes/Offerings | Deposit | | | 255.00 | 1,439.20 |
| 03/31/2014 | 368 | Parson, Stephen | -split- | | 1,504.10 | | | -64.90 |
| 03/31/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | | 1,504.10 | 1,439.20 |

Richmond Christian Center

4/29/2014 2:19 AM

Register: 10300 · Chp 11 - Payroll Tax Acct

From 03/01/2014 through 03/31/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/05/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.26 | 5,023.45 |
| 03/12/2014 | | | 70000 · Bank Charges | Service Charge | 12.00 | X | | 5,011.45 |
| 03/12/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.24 | 6,000.69 |
| 03/19/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | * | 989.30 | 6,989.99 |
| 03/26/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | * | 989.26 | 7,979.25 |
| 03/26/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | | 989.26 | 8,968.51 |

Richmond Christian Center

4/29/2014 2:20 AM

Register: 10400 · Savings Account - Wells Fargo

From 03/01/2014 through 03/31/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/12/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 25,000.00 | 75,004.17 |
| 03/31/2014 | | | 95000 · Interest Income | Interest | | X | 2.81 | 75,006.98 |

**CASH BASIS-2**

02/13/95

CASE NAME: BCC

CASE NUMBER: 13-36312-KLP

~~e debtor in possession must complete the reconciliation below for each bank account,
~~cluding all general, payroll and tax accounts, as well as all savings and investment
~~counts, money market accounts, certificates of deposit, government obligations, etc.
~~counts with restricted funds should be identified by placing an asterisk next to the
~~count number. Attach additional sheets if necessary.

MONTH: _____

| BANK RECONCILIATIONS | Account #1 | Account #2 | Account #3 | TOTAL |
|---|---|---|---|---|
| BANK: | | | | |
| ACCOUNT NUMBER: | | | | |
| PURPOSE (TYPE): | | | | |
| BALANCE PER BANK STATEMENT | | | | |
| ADD: TOTAL DEPOSITS NOT CREDITED | | | | |
| SUBTRACT: OUTSTANDING CHECKS | | | | |
| OTHER RECONCILING ITEMS | | | | |
| MONTH END BALANCE PER BOOKS | | | | |
| NUMBER OF LAST CHECK WRITTEN | | | | |

| INVESTMENT ACCOUNTS | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | | | | |
| | | | | |
| | | | | |
| | | | | |
| ). | | | | |
| 1. TOTAL INVESTMENTS | | | | |

| CASH | | |
|---|---|---|
| | | |
| 2. CURRENCY ON HAND | | |
| 3. TOTAL CASH - END OF MONTH | | |

*See attached bank statements & reconciliation reports*

# Richmond Christian Center
## Reconciliation Summary
### 10100 · Chp 11 - Operating Acct, Period Ending 03/31/2014

11:45 AM

04/22/14

|  | Mar 31, 14 |
|---|---|
| **Beginning Balance** | 11,801.40 |
| **Cleared Transactions** | |
| Checks and Payments - 49 ite... | -66,441.58 |
| Deposits and Credits - 14 items | 86,049.33 |
| **Total Cleared Transactions** | 19,607.75 |
| **Cleared Balance** | **31,409.15** |
| **Uncleared Transactions** | |
| Checks and Payments - 4 items | -6,454.09 |
| Deposits and Credits - 3 Items | 0.00 |
| **Total Uncleared Transactions** | -6,454.09 |
| **Register Balance as of 03/31/2014** | **24,955.06** |
| **New Transactions** | |
| Checks and Payments - 25 ite... | -25,342.27 |
| Deposits and Credits - 8 items | 25,909.76 |
| **Total New Transactions** | 567.49 |
| **Ending Balance** | **25,522.55** |

# Gold Business Services Package



Account number: ●●●●8198 ■ March 1, 2014 - March 31, 2014 ■ Page 1 of 5



017366 1 AV 0.351  52310

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
DEBTOR IN POSSESSION
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $11,801.40 |
| Deposits/Credits | 85,736.55 |
| Withdrawals/Debits | - 66,128.80 |
| **Ending balance on 3/31** | **$31,409.15** |
| Average ledger balance this period | $31,384.46 |

