CASE NAME: Richmond Christian Ch
CASE NUMBER: 13-36312-KLP
JUDGE:

CASH BASIS
02/13/95

## UNITED STATES BANKRUPTCY COURT

_Eastern_ DISTRICT OF _VA_

_Richmond_ DIVISION

## MONTHLY OPERATING REPORT

MONTH ENDING: _April_ , 2014

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

_Pastor_
TITLE

STEPHEN A. CARSON SR
PRINTED NAME OF RESPONSIBLE PARTY

6/8/14
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

_Trustee_
TITLE

CALVIN W. Yarbrough
PRINTED NAME OF PREPARER

6/5/14
DATE

**CASH BASIS-1**

02/13/95

CASE NAME:

CASE NUMBER: 13-36312-KLP

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | QUARTER TOTAL |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | | | 105753 |
| **RECEIPTS** | | | | |
| 2. CASH SALES | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4. LOANS & ADVANCES | | | | |
| 5. SALE OF ASSETS | | | | |
| 6. LEASE & RENTAL INCOME | | | | 3 |
| 7. WAGES interest | | | | 30094 |
| 8. OTHER (ATTACH LIST) tithes | | | | 30097 |
| 9. TOTAL RECEIPTS | | | | |
| **DISBURSEMENTS** | | | | 10937 |
| 10. NET PAYROLL | | | | 5088 |
| 11. PAYROLL TAXES PAID | | | | |
| 12. SALES, USE & OTHER TAXES PAID | | | | |
| 13. INVENTORY PURCHASES | | | | |
| 14. MORTGAGE PAYMENTS | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | |
| 16. RENTAL & LEASE PAYMENTS | | | | 4250 |
| 17. UTILITIES | | | | 1693 |
| 18. INSURANCE | | | | 1254 |
| 19. VEHICLE EXPENSES Car payments | | | | 3263 |
| 20. TRAVEL | | | | 6308 |
| 21. ENTERTAINMENT Contract Svc | | | | |
| 22. REPAIRS & MAINTENANCE | | | | 123 |
| 23. SUPPLIES | | | | 75 |
| 24. ADVERTISING Misc | | | | |
| 25. HOUSEHOLD EXPENSES | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | |
| 27. GIFTS Bank Charges | | | | 12 |
| 28. OTHER (ATTACH LIST) | | | | |
| 29. TOTAL ORDINARY DISBURSEMENTS | | | | 33003 |
| **REORGANIZATION EXPENSES** | | | | |
| 30. PROFESSIONAL FEES | | | | 975 |
| 31. U.S. TRUSTEE FEES | | | | |
| 32. OTHER (ATTACH LIST) | | | | 975 |
| 33. TOTAL REORGANIZATION EXPENSES | | | | |
| 34. TOTAL DISBURSEMENTS | | | | 〈2522〉 |
| 35. NET CASH FLOW | | | | 99350 |
| 36. CASH - END OF MONTH | | | | |

Richmond Christian Center

6/5/2014 3:33 PM

Register: 10100 · Chp 11 - Operating Acct

From 04/01/2014 through 04/30/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 04/02/2014 | 496 | Mark Parson | 62100 · Contract Servi... | 4-01-14 | 200.00 | X | | 25,744.32 |
| 04/02/2014 | 497 | Florence E. Taylor | 62100 · Contract Servi... | 4-01-14 | 461.53 | X | | 25,282.79 |
| 04/02/2014 | 500 | M&T Bank | Autombile-Pastor | Acct No. 110-0... | 639.17 | X | | 24,643.62 |
| 04/02/2014 | 501 | Charles Cochran | 62100 · Contract Servi... | Balance due on... | 500.00 | X | | 24,143.62 |
| 04/02/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.14 | X | | 23,159.48 |
| 04/02/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.20 | X | | 22,170.28 |
| 04/03/2014 | 502 | City of Richmond De... | 78300 · Utilities | 250580-00236... | 4,250.00 | X | | 17,920.28 |
| 04/04/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 425.00 | 18,345.28 |
| 04/06/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 7,775.79 | 26,121.07 |
| 04/06/2014 | | | 42000 · Tithes/Offerings | Deposit | | | | 26,121.07 |
| 04/06/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 637.19 | 26,758.26 |
| 04/07/2014 | 503 | Suntrust | Autombile-Pastor | Car Payment #... | 615.23 | X | | 26,143.03 |
| 04/07/2014 | 506 | United States Treasury | 65900 · Payroll Taxes | 54-1253269 Ta... | 765.16 | X | | 25,377.87 |
| 04/07/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.09 | X | | 23,873.78 |
| 04/08/2014 | 504 | Mark Parson | 62100 · Contract Servi... | 4-8-14 | 200.00 | X | | 23,673.78 |
| 04/08/2014 | 505 | Florence E. Taylor | 62100 · Contract Servi... | 4-8-14 | 461.53 | X | | 23,212.25 |
| 04/08/2014 | 515 | U.S. Trustee Paymen... | Bankruptcy Acct | Acct No. 223-1... | 975.00 | X | | 22,237.25 |
| 04/08/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.13 | X | | 21,253.12 |
| 04/08/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.24 | X | | 20,263.88 |
| 04/10/2014 | 507 | Brotherhood Mutual ... | 20000 · Accounts Paya... | Auto Ins. | 1,692.66 | X | | 18,571.22 |
| 04/13/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 6,616.99 | 25,188.21 |
| 04/14/2014 | | Debit Card Use | 68300 · Travel and Me... | Pastor trip to A... | 3,707.36 | X | | 21,480.85 |
| 04/14/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,509.09 | X | | 19,971.76 |
| 04/15/2014 | | | 68300 · Travel and Me... | refund from Ho... | | X | 444.00 | 20,415.76 |
| 04/15/2014 | 508 | Mark Parson | 62100 · Contract Servi... | 4-15-14 | 200.00 | X | | 20,215.76 |
| 04/15/2014 | 509 | Florence E. Taylor | 62100 · Contract Servi... | 4-15-14 | 461.53 | X | | 19,754.23 |
| 04/15/2014 | 510 | Martha Goins | 72500 · Meals | Reimbursement... | 122.94 | X | | 19,631.29 |
| 04/15/2014 | 511 | Vanessa Phillips | 72600 · Miscellaneous ... | | 75.00 | X | | 19,556.29 |
| 04/15/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.13 | X | | 18,572.16 |
| 04/15/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.24 | X | | 17,582.92 |
| 04/15/2014 | Transfr | | 10300 · Chp 11 - Payro... | Funds Transfer | 3,500.00 | X | | 14,082.92 |
| 04/20/2014 | | | 42000 · Tithes/Offerings | | | X | 1,599.40 | 15,682.32 |
| 04/20/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 8,055.39 | 23,737.71 |
| 04/21/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 800.00 | 24,537.71 |
| 04/21/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.10 | X | | 23,033.61 |
| 04/22/2014 | 512 | Charles Cochran | 62100 · Contract Servi... | VOID: | | X | | 23,033.61 |
| 04/22/2014 | 512 | Charles Cochran | 20000 · Accounts Paya... | | 1,000.00 | X | | 22,033.61 |
| 04/23/2014 | 513 | Florence E. Taylor | 62100 · Contract Servi... | 4-22-14 | 461.53 | X | | 21,572.08 |
| 04/23/2014 | 514 | Mark Parson | 62100 · Contract Servi... | 4-22-14 | 200.00 | X | | 21,372.08 |
| 04/23/2014 | 529 | City of Richmond De... | 20000 · Accounts Paya... | VOID: | | X | | 21,372.08 |

