| | |
|---|---|
| CASE NAME: _Richmond Christian Ch_ | **CASH BASIS** 02/13/95 |
| CASE NUMBER: _13-36312-KLP_ | |
| JUDGE: | |

## UNITED STATES BANKRUPTCY COURT

_Eastern_ DISTRICT OF _VA_

_Richmond_ DIVISION

## MONTHLY OPERATING REPORT

MONTH ENDING: _May_ , 20_14_

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_Dr Stephen Parson_     _Pastor_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY    TITLE

_STEPHEN A. PARSON SR_     _6/26/2014_
PRINTED NAME OF RESPONSIBLE PARTY    DATE

PREPARER:

_C.W. Yar_     _Trustee_
ORIGINAL SIGNATURE OF PREPARER    TITLE

_Calvin Yarbrough_     _6/27/14_
PRINTED NAME OF PREPARER    DATE

**CASH BASIS-1**

02/13/95

CASE NAME:

CASE NUMBER: 13-36312-KLP

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | QUARTER MAY TOTAL |
|---|---|---|---|---|
| 1.  CASH - BEGINNING OF MONTH | | | | 99350 |
| **RECEIPTS** | | | | |
| 2.  CASH SALES | | | | |
| 3.  ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4.  LOANS & ADVANCES | | | | |
| 5.  SALE OF ASSETS | | | | |
| 6.  LEASE & RENTAL INCOME | | | | 4 |
| 7.  ~~WAGES~~ interest income | | | | 66167 |
| 8.  OTHER (ATTACH LIST) Tythes / Offering | | | | 66171 |
| 9.  TOTAL RECEIPTS | | | | |
| **DISBURSEMENTS** | | | | 9953 |
| 10.  NET PAYROLL | | | | 994 |
| 11.  PAYROLL TAXES PAID | | | | |
| 12.  SALES, USE & OTHER TAXES PAID | | | | 3140 |
| 13.  ~~INVENTORY PURCHASES~~ Housing Allowance | | | | |
| 14.  MORTGAGE PAYMENTS | | | | |
| 15.  OTHER SECURED NOTE PAYMENTS | | | | |
| 16.  RENTAL & LEASE PAYMENTS | | | | 3702 |
| 17.  UTILITIES | | | | 1874 |
| 18.  INSURANCE | | | | 1254 |
| 19.  ~~VEHICLE EXPENSES~~ Car Payment | | | | 86 |
| 20.  TRAVEL auto expense | | | | ⟨1653⟩ ① |
| 21.  ~~ENTERTAINMENT~~ Contract services | | | | |
| 22.  REPAIRS & MAINTENANCE | | | | 469 |
| 23.  SUPPLIES | | | | 64 |
| 24.  ~~ADVERTISING~~ Postage | | | | 124 |
| 25.  ~~HOUSEHOLD EXPENSES~~ Misc | | | | |
| 26.  CHARITABLE CONTRIBUTIONS | | | | 35 |
| 27.  ~~GIFTS~~ Bank charges | | | | 2785 |
| 28.  OTHER (ATTACH LIST) Yoan application | | | | 22827 |
| 29.  TOTAL ORDINARY DISBURSEMENTS | | | | |
| **REORGANIZATION EXPENSES** | | | | |
| 30.  PROFESSIONAL FEES | | | | |
| 31.  U.S. TRUSTEE FEES | | | | |
| 32.  OTHER (ATTACH LIST) | | | | |
| 33.  TOTAL REORGANIZATION EXPENSES | | | | |
| 34.  TOTAL DISBURSEMENTS | | | | 721 |
| 35.  NET CASH FLOW | | | | 141973 |
| 36.  CASH - END OF MONTH | | | | |

① Include return of payment to contractor
who had not yet been approved by court

ASE NAME:

ASE NUMBER:

**CASH BASIS-2**

02/13/95

e debtor in possession must complete the reconciliation below for each bank account,
:luding all general, payroll and tax accounts, as well as all savings and investment
:counts, money market accounts, certificates of deposit, government obligations, etc.
:counts with restricted funds should be identified by placing an asterisk next to the
:count number. Attach additional sheets if necessary.

MONTH: _____

| ANK RECONCILIATIONS | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|
| BANK: | | | | TOTAL |
| ACCOUNT NUMBER: | | | | |
| PURPOSE (TYPE): | | | | |
| BALANCE PER BANK STATEMENT | | | | |
| ADD: TOTAL DEPOSITS NOT CREDITED | | | | |
| SUBTRACT: OUTSTANDING CHECKS | | | | |
| OTHER RECONCILING ITEMS | | | | |
| MONTH END BALANCE PER BOOKS | | | | |
| NUMBER OF LAST CHECK WRITTEN | | | | |

| NVESTMENT ACCOUNTS | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| ANK, ACCOUNT NAME & NUMI | | | | |
| | | | | |
| | | | | |
| | | | | |
| ). | | | | |
| 1. TOTAL INVESTMENTS | | | | |