Account number: ●●●●8198

**STEPHEN A PARSON SR**
**DBA FAITH ALIVE INTERNATIONAL MINISTRIES**
**DEBTOR IN POSSESSION**
**CH 11 CASE #13-36312 (EVA)**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ████8198 ▪ March 1, 2014 - March 31, 2014 ▪ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/3 | 462 | Check | | | |
| 3/4 | | | | 100.00 | 11,701.40 |
| 3/4 | | Deposit Made In A Branch/Store | 8,392.82 | | |
| 3/4 | | Deposit Made In A Branch/Store | 2,254.13 | | |
| 3/4 | | Deposit Made In A Branch/Store | 621.10 | | |
| 3/4 | | Online Transfer to Stephen A Parson Sr Ref #Ibexpbb2Xr Business Checking Via Mobile | | 1,504.09 | 21,465.36 |
| 3/6 | | Online Transfer to Stephen A Parson Sr Ref #Ibe2Lvbygh Business Checking Via Mobile | | 989.26 | |
| 3/6 | | Online Transfer to Stephen A Parson Sr Ref #Ibec9Ztzwb Business Checking Via Mobile | | 984.14 | |
| 3/6 | 470 | Cashed Check | | 430.00 | |
| 3/6 | 464 | Check | | 615.23 | |
| 3/7 | 467 | Check | | 639.17 | 18,446.73 |
| 3/7 | 466 | Check | | 461.53 | |
| 3/7 | 465 | Check | | 200.00 | |
| 3/10 | | Deposit Made In A Branch/Store | 52,955.30 | | 17,146.03 |
| 3/10 | | Online Transfer to Stephen A Parson Sr Ref #Ibeg747Ksm Business Checking Via Mobile | | 1,504.09 | 68,597.24 |
| 3/11 | 475 | Cashed Check | | 100.00 | 68,497.24 |
| 3/12 | | Online Transfer to Stephen A Parson Sr Ref #Ibemz7Q7Zk Business Checking Via Mobile | | 984.13 | |
| 3/12 | | Online Transfer to Stephen A Parson Sr Ref #Ibe2Lwsxmk Business Checking Via Mobile | | 989.24 | |
| 3/12 | | Online Transfer to Stephen A Parson Sr Ref #Ibemz7Q988 Business Market Rate Saving Via Mobile | | 25,000.00 | |
| 3/12 | 476 | Check | | 1,316.51 | |
| 3/12 | 477 | Check | | 461.53 | |
| 3/12 | 469 | Check | | 235.00 | 39,510.83 |
| 3/13 | 472 | Cashed Check | | 621.10 | |
| 3/13 | 468 | Check | | 10.00 | 38,879.73 |
| 3/14 | 478 | Cashed Check | | 200.00 | |
| 3/14 | 479 | Check | | 640.00 | |
| 3/14 | 473 | Check | | 174.99 | 37,864.74 |
| 3/17 | | Deposit Made In A Branch/Store | 6,029.02 | | |
| 3/17 | | Deposit Made In A Branch/Store | 1,136.49 | | |
| 3/17 | | Withdrawal Made In A Branch/Store | | 3,140.00 | |
| 3/17 | 471 | Check | | 1,692.66 | |
| 3/17 | 474 | Check | | 847.85 | 39,349.74 |
| 3/18 | | Online Transfer to Stephen A Parson Sr Ref #Ibe8F3Hsfn Business Checking Via Mobile | | 1,504.08 | |
| 3/18 | 482 | Check | | 2,000.00 | |
| 3/18 | 480 | Check | | 500.00 | 35,345.66 |
| 3/19 | | Online Transfer to Stephen A Parson Sr Ref #Ibeg76Pwvm Business Checking Via Mobile | | 984.11 | |
| 3/19 | | Online Transfer to Stephen A Parson Sr Ref #Ibeqwc8Cpk Business Checking Via Mobile | | 989.30 | |
| 3/19 | 481 | Cashed Check | | 355.01 | 33,017.24 |
| 3/20 | | Deposit Made In A Branch/Store | 1,115.26 | | |
| 3/20 | 483 | Check | | 461.53 | |
| 3/20 | | Intuit Payroll 140319 0548300 Faith Alive Internatio | | 358.55 | |
| 3/20 | 486 | Check | | 307.50 | |
| 3/20 | | Intuit Qbooks/Pro 140319 7361209 Florence Taylor | | 156.58 | 32,848.34 |
| 3/21 | | Intuit Qbooks/Pro 140320 7996615 Florence Taylor | | 161.33 | 32,687.01 |
| 3/24 | | Deposit Made In A Branch/Store | 3,179.50 | | |
| 3/24 | | Deposit Made In A Branch/Store | 1,402.54 | | |
| 3/24 | | Online Transfer to Stephen A Parson Sr Ref #Ibeg77T27K Business Checking Via Mobile | | 1,504.08 | |
| 3/24 | 484 | Check | | 200.00 | 35,564.97 |
| 3/26 | | Online Transfer to Stephen A Parson Sr Ref #Ibe2M2DD2W Business Checking Via Mobile | | 984.13 | |