Richmond Christian Center

6/5/2014 3:33 PM

Register: 10100 · Chp 11 - Operating Acct
From 04/01/2014 through 04/30/2014
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 04/23/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.11 | X | | 20,387.97 |
| 04/23/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.26 | X | | 19,398.71 |
| 04/27/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 859.41 | 20,258.12 |
| 04/27/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 3,324.47 | 23,582.59 |
| 04/28/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.09 | X | | 22,078.50 |
| 04/30/2014 | 516 | Mark Parson | 62100 · Contract Servi... | 4-29-14 | 200.00 | | | 21,878.50 |
| 04/30/2014 | 517 | Florence E. Taylor | 62100 · Contract Servi... | 4-29-14 | 461.53 | | | 21,416.97 |
| 04/30/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.13 | X | | 20,432.84 |
| 04/30/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.24 | X | | 19,443.60 |

Richmond Christian Center

6/5/2014 3:35 PM

Register: 10200 · Chp 11- Payroll Acct

From 04/01/2014 through 04/30/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 04/02/2014 | 369 | Hickman., Rhonda | -split- | | 202.87 | X | | 1,224.37 |
| 04/02/2014 | 370 | Jones, Alice | -split- | | 415.03 | X | | 809.34 |
| 04/02/2014 | 371 | Parrish., Gwen | -split- | | 366.24 | X | | 443.10 |
| 04/02/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 984.14 | 1,427.24 |
| 04/07/2014 | 372 | Parson, Stephen | -split- | | 1,504.09 | X | | -76.85 |
| 04/07/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,504.09 | 1,427.24 |
| 04/08/2014 | 373 | Hickman., Rhonda | -split- | | 202.88 | X | | 1,224.36 |
| 04/08/2014 | 374 | Jones, Alice | -split- | | 415.02 | X | | 809.34 |
| 04/08/2014 | 375 | Parrish., Gwen | -split- | | 366.23 | X | | 443.11 |
| 04/08/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 984.13 | 1,427.24 |
| 04/14/2014 | 376 | Parson, Stephen | -split- | | 1,504.09 | X | | -76.85 |
| 04/14/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,509.09 | 1,432.24 |
| 04/15/2014 | 377 | Jones, Alice | -split- | | 415.02 | X | | 1,017.22 |
| 04/15/2014 | 378 | Parrish., Gwen | -split- | | 366.24 | X | | 650.98 |
| 04/15/2014 | 379 | Parson, Stephen | -split- | VOID: | | X | | 650.98 |
| 04/15/2014 | 380 | Hickman., Rhonda | -split- | | 202.87 | X | | 448.11 |
| 04/15/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 984.13 | 1,432.24 |
| 04/17/2014 | | | 70000 · Bank Charges | Service Charge | 12.00 | X | | 1,420.24 |
| 04/21/2014 | 381 | Parson, Stephen | -split- | | 1,504.10 | X | | -83.86 |
| 04/21/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,504.10 | 1,420.24 |
| 04/23/2014 | 382 | Hickman., Rhonda | -split- | | 202.88 | X | | 1,217.36 |
| 04/23/2014 | 383 | Jones, Alice | -split- | | 415.01 | X | | 802.35 |
| 04/23/2014 | 384 | Parrish., Gwen | -split- | | 366.22 | X | | 436.13 |
| 04/23/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 984.11 | 1,420.24 |
| 04/28/2014 | 385 | Parson, Stephen | -split- | | 1,504.09 | X | | -83.85 |
| 04/28/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,504.09 | 1,420.24 |
| 04/30/2014 | 386 | Hickman., Rhonda | -split- | | 202.87 | X | | 1,217.37 |
| 04/30/2014 | 387 | Jones, Alice | -split- | | 415.02 | X | | 802.35 |
| 04/30/2014 | 388 | Parrish., Gwen | -split- | | 366.24 | X | | 436.11 |
| 04/30/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 984.13 | 1,420.24 |