| ASH | | |
|---|---|---|
| 2. CURRENCY ON HAND | | |
| 3. TOTAL CASH - END OF MONTH | | |

See reconciliation report included with each account

5:08 PM

06/25/14

# Richmond Christian Center
## Reconciliation Summary
### 10100 · Chp 11 - Operating Acct, Period Ending 05/31/2014

|  | May 31, 14 |
|---|---|
| **Beginning Balance** | 24,087.35 |
| **Cleared Transactions** | |
| Checks and Payments - 44 items | -55,923.16 |
| Deposits and Credits - 17 items | 69,667.19 |
| **Total Cleared Transactions** | 13,744.03 |
| **Cleared Balance** | 37,831.38 |
| **Uncleared Transactions** | |
| Checks and Payments - 4 items | -4,700.72 |
| Deposits and Credits - 3 items | 0.00 |
| **Total Uncleared Transactions** | -4,700.72 |
| **Register Balance as of 05/31/2014** | 33,130.66 |
| **New Transactions** | |
| Checks and Payments - 28 items | -46,712.46 |
| Deposits and Credits - 10 items | 31,267.17 |
| **Total New Transactions** | -15,445.29 |
| **Ending Balance** | 17,685.37 |

# Gold Business Services Package 


**WELLS FARGO**

Account number: ██████████ ■ May 1, 2014 - May 31, 2014 ■ Page 1 of 5



016922 1 AV 0.381  357145

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
DEBTOR IN POSSESSION
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (377)
       P.O. Box 6995
       Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Works Project is an online video series following five small business owners as they receive help and guidance from Wells Fargo for business goals that range from creating a marketing plan to positioning their business for sale. See how Wells Fargo works for these small businesses and can work for you at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $23,098.09 |
| Deposits/Credits | 69,667.19 |
| Withdrawals/Debits | - 54,933.90 |
| **Ending balance on 5/31** | **$37,831.38** |
| Average ledger balance this period | $31,151.99 |

Account number: ██████8198

**STEPHEN A PARSON SR**
**DBA FAITH ALIVE INTERNATIONAL MINISTRIES**
**DEBTOR IN POSSESSION**
**CH 11 CASE #13-36312 (EVA)**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | 517 | Check | | 461.53 | 22,636.56 |
| 5/2 | | Deposit Made In A Branch/Store | 815.00 | | 23,451.56 |
| 5/5 | | Deposit Made In A Branch/Store | 7,142.64 | | |
| 5/5 | | Deposit Made In A Branch/Store | 2,089.80 | | |
| 5/5 | | Online Transfer to Stephen A Parson Sr Ref #Ibe2Mfb994 Business Checking Via Mobile | | 1,504.10 | |
| 5/5 | 522 | Cashed Check | | 3,140.00 | |
| 5/5 | 518 | Check | | 113.15 | |
| 5/5 | 521 | Check | | 5.00 | 27,921.75 |
| 5/6 | 516 | Cashed Check | | 200.00 | |
| 5/6 | 520 | Check | | 2,029.64 | 25,692.11 |
| 5/7 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8446 Ref #Ibemzqrqb4 on 05/07/14 | | 954.13 | |
| 5/7 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8446 Ref #Ibetstrvvq on 05/07/14 | | 30.00 | 98.4.13 |
| 5/7 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8693 Ref #Ibeqwsc6Jh on 05/07/14 | | 989.22 | 23,718.76 |
| 5/8 | | Deposit Made In A Branch/Store | 539.78 | | |
| 5/8 | 524 | Check | | 615.23 | |
| 5/8 | 525 | Check | | 461.53 | 23,181.78 |
| 5/9 | 523 | Check | | 639.17 | 22,542.61 |
| 5/12 | | Deposit Made In A Branch/Store | 5,581.58 | | |
| 5/12 | | Online Transfer to Stephen A Parson Sr Ref #Ibetsvxdb9 Business Checking Via Mobile | | 1,504.09 | |
| 5/12 | 526 | Check | | 1,322.68 | 25,297.42 |
| 5/13 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8446 Ref #Ibecbms55P on 05/13/14 | | 984.13 | |
| 5/13 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8693 Ref #Ibe5Jjrg8N on 05/13/14 | | 989.24 | 23,324.05 |
| 5/14 | | Check Crd Purchase 05/13 Forevergreen Inter 801-655-5500 UT 474166xxxxxx9482 464133293756987 ?McC=5499 | | 65.90 | |
| 5/14 | 530 | Check | | 461.53 | |
| 5/14 | 528 | Check | | 10.68 | 22,785.94 |
| 5/15 | 527 | Check | | 1,874.16 | 20,911.78 |
| 5/19 | | Deposit Made In A Branch/Store | 45,282.40 | | |
| 5/19 | | Online Transfer to Stephen A Parson Sr Ref #Ibemztw8x4 Business Checking Via Mobile | | 3,008.19 | |
| 5/19 | 531 | Check | | 338.81 | 62,847.18 |
| 5/20 | | Proof-Adj Check Enclosed Not Listed | 100.00 | | |
| 5/20 | | Proof-Adj Check Listed Not Enclosed | | 30.00 | 62,917.18 |
| 5/21 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8446 Ref #Ibe2Mkj9Ld on 05/21/14 | | 984.12 | |
| 5/21 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8693 Ref #Ibetsyg33P on 05/21/14 | | 989.24 | |
| 5/21 | | Online Transfer to Stephen A Parson Sr Business Market Rate Savings xxxxxx6610 Ref #Ibeg7Rh535 on 05/21/14 | | 25,000.00 | |
| 5/21 | 533 | Cashed Check | | 33.69 | |
| 5/21 | 532 | Check | | 461.53 | 35,448.60 |
| 5/22 | | Deposit Made In A Branch/Store  350.00 + 3500 | 3,850.00 | | |
| 5/22 | 534 | Cashed Check | | 329.60 | 38,969.00 |
| 5/27 | | Deposit Made In A Branch/Store | 2,699.34 | | |
| 5/27 | | Deposit Made In A Branch/Store | 1,566.65 | | |
| 5/27 | | Withdrawal Made In A Branch/Store  on app | | 1,990.00 | 41,244.99 |
| 5/28 | | Check Crd Purchase 05/27 Sheetz 0000 Richmond VA 474166xxxxxx9482 384147704474406 ?McC=5542 | | 56.14 | |
| 5/28 | | Check Crd Purchase 05/27 Sheetz 0000 Richmond VA 474166xxxxxx9482 584147711159164 ?McC=5542 | | 29.48 | |
| 5/28 | | Check Crd Purchase 05/27 Fedexoffice 0000 Richmond VA 474166xxxxxx9482 584147758526160 ?McC=7338 | | 12.21 | |