 

Account number: ████8198 ■ March 1, 2014 - March 31, 2014 ■ Page 3 of 5

**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/26 | | Online Transfer to Stephen A Parson Sr Ref #Ibeg78B8Yw Business Checking Via Mobile | | 989.26 | |
| 3/26 | 493 | Cashed Check | | 1,500.00 | |
| 3/26 | 488 | Check | | 461.53 | 31,630.05 |
| 3/27 | 491 | Check | | 2,668.84 | |
| 3/27 | 490 | Check | | 1,171.56 | 27,789.65 |
| 3/28 | | Deposit Made In A Branch/Store | 255.00 | | |
| 3/28 | 485 | Check | | 107.93 | 27,936.72 |
| 3/31 | | Deposit Made In A Branch/Store | 6,342.19 | | |
| 3/31 | | Deposit Made In A Branch/Store | 2,053.20 | | |
| 3/31 | | Online Transfer to Stephen A Parson Sr Ref #Ibecb85Nb3 Business Checking Via Mobile | | 1,504.10 | |
| 3/31 | 489 | Cashed Check | | 18.36 | |
| 3/31 | | Withdrawal Made In A Branch/Store | | 1,000.00 | |
| 3/31 | 495 | Cashed Check | | 2,140.00 | |
| 3/31 | 487 | Check | | 200.00 | |
| 3/31 | | Transactions Fee | | 60.50 | 31,409.15 |
| **Ending balance on 3/31** | | | | | 31,409.15 |
| **Totals** | | | **$85,736.55** | **$66,128.80** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written  (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 462 | 3/3 | 100.00 | 474 | 3/17 | 847.85 | 484 | 3/24 | 200.00 |
| 464 * | 3/6 | 615.23 | 475 | 3/11 | 100.00 | 485 | 3/28 | 107.93 |
| 465 | 3/7 | 200.00 | 476 | 3/12 | 1,316.51 | 486 | 3/20 | 307.50 |
| 466 | 3/7 | 461.53 | 477 | 3/12 | 461.53 | 487 | 3/31 | 200.00 |
| 467 | 3/7 | 639.17 | 478 | 3/14 | 200.00 | 488 | 3/26 | 461.53 |
| 468 | 3/13 | 10.00 | 479 | 3/14 | 640.00 | 489 | 3/31 | 18.36 |
| 469 | 3/12 | 235.00 | 480 | 3/18 | 500.00 | 490 | 3/27 | 1,171.56 |
| 470 | 3/6 | 430.00 | 481 | 3/19 | 355.01 | 491 | 3/27 | 2,668.84 |
| 471 | 3/17 | 1,692.66 | 482 | 3/18 | 2,000.00 | 493 * | 3/26 | 1,500.00 |
| 472 | 3/13 | 621.10 | 483 | 3/20 | 461.53 | 495 * | 3/31 | 2,140.00 |
| 473 | 3/14 | 174.99 | | | | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2014 - 03/31/2014 | Standard monthly service fee $14.00 | You paid $0.00 | |
|---|---|---|---|
| How to avoid the monthly service fee (complete 1 AND 2) | Minimum required | This fee period | |
| 1) Have any ONE of the following account requirements | | | |
| · Average ledger balance | $7,500.00 | $31,384.00 | ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| · Total number of Wells Fargo debit card purchases and/or payments | 10 | 0 | ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 | ☐ |
| · Linked Wells Fargo credit card qualified purchase transaction | 5 | 0 | ☐ |