Richmond Christian Center

6/5/2014 3:42 PM

Register: 10300 · Chp 11 - Payroll Tax Acct

From 04/01/2014 through 04/30/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 04/02/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.20 | 8,968.45 |
| 04/08/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.24 | 9,957.69 |
| 04/15/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.24 | 10,946.93 |
| 04/15/2014 | Transfr | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 3,500.00 | 14,446.93 |
| 04/17/2014 | | commonwealth of vir... | 24000 · Payroll Liabilit... | Pay state tax wi... | 1,908.46 | X | | 12,538.47 |
| 04/17/2014 | | IRS | -split- | | 11,040.02 | X | | 1,498.45 |
| 04/23/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.26 | 2,487.71 |
| 04/30/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.24 | 3,476.95 |

Richmond Christian Center

6/5/2014 3:43 PM

Register: 10400 · Savings Account - Wells Fargo
From 04/01/2014 through 04/30/2014
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 04/10/2014 | | | 95000 · Interest Income | VOID: Deposit | | X | 0.00 | 75,006.98 |
| 04/30/2014 | | | 95000 · Interest Income | Interest | | X | 3.08 | 75,010.06 |

**CASH BASIS-2**

02/13/95

ASE NAME:

ASE NUMBER:

e debtor in possession must complete the reconciliation below for each bank account, cluding all general, payroll and tax accounts, as well as all savings and investment counts, money market accounts, certificates of deposit, government obligations, etc. ccounts with restricted funds should be identified by placing an asterisk next to the count number. Attach additional sheets if necessary.

MONTH: _____

**ANK RECONCILIATIONS**

| | Account #1 | Account #2 | Account #3 | TOTAL |
|---|---|---|---|---|
| BANK: | | | | |
| ACCOUNT NUMBER: | | | | |
| PURPOSE (TYPE): | | | | |
| BALANCE PER BANK STATEMENT | | | | |
| ADD: TOTAL DEPOSITS NOT CREDITED | | | | |
| SUBTRACT: OUTSTANDING CHECKS | | | | |
| OTHER RECONCILING ITEMS | | | | |
| MONTH END BALANCE PER BOOKS | | | | |
| NUMBER OF LAST CHECK WRITTEN | | | | |

**NVESTMENT ACCOUNTS**

| ANK, ACCOUNT NAME & NUMI | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| ). | | | | |
| 1.   TOTAL INVESTMENTS | | | | |

**ASH**

| | | |
|---|---|---|
| 2.   CURRENCY ON HAND | | |
| 3.   TOTAL CASH - END OF MONTH | | |

See attached bank statements and reconciliations

10:06 AM

06/05/14

# Richmond Christian Center
## Reconciliation Summary
### 10300 · Chp 11 - Payroll Tax Acct, Period Ending 04/10/2014

|  | Apr 10, 14 |
|---|---|
| **Beginning Balance** | 6,000.69 |
|   Cleared Transactions |  |
|     Deposits and Credits - 4 items | 3,957.00 |
|   Total Cleared Transactions | 3,957.00 |
|  |  |
| **Cleared Balance** | **9,957.69** |
| Register Balance as of 04/10/2014 | 9,957.69 |
|   New Transactions |  |
|     Checks and Payments - 2 ite... | -12,948.48 |
|     Deposits and Credits - 9 items | 11,413.96 |
|   Total New Transactions | -1,534.52 |
|  |  |
| **Ending Balance** | **8,423.17** |

# Business Checking

Account number: ●●●●●8693 ■ March 13, 2014 - April 10, 2014 ■ Page 1 of 3

**WELLS FARGO**

000577 1 AV 0.381 166899

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

**Introducing the new Wells Fargo Works for Small Business website**
The new Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/13 | $6,000.69 |
| Deposits/Credits | 3,957.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 4/10** | **$9,957.69** |
| Average ledger balance this period | $7,672.21 |

Account number: ●●●●●8693

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCE N21UTN4 000577 NNNNNNNNNN NNN NNN 001 002 377 003433    108466852

Account number: ████████8693 ■ March 13, 2014 - April 10, 2014 ■ Page 11 of 26

WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|------------------|--------------------|---------------------|
| 3/19 | | Online Transfer From Stephen A Parson Sr Ref #Ibeqwc8Cpk Business Checking Via Mobile | 989.30 | | 6,989.99 |
| 3/26 | | Online Transfer From Stephen A Parson Sr Ref #Ibeg78B8Yw Business Checking Via Mobile | 989.26 | | 7,979.25 |
| 4/2 | | Online Transfer From Stephen A Parson Sr Ref #Ibeg7Bdg7V Business Checking Via Mobile | 989.20 | | 8,968.45 |
| 4/10 | | Online Transfer From Stephen A Parson Sr Ref #Ibexpn25St Business Checking Via Mobile | 989.24 | | 9,957.69 |
| Ending balance on 4/10 | | | | | 9,957.69 |
| Totals | | | $3,957.00 | $0.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/13/2014 - 04/10/2014 | Standard monthly service fee $12.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $3,000.00 | $6,000.69 | ☑ |
| · Average ledger balance | $6,000.00 | $7,672.00 | ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |

WR/WB

 **TIP**  Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

 IMPORTANT ACCOUNT INFORMATION

**Amendment to Funds Availability Policy - Check Deposits at a Wells Fargo ATM**
Effective March 16, 2014, we will increase the amount of your deposit that is made immediately available to you when you make a check deposit at a Wells Fargo ATM. The first $200 of a day's check deposits made at a Wells Fargo ATM will be immediately available for your use or withdrawal on the **day we receive the deposit**. Cash deposits made at a Wells Fargo ATM are always immediately available.