Account number: ▨▨▨▨ 8198 ■ May 1, 2014 - May 31, 2014 ■ Page 7 of 25



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|--------------------|---------------------|
| 5/28 | | Check Crd Purchase 05/27 Fedexoffice 0000 Richmond VA 474166xxxxxx9482 464147773993622 ?McC=7338 | | 9.40 | |
| 5/28 | | Check Crd Purchase 05/27 Fedexoffice 0000 Richmond VA 474166xxxxxx9482 384147795098678 ?McC=7338 | | 8.83 | |
| 5/28 | | Check Crd Purchase 05/27 Panera Bread #763 Midlothian VA 474166xxxxxx9482 464147838882537 ?McC=5814 | | 15.76 | |
| 5/28 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8446 Ref #Ibetszxkks on 05/28/14 | | 984.12 | |
| 5/28 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8693 Ref #Ibexq3Jb9T on 05/28/14 | | 989.26 | |
| 5/28 | 535 | Cashed Check | | 12.63 | |
| 5/28 | 538 | Check | | 461.53 | 38,665.63 |
| 5/29 | | Withdrawal Made In A Branch/Store | | 795.00 | 37,870.63 |
| 5/30 | | Check Crd Purchase 05/29 Fedex 770107639992 Memphis TN 474166xxxxxx9482 584147803353822 ?McC=4215 | | 28.25 | |
| 5/30 | | Transactions Fee | | 11.00 | 37,831.38 |
| **Ending balance on 5/31** | | | | | 37,831.38 |
| **Totals** | | | **$69,667.19** | **$54,933.90** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 516 | 5/6 | 200.00 | 524 | 5/8 | 615.23 | 531 | 5/19 | 338.81 |
| 517 | 5/1 | 461.53 | 525 | 5/8 | 461.53 | 532 | 5/21 | 461.53 |
| 518 | 5/5 | 113.15 | 526 | 5/12 | 1,322.68 | 533 | 5/21 | 33.69 |
| 520 * | 5/6 | 2,029.64 | 527 | 5/15 | 1,874.16 | 534 | 5/22 | 329.60 |
| 521 | 5/5 | 5.00 | 528 | 5/14 | 10.68 | 535 | 5/28 | 12.63 |
| 522 | 5/5 | 3,140.00 | 530 * | 5/14 | 461.53 | 538 * | 5/28 | 461.53 |
| 523 | 5/9 | 639.17 | | | | | | |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/01/2014 - 05/31/2014 | Standard monthly service fee $14.00 | You paid $0.00 | |
|-----------------------------------|-------------------------------------|----------------|---|
| **How to avoid the monthly service fee** *(complete 1 AND 2)* | Minimum required | This fee period | |
| 1) Have any **ONE** of the following account requirements | | | |
| · Average ledger balance | $7,500.00 | $31,152.00 | ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| · Total number of Wells Fargo debit card purchases and/or payments | 10 | 8 | ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 | ☐ |
| · Linked Wells Fargo credit card qualified purchase transaction | 5 | 0 | ☐ |
| · Linked Wells Fargo credit card total qualified purchases | $500.00 | $0.00 | ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | | ☑ |
|    - Average ledger balances in business checking, savings, and time accounts | | | |