10:45 AM

04/23/14

# Richmond Christian Center
## Reconciliation Summary
### 10400 · Savings Account - Wells Fargo, Period Ending 03/31/2014

|  | Mar 31, 14 |
|---|---|
| **Beginning Balance** | 50,004.17 |
| Cleared Transactions |  |
| Deposits and Credits - 2 items | 25,002.81 |
| **Total Cleared Transactions** | 25,002.81 |
| **Cleared Balance** | **75,006.98** |
| Register Balance as of 03/31/2014 | 75,006.98 |
| New Transactions |  |
| Deposits and Credits - 1 item | 4.24 |
| **Total New Transactions** | 4.24 |
| **Ending Balance** | **75,011.22** |

# Business Market Rate Savings

Account number: ████6610 ■ March 1, 2014 - March 31, 2014 ■ Page 1 of 3

*Savings*



011989 1 AV 0.381 84267

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $50,004.17 |
| Deposits/Credits | 25,002.81 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 3/31** | **$75,006.98** |
| Average ledger balance this period | $66,133.20 |

Account number: ████6610

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $2.81 |
| Average collected balance | $66,133.20 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $2.81 |
| Interest paid this year | $6.85 |
| Total interest paid in 2013 | $0.13 |

17.39

DCRN21UTFF 011989 NNNNNNNNNNN NNN 001 002  377 049775      108562723

Account number: ███████6610 ■ March 1, 2014 - March 31, 2014 ■ Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 3/12 | Online Transfer From Stephen A Parson Sr Ref #Ibemz7Q9B8 Business Checking Via Mobile | 25,000.00 | | 75,004.17 |
| ✓ 3/31 | Interest Payment | 2.81 | | 75,006.98 |
| | **Ending balance on 3/31** | | | **75,006.98** |
| | **Totals** | **$25,002.81** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2014 - 03/31/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| • Average collected balance | $500.00 | $66,133.00 ☑ |
| • Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $0.00 ☐ |

---

**TIP**  Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

---

# ☑ IMPORTANT ACCOUNT INFORMATION



We want to let you know of the following fee change effective April 1, 2014:
- Collections - Domestic: Auto Draft - $25 per item

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

**Amendment to Funds Availability Policy - Check Deposits at a Wells Fargo ATM**
Effective March 16, 2014, we will increase the amount of your deposit that is made immediately available to you when you make a check deposit at a Wells Fargo ATM. The first $200 of a day's check deposits made at a Wells Fargo ATM will be immediately available for your use or withdrawal on the day we receive the deposit. Cash deposits made at a Wells Fargo ATM are always immediately available.



048776

12:08 AM

03/20/14

# Richmond Christian Center
# Reconciliation Summary
### 10300 · Chp 11 - Payroll Tax Acct, Period Ending 03/12/2014

|  | Mar 12, 14 |
|---|---|
| **Beginning Balance** | 2,055.71 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -12.00 |
| Deposits and Credits - 4 items | 3,956.98 |
| **Total Cleared Transactions** | 3,944.98 |
| **Cleared Balance** | 6,000.69 |
| **Register Balance as of 03/12/2014** | 6,000.69 |
| **New Transactions** | |
| Deposits and Credits - 1 item | 989.30 |
| **Total New Transactions** | 989.30 |
| **Ending Balance** | 6,989.99 |

# Business Checking

Account number: 1███████8693 ■ February 13, 2014 - March 12, 2014 ■ Page 1 of 4

**WELLS FARGO**

000588 1 AV 0.381  1834185

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/13 | $2,055.71 |
| Deposits/Credits | 3,956.98 |
| Withdrawals/Debits | - 12.00 |
| **Ending balance on 3/12** | **$6,000.69** |
| Average ledger balance this period | $3,645.57 |