11:55 AM

05/06/14

# Richmond Christian Center
## Reconciliation Summary
### 10100 · Chp 11 – Operating Acct, Period Ending 04/30/2014

|  | Apr 30, 14 |
|---|---|
| **Beginning Balance** | 31,409.15 |
| **Cleared Transactions** | |
| Checks and Payments - 36 ite... | -38,848.70 |
| Deposits and Credits - 13 items | 30,537.64 |
| **Total Cleared Transactions** | -8,311.06 |
| **Cleared Balance** | 23,098.09 |
| **Uncleared Transactions** | |
| Checks and Payments - 4 items | -4,643.75 |
| Deposits and Credits - 3 items | 0.00 |
| **Total Uncleared Transactions** | -4,643.75 |
| **Register Balance as of 04/30/2014** | 18,454.34 |
| **New Transactions** | |
| Checks and Payments - 7 items | -8,046.29 |
| Deposits and Credits - 3 items | 10,047.44 |
| **Total New Transactions** | 2,001.15 |
| **Ending Balance** | 20,455.49 |

# Gold Business Services Package

*O perating*

**WELLS FARGO**

Account number: ████8198 ■ April 1, 2014 - April 30, 2014 ■ Page 1 of 6



016876 1 AV 0.381 226967

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
DEBTOR IN POSSESSION
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

**Introducing the new Wells Fargo Works for Small Business website**
The new Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $31,409.15 |
| Deposits/Credits | 30,537.64 |
| Withdrawals/Debits | - 38,848.70 |
| **Ending balance on 4/30** | **$23,098.09** |
| Average ledger balance this period | $23,944.43 |

Account number: ████8198

**STEPHEN A PARSON SR**
**DBA FAITH ALIVE INTERNATIONAL MINISTRIES**
**DEBTOR IN POSSESSION**
**CH 11 CASE #13-36312 (EVA)**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDN2:UITOG 016876 NNNNNNNNNNN NNN 001 003 377 083675 1086251 2.2



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | 494 | Check | | 2,087.39 | |
| 4/1 | 492 | Check | | 384.48 | 28,937.28 |
| 4/2 | | Online Transfer to Stephen A Parson Sr Ref #Ibemzfcrn6 Business Checking Via Mobile | | 984.14 | |
| 4/2 | | Online Transfer to Stephen A Parson Sr Ref #Ibeg78dg7V Business Checking Via Mobile | | 989.20 | |
| 4/2 | 497 | Check | | 461.53 | 26,502.41 |
| 4/3 | 501 | Check | | 500.00 | 26,002.41 |
| 4/4 | | Deposit Made In A Branch/Store | 425.00 | | |
| 4/4 | 502 | Check | | 4,250.00 | 22,177.41 |
| 4/7 | | Deposit Made In A Branch/Store | 7,775.79 | | |
| 4/7 | | Deposit Made In A Branch/Store | 637.19 | | |
| 4/7 | | Online Transfer to Stephen A Parson Sr Ref #Ibetskq2Nx Business Checking Via Mobile | | 1,504.09 | |
| 4/7 | 500 | Check | | 639.17 | 28,447.13 |
| 4/8 | 496 | Check | | 200.00 | 28,247.13 |
| 4/9 | | Check Crd Purchase 04/08 Oww*Orbitz.Com 888-656-4546 IL 474166xxxxxx9482 464098472950078 ?McC=4722 | | 198.40 | |
| 4/9 | 503 | Check | | 615.23 | |
| 4/9 | 505 | Check | | 461.53 | 26,971.97 |
| 4/10 | | Check Crd Purchase 04/08 Delta Air 006733 Chicago IL 474166xxxxxx9482 464098472865524 ?McC=3058 | | 750.50 | |
| 4/10 | | Check Crd Purchase 04/09 Delta Air 006823 Richmond VA 474166xxxxxx9482 464099392137447 ?McC=3058 | | 25.00 | |
| 4/10 | | Online Transfer to Stephen A Parson Sr Ref #Ibetslglvr Business Checking Via Mobile | | 984.13 | |
| 4/10 | | Online Transfer to Stephen A Parson Sr Ref #Ibexpn25St Business Checking Via Mobile | | 989.24 | 24,223.10 |
| 4/11 | | Check Crd Purchase 04/09 Apw Atlanta C Atlanta GA 474166xxxxxx9482 304099548784697 ?McC=5999 | | 37.44 | |
| 4/11 | | Check Crd Purchase 04/09 Marriott Houston F Houston TX 474166xxxxxx9482 464099724670501 ?McC=3509 | | 49.30 | |
| 4/11 | | Check Crd Purchase 04/09 The Cheesecake Fac Sugar Land TX 474166xxxxxx9482 384100096360903 ?McC=5812 | | 81.20 | 24,055.16 |
| 4/14 | | Deposit Made In A Branch/Store | 6,616.99 | | |
| 4/14 | | Check Crd Purchase 04/10 Marriott Houston F Houston TX 474166xxxxxx9482 584100813565173 ?McC=3509 | | 31.06 | |
| 4/14 | | Check Crd Purchase 04/10 Tgi_Fridays #0732 Sugarland TX 474166xxxxxx9482 284101137594187 ?McC=5812 | | 44.11 | |
| 4/14 | | Check Crd Purchase 04/11 Hotels.Com 800-246-8357 WA 474166xxxxxx9482 304100602665196 ?McC=4722 | | 182.44 | |
| 4/14 | | Check Crd Purchase 04/11 Holiday Inns Sugar Land TX 474166xxxxxx9482 464101612031643 ?McC=3501 | | 67.75 | |
| 4/14 | | Check Crd Purchase 04/11 Marriott Houston Houston TX 474166xxxxxx9482 384099679610645 ?McC=3509 | | 22.49 | |
| 4/14 | | Check Crd Purchase 04/11 Red Lobster US0006 Sugarland TX 474166xxxxxx9482 584101761586609 ?McC=5812 | | 87.91 | |
| 4/14 | | Check Crd Purchase 04/11 Marriott Houston F Houston TX 474166xxxxxx9482 304102046683028 ?McC=3509 | | 25.65 | |
| 4/14 | | Check Crd Purchase 04/12 Delta Air 006823 Houston TX 474166xxxxxx9482 304102501272668 ?McC=3058 | | 25.00 | |
| 4/14 | | Check Crd Purchase 04/12 Gulf Coast New2230 Houston TX 474166xxxxxx9482 464102511432592 ?McC=5994 | | 14.36 | |
| 4/14 | | Check Crd Purchase 04/12 Pappadeaux Seafood Houston TX 474166xxxxxx9482 464102552610241 ?McC=5814 | | 41.78 | |
| 4/14 | | Check Crd Purchase 04/12 Sojourner's - E29 Atlanta GA 474166xxxxxx9482 304102699004576 ?McC=5812 | | 18.05 | |
| 4/14 | | Check Crd Purchase 04/12 Ric Parking Richmond VA 474166xxxxxx9482 004102823466500 ?McC=7523 | | 48.00 | |