DCDN2TUTOX 015922 YNNNNNNNNNN NNN NNN 002 003 3717 08625 10888133.2

# Richmond Christian Center

6/25/2014 6:11 PM

Register: 10100 · Chp 11 - Operating Acct

From 05/01/2014 through 05/31/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 05/01/2014 | 518 | Southern Sanitary Co... | 70200 · Church Supplies | Church Supplies | 113.15 | X | | 18,654.40 |
| 05/01/2014 | 519 | City of Richmond De... | 20000 · Accounts Paya... | VOID: 214 Co... | | X | | 18,654.40 |
| 05/01/2014 | 520 | City of Richmond De... | -split- | 250580-00236... | 2,029.64 | X | | 16,624.76 |
| 05/01/2014 | 521 | Southern Sanitary Co... | Freight | Church Supplies | 5.00 | X | | 16,619.76 |
| 05/02/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 815.00 | 17,434.76 |
| 05/05/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 7,142.64 | 24,577.40 |
| 05/05/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 2,089.80 | 26,667.20 |
| 05/05/2014 | 522 | Parson, Stephen | Housing Allowance | Housing Allow... | 3,140.00 | | | 23,527.20 |
| 05/05/2014 | 523 | M&T Bank | Autombile-Pastor | Acct No. 110-0... | 639.17 | X | | 22,888.03 |
| 05/05/2014 | 524 | Suntrust | Autombile-Pastor | Car Payment #... | 615.23 | X | | 22,272.80 |
| 05/05/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.10 | X | | 20,768.70 |
| 05/07/2014 | 525 | Florence E. Taylor | 62100 · Contract Servi... | 5-7-14 | 461.53 | X | | 20,307.17 |
| 05/07/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.13 | X | | 19,323.04 |
| 05/07/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.22 | X | | 18,333.82 |
| 05/08/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 539.78 | 18,873.60 |
| 05/08/2014 | 526 | Dominion Virginia P... | 20000 · Accounts Paya... | | 1,322.68 | X | | 17,550.92 |
| 05/11/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,629.08 | 19,180.00 |
| 05/11/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 3,952.50 | 23,132.50 |
| 05/12/2014 | 527 | Brotherhood Murual | 20000 · Accounts Paya... | | 1,874.16 | X | | 21,258.34 |
| 05/12/2014 | 528 | Verizon | 20000 · Accounts Paya... | Church-Teleph... | 10.68 | X | | 21,247.66 |
| 05/12/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.09 | X | | 19,743.57 |
| 05/13/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.13 | X | | 18,759.44 |
| 05/13/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.24 | X | | 17,770.20 |
| 05/14/2014 | | forevergreen internati... | 72900 · Network Mktg.... | | 65.90 | X | | 17,704.30 |
| 05/14/2014 | 530 | Florence E. Taylor | 62100 · Contract Servi... | 5-14-14 | 461.53 | X | | 17,242.77 |
| 05/14/2014 | 531 | City of Richmond De... | 20000 · Accounts Paya... | 214 Cowardin ... | 338.81 | X | | 16,903.96 |
| 05/18/2014 | | | 42000 · Tithes/Offerings | VOID: Deposit | | X | 0.00 | 16,903.96 |
| 05/18/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 45,282.40 | 62,186.36 |
| 05/19/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 3,008.19 | X | | 59,178.17 |
| 05/20/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 100.00 | 59,278.17 |
| 05/20/2014 | | | 42000 · Tithes/Offerings | bank deposit ad... | 30.00 | X | | 59,248.17 |
| 05/21/2014 | 532 | Florence E. Taylor | 62100 · Contract Servi... | 5-20-14 | 461.53 | X | | 58,786.64 |
| 05/21/2014 | 533 | Florence E. Taylor | 70200 · Church Supplies | Reimbursement... | 33.69 | X | | 58,752.95 |
| 05/21/2014 | 534 | Gwen Parrish | 70200 · Church Supplies | HP-Printer | 329.60 | X | | 58,423.35 |
| 05/21/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.12 | X | | 57,439.23 |
| 05/21/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.24 | X | | 56,449.99 |
| 05/22/2014 | | | -split- | Deposit | | X | 350.00 | 56,799.99 |
| 05/22/2014 | | | 62100 · Contract Servi... | Deposit | | X | 3,500.00 | 60,299.99 |
| 05/25/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 2,699.34 | 62,999.33 |
| 05/25/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,566.65 | 64,565.98 |