Account number: ██████8693

**STEPHEN A PARSON SR**
**DBA FAITH ALIVE INTERNATIONAL MINISTRIES**
CH 11 CASE #13-36312 (EVA)
*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDN21UTNN 000588 NNNNNNNNN NNN NNN 001 002 377 003289    10821464 2



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/19 | | Online Transfer From Stephen A Parson Sr Ref #Ibe5Hrlktq Business Checking Via Mobile | 989.28 | | 3,044.99 |
| 2/26 | | Online Transfer From Stephen A Parson Sr Ref #Ibek426Hlx Business Checking Via Mobile | 989.20 | | 4,034.19 |
| 3/6 | | Online Transfer From Stephen A Parson Sr Ref #Ibe2Lvbygh Business Checking Via Mobile | 989.26 | | 5,023.45 |
| 3/12 | | Online Transfer From Stephen A Parson Sr Ref #Ibe2Lwsxmk Business Checking Via Mobile | 989.24 | | |
| 3/12 | | Monthly Service Fee | | 12.00 | 6,000.69 |
| Ending balance on 3/12 | | | | | 6,000.69 |
| Totals | | | $3,956.98 | $12.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.



| Fee period 02/13/2014 - 03/12/2014 | Standard monthly service fee $12.00 | You paid $12.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following account requirements | Minimum required | This fee period |
| • Minimum daily balance | $3,000.00 | $2,055.71 ☐ |
| • Average ledger balance | $6,000.00 | $3,646.00 ☐ |
| • Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WB/WB





**TIP** Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

# ✓ IMPORTANT ACCOUNT INFORMATION

We want to let you know of the following fee change effective April 1, 2014:
- Collections - Domestic: Auto Draft - $25 per item

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

**Amendment to Funds Availability Policy - Check Deposits at a Wells Fargo ATM**
Effective March 16, 2014, we will increase the amount of your deposit that is made immediately available to you when you make a check deposit at a Wells Fargo ATM. The first $200 of a day's check deposits made at a Wells Fargo ATM will



1:02 AM

04/17/14

# Richmond Christian Center
## Reconciliation Summary
### 10200 · Chp 11- Payroll Acct, Period Ending 03/20/2014

|  | Mar 20, 14 |
|---|---|
| **Beginning Balance** | 1,381.99 |
| **Cleared Transactions** | |
| Checks and Payments - 18 items | -10,167.76 |
| Deposits and Credits - 10 items | 9,952.90 |
| **Total Cleared Transactions** | -214.86 |
| **Cleared Balance** | **1,167.13** |
| **Uncleared Transactions** | |
| Checks and Payments - 3 items | -984.11 |
| Deposits and Credits - 1 item | 989.22 |
| **Total Uncleared Transactions** | 5.11 |
| **Register Balance as of 03/20/2014** | **1,172.24** |
| **New Transactions** | |
| Checks and Payments - 16 items | -9,952.89 |
| Deposits and Credits - 9 items | 10,207.89 |
| **Total New Transactions** | 255.00 |
| **Ending Balance** | **1,427.24** |

# Business Checking



Account number: ●●●●●8446 ■ February 21, 2014 - March 19, 2014 ■ Page 1 of 4





003901 1 AV 0.381 17877

ldlullmulmlmdllllllulllllllllulllullmllllmm
STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/21 | $1,381.99 |
| Deposits/Credits | 9,952.88 |
| Withdrawals/Debits | - 10,167.74 |
| **Ending balance on 3/19** | **$1,167.13** |
| Average ledger balance this period | $584.77 |

Account number: ●●●●●8446
**STEPHEN A PARSON SR**
**DBA FAITH ALIVE INTERNATIONAL MINISTRIES**
**CH 11 CASE #13-36312 (EVA)**
*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ████58446 ■ February 21, 2014 - March 19, 2014 ■ Page 2 of 4

WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/21 | 347 | Cashed Check | | 366.22 | 1,015.77 |
| 2/24 | | Online Transfer From Stephen A Parson Sr Ref #Ibexp7Qhpr Business Checking Via Mobile | 1,504.10 | | |
| 2/24 | 348 | Cashed Check | | 1,504.10 | |
| 2/24 | 346 | Check | | 415.02 | 600.75 |
| 2/26 | | Online Transfer From Stephen A Parson Sr Ref #Ibek426Hhl Business Checking Via Mobile | 984.14 | | |
| 2/26 | 345 | Check | | 202.87 | 1,382.02 |
| 2/27 | 351 | Cashed Check | | 366.24 | |
| 2/27 | 350 | Check | | 415.02 | 600.76 |
| 3/3 | 349 | Check | | 202.88 | |
| 3/3 | 324 | Check | | 202.88 | 195.00 |
| 3/4 | | Online Transfer From Stephen A Parson Sr Ref #Ibexpbb2Xr Business Checking Via Mobile | 1,504.09 | | |
| 3/4 | 352 | Cashed Check | | 1,504.09 | 195.00 |
| 3/6 | | Online Transfer From Stephen A Parson Sr Ref #Ibec9Ztzwb Business Checking Via Mobile | 984.14 | | |
| 3/6 | 355 | Cashed Check | | 366.23 | |
| 3/6 | 354 | Check | | 415.02 | |
| 3/6 | 353 | Check | | 202.87 | 195.02 |
| 3/10 | | Online Transfer From Stephen A Parson Sr Ref #Ibeg747Ksm Business Checking Via Mobile | 1,504.09 | | |
| 3/10 | 356 | Cashed Check | | 1,504.09 | 195.02 |
| 3/12 | | Online Transfer From Stephen A Parson Sr Ref #Ibemz7Q7Zk Business Checking Via Mobile | 984.13 | | 1,179.15 |
| 3/13 | 359 | Cashed Check | | 366.24 | 812.91 |
| 3/17 | 358 | Check | | 415.01 | |
| 3/17 | 357 | Check | | 202.88 | 195.02 |
| 3/18 | | Online Transfer From Stephen A Parson Sr Ref #Ibe8F3Hsfn Business Checking Via Mobile | 1,504.08 | | |
| 3/18 | 360 | Cashed Check | | 1,504.08 | 195.02 |
| 3/19 | | Online Transfer From Stephen A Parson Sr Ref #Ibeg76Pwvm Business Checking Via Mobile | 984.11 | | |
| 3/19 | | Monthly Service Fee | | 12.00 | 1,167.13 |
| **Ending balance on 3/19** | | | | | **1,167.13** |
| **Totals** | | | **$9,952.88** | **$10,167.74** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 324 | 3/3 | 202.88 | 350 | 2/27 | 415.02 | 356 | 3/10 | 1,504.09 |
| 345 * | 2/26 | 202.87 | 351 | 2/27 | 366.24 | 357 | 3/17 | 202.88 |
| 346 | 2/24 | 415.02 | 352 | 3/4 | 1,504.09 | 358 | 3/17 | 415.01 |
| 347 | 2/21 | 366.22 | 353 | 3/6 | 202.87 | 359 | 3/13 | 366.24 |
| 348 | 2/24 | 1,504.10 | 354 | 3/6 | 415.02 | 360 | 3/18 | 1,504.08 |
| 349 | 3/3 | 202.88 | 355 | 3/6 | 366.23 | | | |

*\* Gap in check sequence.*

022286



**CASH BASIS-3**

02/13/95

CASE NAME:

CASE NUMBER:

3/3/14

| ASSETS OF THE ESTATE | | | | | |
|---|---|---|---|---|---|
| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT * | MONTH | MONTH | MONTH | (identical listing as Previous month) |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. OTHER (ATTACH LIST) | | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | | | | $4 million | |
| SCHEDULE "B" PERSONAL PROPERTY | | | | | |
| 1. CASH ON HAND | | | | 105753 | |
| 2. CHECKING, SAVINGS, ETC. | | | | | |
| 3. SECURITY DEPOSITS | | | | | |
| 4. HOUSEHOLD GOODS | | | | | |
| 5. BOOKS, PICTURES, ART | | | | | |
| 6. WEARING APPAREL | | | | | |
| 7. FURS AND JEWELRY | | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | | |
| 9. INSURANCE POLICIES | | | | | |
| 10. ANNUITIES | | | | | |
| 11. RETIREMENT & PROFIT SHARING | | | | | |
| 12. STOCKS | | | | | |
| 13. PARTNERSHIPS & JOINT VENTURES | | | | | |
| 14. GOVERNMENT & CORPORATE BONDS | | | | | |
| 15. ACCOUNTS RECEIVABLE | | | | | |
| 16. ALIMONY | | | | | |
| 17. OTHER LIQUIDATED DEBTS | | | | | |
| 18. EQUITABLE INTERESTS | | | | | |
| 19. CONTINGENT INTERESTS | | | | | |
| 20. OTHER CLAIMS | | | | | |
| 21. PATENTS & COPYRIGHTS | | | | | |
| 22. LICENSES & FRANCHISES | | | | 20000 | |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | | | | | |
| 24. BOATS & MOTORS | | | | | |
| 25. AIRCRAFT | | | | | |
| 26. OFFICE EQUIPMENT | | | | 5000 | |
| 27. MACHINERY, FIXTURES & EQUIPMENT | | | | | |
| 28. INVENTORY | | | | | |
| 29. ANIMALS | | | | | |
| 30. CROPS | | | | | |
| 31. FARMING EQUIPMENT | | | | | |
| 32. FARM SUPPLIES | | | | | |
| 33. OTHER (ATTACH LIST) | | | | | |
| 34. TOTAL PERSONAL PROPERTY ASSETS | | | | | |
| 35. TOTAL ASSETS | | | | | |

* DATE AMENDED _____

CASE NAME: RCC

CASE NUMBER: 13-36312-KLP

CASH BASIS-4

02/13/95

MONTH: March 2014

## LIABILITIES OF THE ESTATE

| | PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|---|
| 1. | SECURED | $1.9 mil | 0 |
| 2. | PRIORITY | | |
| 3. | UNSECURED | 201069 | 0 |
| 4. | OTHER (ATTACH LIST) | | |
| 5. | TOTAL PREPETITION LIABILITIES | | |

| | POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST-DUE |
|---|---|---|---|---|---|
| 1. | FEDERAL INCOME TAXES | 3/14 | 1672 | 4/14 | 0 |
| 2. | FICA / MEDICARE | '' | 2288 | 4/14 | 0 |
| 3. | STATE TAXES | '' | 686 | 4/14 | 0 |
| 4. | REAL ESTATE TAXES | 2013 | 24764 | 1/14/14 | 24764 ✱ |
| 5. | OTHER TAXES (ATTACH LIST) | | | | |
| 6. | TOTAL TAXES | | | | |
| | OTHER POSTPETITION LIABILITIES, INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | (IF ADDITIONAL, ATTACH LIST) | | | | |
| 30. | TOTAL OF LINES 7 - 29 | | | | |
| 31. | TOTAL POSTPETITION LIABILITIES | | | | |

✱ Trustee is researching these to determine if church really owes since churches are tax exempt. These were only recently added to the books.

**CASH BASIS-5**

02/13/95

CASE NAME: RCC

CASE NUMBER: 13-36312-KLP

MONTH: Mar 2014

## PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID
TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE)
AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF
COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE,
TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|
| 1. Steve Pa-sm | Salary/housing | 16470 | 57774 |
| 2. Mark Pa-sm | 1099 | 800 | 3800 |
| 3. Rhonda the Inser | wages | 1000 | 4750 |
| 4. Steve Pa-sm | Car-Payment | 1075① | 2381 |
| 5. Mark Pa-sm | Car-Payment | 639 | 1917 |
| 6. TOTAL PAYMENTS TO INSIDERS | | 19984 | 70622 |

① Car payment plus auto repair expense

### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZ PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID * | |
|---|---|---|---|---|---|---|
| 1. Charles Cochran | | | 2000 | 2000 | ∅ | Real Estate Prof. |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. FCR | ∅ | ∅ | ∅ |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

CASE NAME: _RCC_

CASE NUMBER: _13-36312-KLP_

**CASH BASIS-6**
02/13/95

MONTH: _MAR 2014_

## QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | X | X |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

(- see note on POST Petition Liabilities)

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Liab | Brotherhood Mutual | Current | monthly |
| Prop | " | " | " |
| | | | |
| | | | |
| | | | |

> $1692.66