083676



Account number: ■■■■8198 ■ April 1, 2014 - April 30, 2014 ■ Page 15 of 26

WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/14 | | Check Crd Purchase 04/12 Wawa 8605 0008 Sandston VA 474166xxxxxx9482 384102826832931 ?McC=5541 | | 20.00 | |
| 4/14 | | Check Crd Purchase 04/12 Tgi Fridays #1191 Midlothian VA 474166xxxxxx9482 284103041033776 ?McC=5812 | | 51.30 | |
| 4/14 | | Check Crd Purchase 04/13 Marriott Houston Houston TX 474166xxxxxx9482 304101829169155 ?McC=3509 | | 115.83 | |
| 4/14 | | Check Crd Purchase 04/13 Kroger #512 Midlothian VA 474166xxxxxx9482 004104011247611 ?McC=5411 | | 10.24 | |
| 4/14 | | Online Transfer to Stephen A Parson Sr Ref #Ibe8Fbdll6 Business Checking Via Mobile | | 1,509.09 | |
| 4/14 | 507 | Check | | 1,692.66 | |
| 4/14 | 506 | Check | | 765.16 | 25,899.27 |
| 4/15 | | Check Crd Pur Rtrn 04/14 Hotwire-Sales Fina 866-468-9473 CA 474166xxxxxx9482 624105549639381 ?McC=4722 | 444.00 | | |
| 4/15 | | Check Crd Purchase 04/14 Wawa 657 0000 Midlothian VA 474166xxxxxx9482 384104439124630 ?McC=5542 | | 20.05 | |
| 4/15 | | Check Crd Purchase 04/14 Hotwire-Sales Fina 866-468-9473 CA 474166xxxxxx9482 384104526055941 ?McC=4722 | | 444.00 | |
| 4/15 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8693 Ref #Ibemzjwck3 on 04/15/14 | | 3,500.00 | |
| 4/15 | 504 | Check | | 200.00 | 22,179.22 |
| 4/16 | | Check Crd Purchase 04/14 American Ai 001739 Atlanta GA 474166xxxxxx9482 004104563321272 ?McC=3001 | | 764.00 | |
| 4/16 | 509 | Check | | 461.53 | 20,953.69 |
| 4/17 | | Online Transfer to Stephen A Parson Sr Ref #Ibeg7GhSKY Business Checking Via Mobile | | 984.13 | 18,980.32 |
| 4/17 | | Online Transfer to Stephen A Parson Sr Ref #Ibetsngg2B Business Checking Via Mobile | | 989.24 | 18,980.32 |
| 4/18 | 511 | Cashed Check | | 75.00 | 18,905.32 |
| 4/21 | | Deposit Made In A Branch/Store | 8,055.39 | | |
| 4/21 | | Deposit Made In A Branch/Store | 1,599.40 | | |
| 4/21 | | Deposit Made In A Branch/Store | 800.00 | | |
| 4/21 | | Check Crd Purchase 04/20 Forevergreen Inter 801-655-5500 UT 474166xxxxxx9482 384109798937695 ?McC=5499 | | 531.50 | |
| 4/21 | | Online Transfer to Stephen A Parson Sr Ref #Ibemzldjy2 Business Checking Via Mobile | | 1,504.10 | 27,324.51 |
| 4/22 | 512 | Check | | 1,000.00 | |
| 4/22 | 508 | Check | | 200.00 | |
| 4/22 | 510 | Check | | 122.94 | 26,001.57 |
| 4/23 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8446 Ref #Ibe5Jcfsn3 on 04/23/14 | | 984.11 | |
| 4/23 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8693 Ref #Ibexprf73M on 04/23/14 | | 989.26 | |
| 4/23 | 513 | Check | | 461.53 | 23,566.67 |
| 4/28 | | Deposit Made In A Branch/Store | 3,324.47 | | |
| 4/28 | | Deposit Made In A Branch/Store | 859.41 | | |
| 4/28 | | Online Transfer to Stephen A Parson Sr Ref #Ibemzmyz3S Business Checking Via Mobile | | 1,504.09 | 26,246.46 |
| 4/29 | 515 | Check | | 975.00 | |
| 4/29 | 514 | Check | | 200.00 | 25,071.46 |
| 4/30 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8446 Ref #Ibe8Fgl3Kh on 04/30/14 | | 984.13 | |
| 4/30 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8693 Ref #Ibeqwq4H7Y on 04/30/14 | | 989.24 | 23,098.09 |
| **Ending balance on 4/30** | | | | | 23,098.09 |
| **Totals** | | | **$30,537.64** | **$38,840.70** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