## Richmond Christian Center

6/25/2014 6:11 PM

Register: 10100 · Chp 11 - Operating Acct

From 05/01/2014 through 05/31/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 05/27/2014 | | | 72600 · Miscellaneous ... | withdrawal to g... | 1,990.00 | X | | 62,575.98 |
| 05/28/2014 | | Panera Bread | 72500 · Meals | | 15.76 | X | | 62,560.22 |
| 05/28/2014 | | fedex | 65020 · Postage, Maili... | | 8.83 | X | | 62,551.39 |
| 05/28/2014 | | fedex | 65020 · Postage, Maili... | | 9.40 | X | | 62,541.99 |
| 05/28/2014 | | fedex | 65020 · Postage, Maili... | | 12.21 | X | | 62,529.78 |
| 05/28/2014 | | Sheetz | 69000 · Auto Expense:... | gas for pastor a... | 29.48 | X | | 62,500.30 |
| 05/28/2014 | | Sheetz | 69000 · Auto Expense:... | gas for pastor a... | 56.14 | X | | 62,444.16 |
| 05/28/2014 | 535 | Florence E. Taylor | 70200 · Church Supplies | Reimbursement... | 12.63 | X | | 62,431.53 |
| 05/28/2014 | 536 | Florence E. Taylor | 62100 · Contract Servi... | VOID: 5-27-14 | | X | | 62,431.53 |
| 05/28/2014 | 537 | Banner Express | 20000 · Accounts Paya... | Sign for Church | 42.45 | | | 62,389.08 |
| 05/28/2014 | 538 | Florence E. Taylor | 62100 · Contract Servi... | VOID: 5-27-14 | | X | | 62,389.08 |
| 05/28/2014 | 538 | Florence E. Taylor | 62100 · Contract Servi... | 5-27-14 | 461.53 | X | | 61,927.55 |
| 05/28/2014 | | | 10400 · Savings Accou... | Funds Transfer | 25,000.00 | X | | 36,927.55 |
| 05/28/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.12 | X | | 35,943.43 |
| 05/28/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.26 | X | | 34,954.17 |
| 05/29/2014 | | cash withdrawal | 72600 · Miscellaneous ... | loan applicatio... | 795.00 | X | | 34,159.17 |
| 05/30/2014 | | fedex | 65020 · Postage, Maili... | | 28.25 | X | | 34,130.92 |
| 05/31/2014 | | | 70000 · Bank Charges | Service Charge | 11.00 | X | | 34,119.92 |
| 05/31/2014 | 23 | | 66900 · Reconciliation ... | Balance Adjust... | 989.26 | X | | 33,130.66 |

10:09 AM
06/05/14

# Richmond Christian Center
## Reconciliation Summary
### 10300 · Chp 11 - Payroll Tax Acct, Period Ending 05/12/2014

|                                      | May 12, 14 |
|--------------------------------------|-----------:|
| **Beginning Balance**                |   9,957.69 |
| **Cleared Transactions**             |            |
| Checks and Payments - 3 Ite...       | -12,960.48 |
| Deposits and Credits - 5 Items       |   7,456.96 |
| **Total Cleared Transactions**       |  -5,503.52 |
| **Cleared Balance**                  |   4,454.17 |
| Register Balance as of 05/12/2014    |   4,454.17 |
| **New Transactions**                 |            |
| Deposits and Credits - 4 Items       |   3,957.00 |
| **Total New Transactions**           |   3,957.00 |
| **Ending Balance**                   |   8,411.17 |

FARGO

000597 1 AV 0.381 304697

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write:  Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The Wells Fargo Works Project is an online video series following five small business owners as they receive help and guidance from Wells Fargo for business goals that range from creating a marketing plan to positioning their business for sale. See how Wells Fargo works for these small businesses and can work for you at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/11 | $9,957.69 |
| Deposits/Credits | 7,456.96 |
| Withdrawals/Debits | - 12,960.48 |
| **Ending balance on 5/12** | **$4,454.17** |
| Average ledger balance this period | $4,747.51 |

Account number: ____8693

**STEPHEN A PARSON SR**
**DBA FAITH ALIVE INTERNATIONAL MINISTRIES**
**CH 11 CASE #13-36312 (EVA)**
*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:                  April 11, 2014 - May 12, 2014    Page 2 of 6

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/15 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibemzjwck3 on 04/15/14 | 3,500.00 ✓ | | 13,457.69 |
| 4/17 | | Online Transfer From Stephen A Parson Sr Ref #Ibetsngg2B Business Checking Via Mobile | 989.24 | | |
| 4/17 | | IRS Usataxpymt 041714 270450750880154 Richmond Christian Cen | | 11,040.02 | 3,406.91 |
| 4/21 | | VA Dept Taxation Tax Paymen 140418 xxxxx3269 Richmond Christian Cen | | 1,908.46 | 1,498.45 |
| 4/23 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibexprf73M on 04/23/14 | 989.26 ✓ | | 2,487.71 |
| 4/30 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibeqwq4H7Y on 04/30/14 | 989.24 ✓ | | 3,476.95 |
| 5/7 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibeqwsc6Jh on 05/07/14 | 989.22 ✓ | | 4,466.17 |
| 5/12 | | Monthly Service Fee | | 12.00 | 4,454.17 |
| **Ending balance on 5/12** | | | | | **4,454.17** |
| **Totals** | | | **$7,456.96** | **$12,960.48** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/11/2014 - 05/12/2014 | Standard monthly service fee $12.00 | You paid $12.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $1,498.45 ☐ |
| · Average ledger balance | $6,000.00 | $4,748.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

W8/W8

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Transactions | 2 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 **TIP**    Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.



003472

Richmond Christian Center

6/25/2014 6:12 PM

Register: 10300 · Chp 11 - Payroll Tax Acct

From 05/01/2014 through 05/31/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 05/07/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.22 | 4,466.17 |
| 05/12/2014 | | | 70000 · Bank Charges | Service Charge | 12.00 | X | | 4,454.17 |
| 05/13/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | * | 989.24 | 5,443.41 |
| 05/21/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | * | 989.24 | 6,432.65 |
| 05/28/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | * | 989.26 | 7,421.91 |