DCDN21UTCG 016876 NNNNNNNNN NNN NNN 003 003  377 083877    10882121

**WELLS FARGO**

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 492 | 4/1 | 384.48 | 503 | 4/9 | 615.23 | 510 | 4/22 | 122.94 |
| 494 * | 4/1 | 2,087.39 | 504 | 4/15 | 200.00 | 511 | 4/18 | 75.00 |
| 496 * | 4/8 | 200.00 | 505 | 4/9 | 461.53 | 512 | 4/22 | 1,000.00 |
| 497 | 4/2 | 461.53 | 506 | 4/14 | 765.16 | 513 | 4/23 | 461.53 |
| 500 * | 4/7 | 639.17 | 507 | 4/14 | 1,692.66 | 514 | 4/29 | 200.00 |
| 501 | 4/3 | 500.00 | 508 | 4/22 | 200.00 | 515 | 4/29 | 975.00 |
| 502 | 4/4 | 4,250.00 | 509 | 4/16 | 461.53 | | | |

\* *Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/01/2014 - 04/30/2014 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee (complete 1 AND 2)** | Minimum required | This fee period |
| 1) Have any ONE of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $23,944.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of Wells Fargo debit card purchases and/or payments | 10 | 26 ☑ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Linked Wells Fargo credit card qualified purchase transaction | 5 | 0 ☐ |
| · Linked Wells Fargo credit card total qualified purchases | $500.00 | $0.00 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balances of: business credit card, Wells Fargo Express Equity* and BusinessLine* lines of credit, Wells Fargo BusinessLoan* term loan | | |
| - Average daily balances from previous month in business PrimeLine™ line of credit and Business PrimeLoan™ account, Wells Fargo Express Equity*, SBA, and Equipment Express* loans | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 3,000 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 201 | 200 | 1 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

■ As a courtesy, some or all of your account transaction fees have been waived.



083678

10:30 AM

06/05/14

# Richmond Christian Center
## Reconciliation Summary
### 10200 · Chp 11- Payroll Acct, Period Ending 04/17/2014

|                                    | Apr 17, 14 |
|------------------------------------|-----------:|
| **Beginning Balance**              | 1,167.13   |
| **Cleared Transactions**           |            |
| Checks and Payments - 19 Ite...    | -10,746.13 |
| Deposits and Credits - 9 Items     | 9,957.89   |
| **Total Cleared Transactions**     | -788.24    |
| **Cleared Balance**                | 378.89     |
| **Uncleared Transactions**         |            |
| Checks and Payments - 1 Item       | -202.87    |
| Deposits and Credits - 3 Items     | 1,244.22   |
| **Total Uncleared Transactions**   | 1,041.35   |
| **Register Balance as of 04/17/2014** | 1,420.24 |
| **New Transactions**               |            |
| Checks and Payments - 28 Ite...    | -17,417.52 |
| Deposits and Credits - 13 Items    | 17,417.52  |
| **Total New Transactions**         | 0.00       |
| **Ending Balance**                 | 1,420.24   |

# Business Checking

Account number: ●●●●●●8446 ■ March 20, 2014 - April 17, 2014 ■ Page 1 of 4

**WELLS FARGO**

003329 1 AV 0.381 185623



STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

**Introducing the new Wells Fargo Works for Small Business website**
The new Wells Fargo Works site offers free access to business information and
advice through videos, articles, and other small business resources. This site offers
objective information from industry experts, best practices from real business
owners, as well as numerous Wells Fargo solutions that can help you run your
business. Learn more about Wells Fargo Works at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/20 | $1,167.13 |
| Deposits/Credits | 9,957.89 |
| Withdrawals/Debits | - 10,746.13 |
| **Ending balance on 4/17** | **$378.89** |
| Average ledger balance this period | $413.12 |

Account number: ●●●●●●8446

**STEPHEN A PARSON SR**
**DBA FAITH ALIVE INTERNATIONAL MINISTRIES**
**CH 11 CASE #13-36312 (EVA)**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