**10:33 AM**

**06/05/14**

### Richmond Christian Center
## Reconciliation Summary
#### 10200 · Chp 11- Payroll Acct, Period Ending 05/19/2014

|  | May 19, 14 |
|---|---|
| **Beginning Balance** | 378.89 |
| **Cleared Transactions** | |
| Checks and Payments - 19 ite... | -12,973.07 |
| Deposits and Credits - 9 items | 12,961.07 |
| **Total Cleared Transactions** | -12.00 |
| **Cleared Balance** | 366.89 |
| **Uncleared Transactions** | |
| Checks and Payments - 1 item | -202.87 |
| Deposits and Credits - 3 items | 1,244.22 |
| **Total Uncleared Transactions** | 1,041.35 |
| **Register Balance as of 05/19/2014** | 1,408.24 |
| **New Transactions** | |
| Checks and Payments - 10 ite... | -4,456.45 |
| Deposits and Credits - 4 items | 4,456.45 |
| **Total New Transactions** | 0.00 |
| **Ending Balance** | 1,408.24 |

# Business Checking

Account number: ████8446 ■ April 18, 2014 - May 19, 2014 ■ Page 1 of 4

**WELLS FARGO**

003498 1 AV 0.381 324025

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Works Project is an online video series following five small business owners as they receive help and guidance from Wells Fargo for business goals that range from creating a marketing plan to positioning their business for sale. See how Wells Fargo works for these small businesses and can work for you at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/18 | $378.89 |
| Deposits/Credits | 12,961.07 |
| Withdrawals/Debits | - 12,973.07 |
| **Ending balance on 5/19** | **$366.89** |
| Average ledger balance this period | $482.23 |

Account number: ████8446

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/21 | | Online Transfer From Stephen A Parson Sr Ref #Ibemzldjy2 Business Checking Via Mobile | 1,504.10 ✓ | | |
| 4/21 | 381 | Cashed Check | | 1,504.10 | |
| 4/21 | 380 | Check | | 202.87 | 176.02 |
| 4/23 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibe5Jcfsn3 on 04/23/14 | 984.11 | | 1,160.13 |
| 4/24 | 384 | Cashed Check | | 366.22 | 793.91 |
| 4/25 | 383 | Check | | 415.01 | 378.90 |
| 4/28 | | Online Transfer From Stephen A Parson Sr Ref #Ibemzmyz3S Business Checking Via Mobile | 1,504.09 ✓ | | 378.90 |
| 4/28 | 385 | Cashed Check | | 1,504.09 | 378.90 |
| 4/29 | 382 | Check | | 202.88 | 176.02 |
| 4/30 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibe8Fgl3Kh on 04/30/14 | 984.13 ✓ | | 1,160.15 |
| 5/1 | 388 | Cashed Check | | 366.24 | |
| 5/1 | 387 | Check | | 415.02 | 378.89 |
| 5/5 | | Online Transfer From Stephen A Parson Sr Ref #Ibe2Mfb994 Business Checking Via Mobile | 1,504.10 ✓ | | 378.89 |
| 5/5 | 389 | Cashed Check | | 1,504.10 | 378.89 |
| 5/6 | 386 | Check | | 202.87 | 176.02 |
| 5/7 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibemzqrqb4 on 05/07/14 | 954.13 | 984.13 ✓ | |
| 5/7 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibetstrvvq on 05/07/14 | 30.00 | | 1,160.15 |
| 5/8 | 392 | Cashed Check | | 366.23 | |
| 5/8 | 391 | Check | | 415.02 | 378.90 |
| 5/12 | | Online Transfer From Stephen A Parson Sr Ref #Ibetsvxdb9 Business Checking Via Mobile | 1,504.09 ✓ | | |
| 5/12 | 393 | Cashed Check | | 1,504.09 | |
| 5/12 | 390 | Check | | 202.88 | 176.02 |
| 5/13 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibecbms55P on 05/13/14 | 984.13 ✓ | | 1,160.15 |
| 5/15 | 396 | Cashed Check | | 366.24 | |
| 5/15 | 395 | Check | | 415.02 | 378.89 |
| 5/19 | | Online Transfer From Stephen A Parson Sr Ref #Ibemztw8x4 Business Checking Via Mobile | 3,008.19 ✓ | | |
| 5/19 | 397 | Cashed Check | | 1,504.09 | |
| 5/19 | 400 | Cashed Check  *shows as 398 on computer* | | 1,504.10 | |
| 5/19 | | Monthly Service Fee | | 12.00 | 366.89 |
| **Ending balance on 5/19** | | | | | **366.89** |
| **Totals** | | | **$12,961.07** | **$12,973.07** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 380 ✓ | 4/21 | 202.87 | 386 ✓ | 5/6 | 202.87 | 392 ✓ | 5/8 | 366.23 |
| 381 ✓ | 4/21 | 1,504.10 | 387 ✓ | 5/1 | 415.02 | 393 ✓ | 5/12 | 1,504.09 |
| 382 ✓ | 4/29 | 202.88 | 388 ✓ | 5/1 | 366.24 | 395 * ✓ | 5/15 | 415.02 |
| 383 ✓ | 4/25 | 415.01 | 389 ✓ | 5/5 | 1,504.10 | 396 ✓ | 5/15 | 366.24 |
| 384 ✓ | 4/24 | 366.22 | 390 ✓ | 5/12 | 202.88 | 397 ✓ | 5/19 | 1,504.09 |
| 385 ✓ | 4/28 | 1,504.09 | 391 ✓ | 5/8 | 415.02 | 400 * ✓ | 5/19 | 1,504.10 |