DCDN2UTN9 003329 NNNNNNNNN NNN NNN 001 002 377 01845 108524 03.2

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/20 | 363 | Cashed Check | | 366.22 | 800.91 |
| 3/21 | 362 | Check | | 415.02 | 385.89 |
| 3/24 | | Online Transfer From Stephen A Parson Sr Ref #Ibeg77T27K Business Checking Via Mobile | 1,504.08 | | |
| 3/24 | 364 | Cashed Check | | 1,504.08 | 385.89 |
| 3/25 | 361 | Check | | 202.87 | 183.02 |
| 3/26 | | Online Transfer From Stephen A Parson Sr Ref #Ibe2M2DD2W Business Checking Via Mobile | 984.13 | | 1,167.15 |
| 3/27 | 367 | Cashed Check | | 366.23 | |
| 3/27 | 366 | Check | | 415.02 | 385.90 |
| 3/31 | | Online Transfer From Stephen A Parson Sr Ref #Ibecb85Nb3 Business Checking Via Mobile | 1,504.10 | | |
| 3/31 | 368 | Cashed Check | | 1,504.10 | 385.90 |
| 4/2 | | Online Transfer From Stephen A Parson Sr Ref #ibernzfcrn6 Business Checking Via Mobile | 984.14 | | 1,370.04 |
| 4/3 | 371 | Cashed Check | | 366.24 | |
| 4/3 | 370 | Check | | 415.03 | 588.77 |
| 4/4 | 365 | Check | | 202.88 | 385.89 |
| 4/7 | | Online Transfer From Stephen A Parson Sr Ref #Ibetskq2Nx Business Checking Via Mobile | 1,504.09 | | |
| 4/7 | 372 | Cashed Check | | 1,504.09 | |
| 4/7 | 369 | Check | | 202.87 | 183.02 |
| 4/10 | | Online Transfer From Stephen A Parson Sr Ref #Ibetslglvr Business Checking Via Mobile | 984.13 | | |
| 4/10 | 375 | Cashed Check | | 366.23 | 800.92 |
| 4/11 | 374 | Check | | 415.02 | |
| 4/11 | 373 | Check | | 202.88 | 183.02 |
| 4/14 | | Online Transfer From Stephen A Parson Sr Ref #Ibe8Fbdll6 Business Checking Via Mobile | 1,509.09 | | |
| 4/14 | 376 | Cashed Check | | 1,504.09 | 188.02 |
| 4/17 | | Online Transfer From Stephen A Parson Sr Ref #Ibeg7Gh5KY Business Checking Via Mobile | 984.13 | | |
| 4/17 | 378 | Cashed Check | | 366.24 | |
| 4/17 | 377 | Check | | 415.02 | |
| 4/17 | | Monthly Service Fee | | 12.00 | 378.89 |
| **Ending balance on 4/17** | | | | | 378.89 |
| **Totals** | | | **$9,957.89** | **$10,746.13** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 361 | 3/25 | 202.87 | 367 | 3/27 | 366.23 | 373 | 4/11 | 202.88 |
| 362 | 3/21 | 415.02 | 368 | 3/31 | 1,504.10 | 374 | 4/11 | 415.02 |
| 363 | 3/20 | 366.22 | 369 | 4/7 | 202.87 | 375 | 4/10 | 366.23 |
| 364 | 3/24 | 1,504.08 | 370 | 4/3 | 415.03 | 376 | 4/14 | 1,504.09 |
| 365 | 4/4 | 202.88 | 371 | 4/3 | 366.24 | 377 | 4/17 | 415.02 |
| 366 | 3/27 | 415.02 | 372 | 4/7 | 1,504.09 | 378 | 4/17 | 366.24 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.



**10:16 AM**

**06/05/14**

## Richmond Christian Center
## Reconciliation Summary
### 10400 · Savings Account - Wells Fargo, Period Ending 04/30/2014

|  | Apr 30, 14 |
|---|---|
| **Beginning Balance** | 75,006.98 |
| **Cleared Transactions** | |
| Deposits and Credits - 2 it... | 3.08 |
| **Total Cleared Transactions** | 3.08 |
| **Cleared Balance** | 75,010.06 |
| **Register Balance as of 04/30/2014** | 75,010.06 |
| **New Transactions** | |
| Deposits and Credits - 1 It... | 25,000.00 |
| **Total New Transactions** | 25,000.00 |
| **Ending Balance** | 100,010.06 |

# Business Market Rate Savings

Account number: ■■■■6610 ■ April 1, 2014 - April 30, 2014 ■ Page 1 of 3



WELLS
FARGO



004609 1 AV 0.381 222052

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

**Introducing the new Wells Fargo Works for Small Business website**
The new Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com.