*\* Gap in check sequence.*

*shows as 398 on Computer*

021162



### Richmond Christian Center

6/25/2014 6:13 PM

Register: 10200 · Chp 11- Payroll Acct
From 05/01/2014 through 05/31/2014
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 05/05/2014 | 389 | Parson, Stephen | -split- | | 1,504.10 | X | | -83.86 |
| 05/05/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,504.10 | 1,420.24 |
| 05/07/2014 | 390 | Hickman., Rhonda | -split- | | 202.88 | X | | 1,217.36 |
| 05/07/2014 | 391 | Jones, Alice | -split- | | 415.02 | X | | 802.34 |
| 05/07/2014 | 392 | Parrish., Gwen | -split- | | 366.23 | X | | 436.11 |
| 05/07/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 984.13 | 1,420.24 |
| 05/12/2014 | 393 | Parson, Stephen | -split- | | 1,504.09 | X | | -83.85 |
| 05/12/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,504.09 | 1,420.24 |
| 05/13/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 984.13 | 2,404.37 |
| 05/14/2014 | 394 | Hickman., Rhonda | -split- | | 202.87 | * | | 2,201.50 |
| 05/14/2014 | 395 | Jones, Alice | -split- | | 415.02 | X | | 1,786.48 |
| 05/14/2014 | 396 | Parrish., Gwen | -split- | | 366.24 | X | | 1,420.24 |
| 05/19/2014 | | | 70000 · Bank Charges | Service Charge | 12.00 | X | | 1,408.24 |
| 05/19/2014 | 397 | Parson, Stephen | -split- | | 1,504.09 | X | | -95.85 |
| 05/19/2014 | 398 | Parson, Stephen | -split- | | 1,504.10 | X | | -1,599.95 |
| 05/19/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 3,008.19 | 1,408.24 |
| 05/21/2014 | 402 | Hickman., Rhonda | -split- | | 202.88 | * | | 1,205.36 |
| 05/21/2014 | 403 | Jones, Alice | -split- | | 415.02 | * | | 790.34 |
| 05/21/2014 | 404 | Parrish., Gwen | -split- | | 366.22 | * | | 424.12 |
| 05/21/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | * | 984.12 | 1,408.24 |
| 05/28/2014 | 401 | Hickman., Rhonda | -split- | | 202.87 | * | | 1,205.37 |
| 05/28/2014 | 405 | Jones, Alice | -split- | | 415.02 | * | | 790.35 |
| 05/28/2014 | 406 | Parrish., Gwen | -split- | | 366.23 | * | | 424.12 |
| 05/28/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | * | 984.12 | 1,408.24 |

# Richmond Christian Center
## Reconciliation Summary
### 10400 · Savings Account - Wells Fargo, Period Ending 05/31/2014

|  | May 31, 14 |
|---|---|
| Beginning Balance | 75,010.06 |
|    Cleared Transactions |  |
|       Deposits and Credits - 2 items | 25,003.57 |
|    Total Cleared Transactions | 25,003.57 |
|  |  |
| Cleared Balance | 100,013.63 |
| Register Balance as of 05/31/2014 | 100,013.63 |
|    New Transactions |  |
|       Deposits and Credits - 1 item | 20,000.00 |
|    Total New Transactions | 20,000.00 |
|  |  |
| Ending Balance | 120,013.63 |

# Business Market Rate Savings

Account number: ■■■■6610 ▪ May 1, 2014 - May 31, 2014 ▪ Page 1 of 3



004645 1 AV 0.381 370654

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Works Project is an online video series following five small business owners as they receive help and guidance from Wells Fargo for business goals that range from creating a marketing plan to positioning their business for sale. See how Wells Fargo works for these small businesses and can work for you at wellsfargoworks.com.

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $75,010.06 |
| Deposits/Credits | 25,003.57 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 5/31** | **$100,013.63** |
| | |
| Average ledger balance this period | $83,881.02 |

Account number: ■■■■6610

**STEPHEN A PARSON SR**
**DBA FAITH ALIVE INTERNATIONAL MINISTRIES**
**CH 11 CASE #13-36312 (EVA)**
*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $3.57 |
| Average collected balance | $83,881.02 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $3.57 |
| Interest paid this year | $13.50 |

DCRN21UTFJ 004645 YNNNNNNNNN NNN NNN 001 002 377 020647      108887768.2

Account number: ▆▆▆▆6610 ■ May 1, 2014 - May 31, 2014 ■ Page 2 of 3

WELLS
FARGO

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 5/21 | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibeg7Rh535 on 05/21/14 | 25,000.00 | | 100,010.06 |
| 5/30 | Interest Payment | 3.57 | | 100,013.63 |
| **Ending balance on 5/31** | | | | **100,013.63** |
| **Totals** | | **$25,003.57** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/01/2014 - 05/31/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Average collected balance | $500.00 | $83,881.00 ☑ |
| • Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $0.00 ☐ |
| YC/YC | | |

 **TIP**  Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

020648



### Richmond Christian Center

6/25/2014 6:14 PM

Register: 10400 · Savings Account - Wells Fargo

From 05/01/2014 through 05/31/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 05/28/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 25,000.00 | 100,010.06 |
| 05/31/2014 | | | 95000 · Interest Income | Interest | | X | 3.57 | 100,013.63 |

**CASH BASIS-3**

02/13/95

CASE NAME:

CASE NUMBER:

ASSETS OF THE ESTATE

5/31/14

I identical
listing as
Prior month

| | SCHEDULE AMOUNT * | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| **SCHEDULE "A" REAL PROPERTY** | | | | '4 million ← |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | | | | |
| **SCHEDULE "B" PERSONAL PROPERTY** | | | | |
| 1. CASH ON HAND | | | | 141,973 |
| 2. CHECKING, SAVINGS, ETC. | | | | |
| 3. SECURITY DEPOSITS | | | | |
| 4. HOUSEHOLD GOODS | | | | |
| 5. BOOKS, PICTURES, ART | | | | |
| 6. WEARING APPAREL | | | | |
| 7. FURS AND JEWELRY | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. INSURANCE POLICIES | | | | |
| 10. ANNUITIES | | | | |
| 11. RETIREMENT & PROFIT SHARING | | | | |
| 12. STOCKS | | | | |
| 13. PARTNERSHIPS & JOINT VENTURES | | | | |
| 14. GOVERNMENT & CORPORATE BONDS | | | | |
| 15. ACCOUNTS RECEIVABLE | | | | |
| 16. ALIMONY | | | | |
| 17. OTHER LIQUIDATED DEBTS | | | | |
| 18. EQUITABLE INTERESTS | | | | |
| 19. CONTINGENT INTERESTS | | | | |
| 20. OTHER CLAIMS | | | | |
| 21. PATENTS & COPYRIGHTS | | | | |
| 22. LICENSES & FRANCHISES | | | | |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | | | | 29000 |
| 24. BOATS & MOTORS | | | | |
| 25. AIRCRAFT | | | | |
| 26. OFFICE EQUIPMENT | | | | |
| 27. MACHINERY, FIXTURES & EQUIPMENT | | | | 5,000 |
| 28. INVENTORY | | | | |
| 29. ANIMALS | | | | |
| 30. CROPS | | | | |
| 31. FARMING EQUIPMENT | | | | |
| 32. FARM SUPPLIES | | | | |
| 33. OTHER (ATTACH LIST) | | | | |
| 34. TOTAL PERSONAL PROPERTY ASSETS | | | | |
| 35. TOTAL ASSETS | | | | |

* DATE AMENDED _____

CASE NAME: RCC

CASE NUMBER: 13-36312-KLP

**CASH BASIS-4**

02/13/95

MONTH: May 2014

## LIABILITIES OF THE ESTATE

| | PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|---|
| 1. | SECURED | $1.9 Mil | Ø |
| 2. | PRIORITY | | |
| 3. | UNSECURED | 201069 | Ø |
| 4. | OTHER (ATTACH LIST) | | |
| 5. | TOTAL PREPETITION LIABILITIES | | |

| | POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST-DUE | |
|---|---|---|---|---|---|---|
| 1. | FEDERAL INCOME TAXES | April/May'14 | | 6/30 | 1476 | ② |
| 2. | FICA / MEDICARE | '' | 4130 | 6/30 | 2160 | ③ |
| 3. | STATE TAXES | '' | 1199 | 6/30 | 619 | ④ |
| 4. | REAL ESTATE TAXES | 2013 2014 | 127,715 | 6/2014 | 24764 | ① |
| 5. | OTHER TAXES (ATTACH LIST) | | | | | |
| 6. | TOTAL TAXES | | | | | |

OTHER POSTPETITION LIABILITIES, INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS)

| | | | | | |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | (IF ADDITIONAL, ATTACH LIST) | | | | |
| 30. | TOTAL OF LINES 7 - 29 | | | | |
| 31. | TOTAL POSTPETITION LIABILITIES | | | | |

① Trustee is still researching these to determine if church really owes since churches are tax exempt. These were only recently added to the books.

② I'm getting with bookkeeper to make sure these get paid this month.

CASE NAME: RCC

CASE NUMBER: 13-36312-KLP

**CASH BASIS-5**
02/13/95

MONTH: May 2014

## PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID
TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE)
AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF
COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE,
TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|
| 1. Steve Parson | salary/housing | 11292 | 77218 |
| 2. | | | |
| 3. Rhonda Hickman | wages | 1000 | 7000 |
| 4. Steve Parson | Ca-Payment | 615 | 3611 |
| 5. Mark Parson | Car-Payment | 639 | 3195 |
| 6. TOTAL PAYMENTS TO INSIDERS | | | |

### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZ PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID * |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. ECR | Ø | Ø | Ø |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**CASH BASIS-6**

02/13/95

CASE NAME:
CASE NUMBER:

MONTH: MAy 2014

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | X | |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | X | |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Gab | Brotherhood Mutual | Current | Monthly |
| Prop | " | | |
| | | | |
| | | | |
| | | | |

1874