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $75,006.98 |
| Deposits/Credits | 3.08 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 4/30** | **$75,010.06** |
| Average ledger balance this period | $75,006.98 |

Account number: ■■■■6610

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $3.08 |
| Average collected balance | $75,006.98 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $3.08 |
| Interest paid this year | $9.93 |

DCRN21UTFI 004609 NNNNNNNNN NNN 001 002 377 018261 108624172



**WELLS FARGO**

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 4/30 | Interest Payment | 3.08 | | 75,010.06 |
| **Ending balance on 4/30** | | | | **75,010.06** |
| **Totals** | | **$3.08** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/01/2014 - 04/30/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Average collected balance | $500.00 | $75,007.00 ☑ |
| • Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $0.00 ☐ |
| YC/YC | | |



---

**TIP**  Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.




**CASH BASIS-3**

02/13/95

CASE NAME:

CASE NUMBER:

ASSETS OF THE ESTATE

*4/30/14*

*Identical listing as prior month*

| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT * | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| | | | | *4 million* |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | | | | |
| SCHEDULE "B" PERSONAL PROPERTY | | | | |
| 1. CASH ON HAND | | | | *99350* |
| 2. CHECKING, SAVINGS, ETC. | | | | |
| 3. SECURITY DEPOSITS | | | | |
| 4. HOUSEHOLD GOODS | | | | |
| 5. BOOKS, PICTURES, ART | | | | |
| 6. WEARING APPAREL | | | | |
| 7. FURS AND JEWELRY | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. INSURANCE POLICIES | | | | |
| 10. ANNUITIES | | | | |
| 11. RETIREMENT & PROFIT SHARING | | | | |
| 12. STOCKS | | | | |
| 13. PARTNERSHIPS & JOINT VENTURES | | | | |
| 14. GOVERNMENT & CORPORATE BONDS | | | | |
| 15. ACCOUNTS RECEIVABLE | | | | |
| 16. ALIMONY | | | | |
| 17. OTHER LIQUIDATED DEBTS | | | | |
| 18. EQUITABLE INTERESTS | | | | |
| 19. CONTINGENT INTERESTS | | | | |
| 20. OTHER CLAIMS | | | | |
| 21. PATENTS & COPYRIGHTS | | | | |
| 22. LICENSES & FRANCHISES | | | | |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | | | | *20,000* |
| 24. BOATS & MOTORS | | | | |
| 25. AIRCRAFT | | | | |
| 26. OFFICE EQUIPMENT | | | | *5000* |
| 27. MACHINERY, FIXTURES & EQUIPMENT | | | | |
| 28. INVENTORY | | | | |
| 29. ANIMALS | | | | |
| 30. CROPS | | | | |
| 31. FARMING EQUIPMENT | | | | |
| 32. FARM SUPPLIES | | | | |
| 33. OTHER (ATTACH LIST) | | | | |
| 34. TOTAL PERSONAL PROPERTY ASSETS | | | | |
| 35. TOTAL ASSETS | | | | |

* DATE AMENDED _____

CASE NAME: RCC

CASE NUMBER: 13-36312-KLP

**CASH BASIS-4**

02/13/95

MONTH: Apr 2014

## LIABILITIES OF THE ESTATE

| | PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|---|
| 1. | SECURED | 1.9 mil | Ø |
| 2. | PRIORITY | | |
| 3. | UNSECURED | 201,069 | Ø |
| 4. | OTHER (ATTACH LIST) | | |
| 5. | TOTAL PREPETITION LIABILITIES | | |

| | POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST-DUE |
|---|---|---|---|---|---|
| 1. | FEDERAL INCOME TAXES W/H | 4/14 | 1476 | 5/14 | Ø |
| 2. | FICA / MEDICARE | 4/14 | 2160 | 5/14 | Ø |
| 3. | STATE TAXES | 4/14 | 619 | 5/14 | Ø |
| 4. | REAL ESTATE TAXES | 2013 & 2014 | 127,715 | 6/14 | 2476 * |
| 5. | OTHER TAXES (ATTACH LIST) | | | | |
| 6. | TOTAL TAXES | | | | |

OTHER POSTPETITION LIABILITIES, INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS)

| | | | | | |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | (IF ADDITIONAL, ATTACH LIST) | | | | |
| 30. | TOTAL OF LINES 7 - 29 | | | | |
| 31. | TOTAL POSTPETITION LIABILITIES | | | | |

(*) Trustee is still researching these to determine if church really owes since churches are tax exempt. These were only recently added to the books.

CASE NAME: RCC

CASE NUMBER: 13-36312-KCP

**CASH BASIS-5**

02/13/95

MONTH: April 2014

## PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID
TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE)
AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF
COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE,
TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|------|-----------------|-------------|--------------------|
| 1. Steve Parson | Salary/housing | 8152 | 65926 |
| 2. Mark Parson | 1099 | 1000 | 4800 |
| 3. Rhonda Strickland | wages | 1250 | 6000 |
| 4. Steve Parson | Car payment | 615 | 2996 |
| 5. Mark Parson | Car payment | 639 | 2556 |
| 6. TOTAL PAYMENTS TO INSIDERS | | 11656 | 82278 |

### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZ PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID * |
|------|--------------------------------------|-----------------|-------------|--------------------|---------------------------|
| 1. Charles Cochran (*) | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

(*) This real estate prof. was paid total of $5000 in Mar + Apr. Since they had not yet been approved they repaid $3500. we are working to refund the balance as I'm just seeing the ap'd payment in April financials

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|------------------|--------------------------------|---------------------------|---------------------------|
| 1. FCR | ∅ | ∅ | ∅ |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

CASE NAME: RCC

CASE NUMBER: 13-36312-KLP

**CASH BASIS-6**

02/13/95

MONTH: April 2014

## QUESTIONNAIRE

|  | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? |  | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? |  | X |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? |  | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? |  | X |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? |  | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? |  | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? |  | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | X |  |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? |  | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? |  | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? |  | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? |  | X |

— see note on Post Petition liabilities

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSURANCE

|  | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X |  |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X |  |
| 3. PLEASE ITEMIZE POLICIES BELOW. |  |  |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| liab | Brotherhood Mutual | Current | Monthly |  1692.66 |
| prop | " | " | " |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |