CASE NAME: _Richmond Christian Ch_    **CASH BASIS**
CASE NUMBER: _13-36312-KLP_    02/13/95
JUDGE:

## UNITED STATES BANKRUPTCY COURT

_Eastern_ DISTRICT OF _VA_

_Richmond_ DIVISION

### MONTHLY OPERATING REPORT

MONTH ENDING: _June_ , _2014_

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_Stephen & Parson_     _Pastor_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY    TITLE
_STEPHEN PARSON SR_     _8/4/14_
PRINTED NAME OF RESPONSIBLE PARTY    DATE

PREPARER:

_Calvin W. Yarbrough_     _Trustee_
ORIGINAL SIGNATURE OF PREPARER    TITLE
_Calvin W. Yarbrough_     _7/31/14_
PRINTED NAME OF PREPARER    DATE

**CASH BASIS-1**

02/13/95

CASE NAME:

CASE NUMBER: 13-36312-KLP

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | QUARTER TOTAL June |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | | | 141973 |
| **RECEIPTS** | | | | |
| 2. CASH SALES | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4. LOANS & ADVANCES | | | | |
| 5. SALE OF ASSETS | | | | |
| 6. LEASE & RENTAL INCOME | | | | 5 |
| 7. ~~WAGES~~ Int income | | | | 36890 |
| 8. OTHER (ATTACH LIST) tithes/offerings | | | | 36895 |
| 9. TOTAL RECEIPTS | | | | |
| **DISBURSEMENTS** | | | | 11457 |
| 10. NET PAYROLL | | | | 4682 |
| 11. PAYROLL TAXES PAID | | | | |
| 12. SALES, USE & OTHER TAXES PAID | | | | 3140 |
| 13. ~~INVENTORY PURCHASES~~ Housing Allowance | | | | |
| 14. MORTGAGE PAYMENTS | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | |
| 16. RENTAL & LEASE PAYMENTS | | | | 7045 |
| 17. UTILITIES | | | | 1693 |
| 18. INSURANCE | | | | 1295 |
| 19. VEHICLE EXPENSES | | | | |
| 20. TRAVEL | | | | 5270 |
| 21. ~~ENTERTAINMENT~~ Contract Services | | | | 417 |
| 22. REPAIRS & MAINTENANCE | | | | 26 |
| 23. SUPPLIES | | | | |
| 24. ADVERTISING | | | | 465 |
| 25. ~~HOUSEHOLD EXPENSES~~ Misc | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | 148 |
| 27. ~~GIFTS~~ Bank charges | | | | |
| 28. OTHER (ATTACH LIST) | | | | 35608 |
| 29. TOTAL ORDINARY DISBURSEMENTS | | | | |
| **REORGANIZATION EXPENSES** | | | | |
| 30. PROFESSIONAL FEES | | | | 325 |
| 31. U.S. TRUSTEE FEES | | | | |
| 32. OTHER (ATTACH LIST) | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | | | | |
| 34. TOTAL DISBURSEMENTS | | | | ⟨3560⟩ |
| 35. NET CASH FLOW | | | | 139375 |
| 36. CASH - END OF MONTH | | | | |

ASE NAME:

ASE NUMBER:

**CASH BASIS-2**

02/13/95

e debtor in possession must complete the reconciliation below for each bank account, cluding all general, payroll and tax accounts, as well as all savings and investment counts, money market accounts, certificates of deposit, government obligations, etc. counts with restricted funds should be identified by placing an asterisk next to the count number. Attach additional sheets if necessary.

MONTH: _____

**ANK RECONCILIATIONS**

| | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|
| BANK: | | | | TOTAL |
| ACCOUNT NUMBER: | | | | |
| PURPOSE (TYPE): | | | | |
| BALANCE PER BANK STATEMENT | | | | |
| ADD: TOTAL DEPOSITS NOT CREDITED | | | | |
| SUBTRACT: OUTSTANDING CHECKS | | | | |
| OTHER RECONCILING ITEMS | | | | |
| MONTH END BALANCE PER BOOKS | | | | |
| NUMBER OF LAST CHECK WRITTEN | | | | |

**VESTMENT ACCOUNTS**

| ANK, ACCOUNT NAME & NUMI | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| ). | | | | |
| 1. TOTAL INVESTMENTS | | | | |

**ASH**

| | |
|---|---|
| 2. CURRENCY ON HAND | |
| 3. TOTAL CASH - END OF MONTH | |

*See reconciliation reports included with each acct* [handwritten]

12:19 PM

07/22/14

# Richmond Christian Center
## Reconciliation Summary
### 10100 · Chp 11 - Operating Acct, Period Ending 06/30/2014

|                                        | Jun 30, 14  |
|----------------------------------------|------------:|
| **Beginning Balance**                  | 37,831.38   |
| **Cleared Transactions**               |             |
| Checks and Payments - 38 ite...        | -52,452.87  |
| Deposits and Credits - 19 items        | 37,794.81   |
| **Total Cleared Transactions**         | -14,658.06  |
| **Cleared Balance**                    | 23,173.32   |
| **Uncleared Transactions**             |             |
| Checks and Payments - 10 ite...        | -8,367.21   |
| Deposits and Credits - 2 items         | 0.00        |
| **Total Uncleared Transactions**       | -8,367.21   |
| **Register Balance as of 06/30/2014**  | 14,806.11   |
| **New Transactions**                   |             |
| Checks and Payments - 25 ite...        | -22,538.23  |
| Deposits and Credits - 10 items        | 26,095.49   |
| **Total New Transactions**             | 3,557.26    |
| **Ending Balance**                     | 18,363.37   |

# Gold Business Services Package



Account number: ████████8198 ■ June 1, 2014 - June 30, 2014 ■ Page 1 of 5

---



022821 2 AV 0.381 516293

|լ||ի||հ|||||իս||իս||իս||իս||իս||իս|||ի||իս||ի|
STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
DEBTOR IN POSSESSION
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

### Questions?

*Available by phone 24 hours a day, 7 days a week:*

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**
The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

---

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $37,831.38 |
| Deposits/Credits | 37,794.81 |
| Withdrawals/Debits | - 52,452.87 |
| **Ending balance on 6/30** | **$23,173.32** |
| Average ledger balance this period | $26,538.65 |

Account number: ████████8198

**STEPHEN A PARSON SR**
**DBA FAITH ALIVE INTERNATIONAL MINISTRIES**
**DEBTOR IN POSSESSION**
**CH 11 CASE #13-36312 (EVA)**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

---

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/2 | | Deposit Made In A Branch/Store | 7,599.73 | | |
| 6/2 | | Deposit Made In A Branch/Store | 2,121.93 | | |
| 6/2 | | Online Transfer to Stephen A Parson Sr Ref #Ibemzyjtsz Business Checking Via Mobile | | 1,504.08 | |
| 6/2 | 539 | Cashed Check | | 100.00 | |
| 6/2 | 540 | Cashed Check | | 3,140.00 | 42,808.96 |
| 6/3 | | Withdrawal Made In A Branch/Store   *James Johnson To help Member* | | 10.00 | |
| 6/3 | | Withdrawal Made In A Branch/Store | | 950.00 | 41,848.96 |
| 6/4 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8446 Ref #Ibexq5Qnlw on 06/04/14 | | 984.13 | |
| 6/4 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8693 Ref #Ibek4Xqpjb on 06/04/14 | | 989.26 | |
| 6/4 | 542 | Check | | 461.53 | 39,414.04 |
| 6/5 | | Deposit Made In A Branch/Store | 1,260.00 | | |
| 6/5 | 541 | Check | | 1,427.13 | 39,246.91 |
| 6/9 | | Deposit Made In A Branch/Store | 7,240.78 | | |
| 6/9 | | Deposit Made In A Branch/Store | 1,943.12 | | |
| 6/9 | | Online Transfer to Stephen A Parson Sr Ref #Iben22Dszf Business Checking Via Mobile | | 1,504.10 | 46,926.71 |
| 6/10 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8446 Ref #Ibexq7928C on 06/10/14 | | 984.12 | |
| 6/10 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8693 Ref #Ibeg7Xq3PC on 06/10/14 | | 989.22 | |
| 6/10 | | Online Transfer to Stephen A Parson Sr Business Market Rate Savings xxxxxx6610 Ref #Ibexq793Bh on 06/10/14 | | 20,000.00 | |
| 6/10 | 545 | Check | | 1,497.52 | |
| 6/10 | 547 | Check | | 115.00 | 23,340.85 |
| 6/11 | | Check Crd Purchase 06/10 Forevergreen Inter 801-655-5500 UT 474166xxxxxx9482 584161280061131 ?McC=5499 | | 65.90 | |
| 6/11 | 544 | Check | | 639.17 | |
| 6/11 | 543 | Check | | 615.23 | 22,020.55 |
| 6/12 | | Deposit Made In A Branch/Store | 211.00 | | |
| 6/12 | 546 | Check | | 1,692.66 | |
| 6/12 | 549 | Check | | 461.53 | 20,077.36 |
| 6/13 | 548 | Check | | 290.46 | 19,786.90 |
| 6/16 | | Deposit Made In A Branch/Store | 5,184.04 | | |
| 6/16 | | Deposit Made In A Branch/Store | 354.75 | | |
| 6/16 | | Online Transfer to Stephen A Parson Sr Ref #Ibe5Jtzbx5 Business Checking Via Mobile | | 1,504.09 | 23,821.60 |
| 6/17 | | Deposit Made In A Branch/Store   *Please add.* | 795.00 | | 24,616.60 |
| 6/18 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8446 Ref #Ibeqx6H3Fy on 06/18/14 | | 984.13 | |
| 6/18 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8693 Ref #Ibeqx6H3T9 on 06/18/14 | | 989.24 | |
| 6/18 | 552 | Check | | 3,424.25 | |
| 6/18 | 551 | Check | | 676.05 | |
| 6/18 | 554 | Check | | 461.53 | |
| 6/18 | 555 | Check | | 26.31 | 18,055.09 |
| 6/23 | | Deposit Made In A Branch/Store | 3,650.62 | | |
| 6/23 | | Deposit Made In A Branch/Store | 1,701.20 | | 23,406.91 |
| 6/24 | | Online Transfer to Stephen A Parson Sr Ref #Ibett995ZI Business Checking Via Mobile | | 1,504.09 | |
| 6/24 | 553 | Cashed Check | | 110.00 | |
| 6/24 | 557 | Check | | 169.30 | 21,623.52 |
| 6/25 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8446 Ref #Iben26K8TF on 06/25/14 | | 984.12 | |
| 6/25 | | Online Transfer to Stephen A Parson Sr Business Checking xxxxxx8693 Ref #Iben26K9GQ on 06/25/14 | | 989.26 | |
| 6/25 | 558 | Check | | 461.53 | 19,188.61 |
| 6/27 | | Deposit Made In A Branch/Store | 520.00 | | |

133976



Account number: ▮▮▮▮▮8198 ■ June 1, 2014 - June 30, 2014 ■ Page 3 of 5

**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-----|-------------|------|------|------|
| 6/27 | | Deposit Made In A Branch/Store | 245.00 | | |
| 6/27 | | Deposit Made In A Branch/Store | 110.00 | 355.00 | 20,063.61 |
| 6/30 | | Deposit Made In A Branch/Store | 3,373.44 | | |
| 6/30 | | Deposit Made In A Branch/Store | 1,484.20 | | |
| 6/30 | | Online Transfer to Stephen A Parson Sr Ref #Ibettbrzql Business Checking Via Mobile | | 1,504.10 | |
| 6/30 | 556 | Check | | 144.38 | |
| 6/30 | 537 | Check | | 42.45 | |
| 6/30 | | Transactions Fee | | 57.00 | 23,173.32 |
| **Ending balance on 6/30** | | | | | **23,173.32** |
| **Totals** | | | **$37,794.81** | **$52,452.87** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 537 | 6/30 | 42.45 | 545 | 6/10 | 1,497.52 | 553 | 6/24 | 110.00 |
| 539 * | 6/2 | 100.00 | 546 | 6/12 | 1,692.66 | 554 | 6/18 | 461.53 |
| 540 | 6/2 | 3,140.00 | 547 | 6/10 | 115.00 | 555 | 6/18 | 26.31 |
| 541 | 6/5 | 1,427.13 | 548 | 6/13 | 290.46 | 556 | 6/30 | 144.38 |
| 542 | 6/4 | 461.53 | 549 | 6/12 | 461.53 | 557 | 6/24 | 169.30 |
| 543 | 6/11 | 615.23 | 551 * | 6/18 | 676.05 | 558 | 6/25 | 461.53 |
| 544 | 6/11 | 639.17 | 552 | 6/18 | 3,424.25 | | | |

*  Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/01/2014 - 06/30/2014 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee (complete 1 AND 2)** | Minimum required | This fee period |
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $26,539.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Merchant Services account | 1 | 0 ☐ |
| · Total number of Wells Fargo debit card purchases and/or payments | 10 | 1 ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Linked Wells Fargo credit card qualified purchase transaction | 5 | 0 ☐ |
| · Linked Wells Fargo credit card total qualified purchases | $500.00 | $0.00 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
|    - Average ledger balances in business checking, savings, and time accounts | | |
|    - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |
|    - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Event loan | | |

DCDN21UTPE 022821 NYNNNNNNNN NNN NNN 002 003  377 133977        109153492

12:21 PM

07/22/14

# Richmond Christian Center
## Reconciliation Summary
### 10200 · Chp 11- Payroll Acct, Period Ending 06/18/2014

|  | Jun 18, 14 |
|---|---|
| **Beginning Balance** | 366.89 |
|    **Cleared Transactions** | |
|       Checks and Payments - 17 ite... | -8,663.63 |
|       Deposits and Credits - 8 items | 9,432.89 |
|    **Total Cleared Transactions** | 769.26 |
| **Cleared Balance** | **1,136.15** |
|    **Uncleared Transactions** | |
|       Checks and Payments - 3 items | -984.13 |
|       Deposits and Credits - 3 items | 1,244.22 |
|    **Total Uncleared Transactions** | 260.09 |
| **Register Balance as of 06/18/2014** | **1,396.24** |
|    **New Transactions** | |
|       Checks and Payments - 20 ite... | -12,441.09 |
|       Deposits and Credits - 10 items | 12,441.09 |
|    **Total New Transactions** | 0.00 |
| **Ending Balance** | **1,396.24** |

# Business Checking

Account number: ●●●●●●8446 ■ May 20, 2014 - June 18, 2014 ■ Page 1 of 4

WELLS FARGO

003507 1 AV 0.381 474967

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**
The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/20 | $366.89 |
| Deposits/Credits | 9,432.89 |
| Withdrawals/Debits | - 8,663.63 |
| **Ending balance on 6/18** | **$1,136.15** |
| Average ledger balance this period | $543.43 |

Account number: **1216458446**

**STEPHEN A PARSON SR**
**DBA FAITH ALIVE INTERNATIONAL MINISTRIES**
**CH 11 CASE #13-36312 (EVA)**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: xxxxxx8198 ▪ May 20, 2014 - June 18, 2014 ▪ Page 5 of 14

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 5/21 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibe2Mkj9Ld on 05/21/14 | 984.12 ✓ | | 1,351.01 |
| 5/22 | 404 | Cashed Check | | 366.22 | |
| 5/22 | 403 | Check | | 415.02 | |
| 5/28 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibetszxkks on 05/28/14 | 984.12 ✓ | | 569.77 |
| 5/28 | 402 | Check | | 202.88 | |
| 5/28 | 394 | Check | | 202.87 | |
| 5/29 | 406 | Cashed Check | | 202.87 | 1,148.14 |
| 5/29 | 405 | Check | | 366.23 | |
| 6/2 | | Online Transfer From Stephen A Parson Sr Ref #Ibemzyjtsz Business Checking Via Mobile | 1,504.08 ✓ | 415.02 | 366.89 |
| 6/2 | 407 | Cashed Check | | 1,504.08 | |
| 6/2 | 401 | Check | | 202.87 | 164.02 |
| 6/4 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibexq5Qnlw on 06/04/14 | 984.13 ✓ | | 1,148.15 |
| 6/5 | 410 | Cashed Check | | 366.24 | |
| 6/5 | 409 | Check | | 415.01 | 366.90 |
| 6/9 | | Online Transfer From Stephen A Parson Sr Ref #Iben22Dszf Business Checking Via Mobile | 1,504.10 ✓ | | |
| 6/9 | 411 | Cashed Check | | 1,504.10 | 366.90 |
| 6/10 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibexq7928C on 06/10/14 | 984.12 ✓ | | 1,351.02 |
| 6/12 | 414 | Cashed Check | | 366.23 | |
| 6/12 | 413 | Check | | 415.02 | 569.77 |
| 6/13 | 408 | Check | | 202.88 | |
| 6/13 | 412 | Check | | 202.87 | 164.02 |
| 6/16 | | Online Transfer From Stephen A Parson Sr Ref #Ibe5Jtzbx5 Business Checking Via Mobile | 1,504.09 ✓ | | 164.02 |
| 6/16 | 415 | Cashed Check | | 1,504.09 | |
| 6/18 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibeqx6H3Fy on 06/18/14 | 984.13 ✓ | | |
| 6/18 | | Monthly Service Fee | | 12.00 | 1,136.15 |
| **Ending balance on 6/18** | | | | | 1,136.15 |
| **Totals** | | | **$9,432.89** | **$8,663.63** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 394 ✓ | 5/28 | 202.87 | 406 ✓ | 5/29 | 366.23 | 411 ✓ | 6/9 | 1,504.10 |
| 401 * ✓ | 6/2 | 202.87 | 407 ✓ | 6/2 | 1,504.08 | 412 ✓ | 6/13 | 202.87 |
| 402 ✓ | 5/28 | 202.88 | 408 ✓ | 6/13 | 202.88 | 413 ✓ | 6/12 | 415.02 |
| 403 ✓ | 5/22 | 415.02 | 409 ✓ | 6/5 | 415.01 | 414 ✓ | 6/12 | 366.23 |
| 404 ✓ | 5/22 | 366.22 | 410 ✓ | 6/5 | 366.24 | 415 ✓ | 6/16 | 1,504.09 |
| 405 ✓ | 5/29 | 415.02 | | | | | | |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

026594



12:31 PM

07/22/14

# Richmond Christian Center
## Reconciliation Summary
### 10400 · Savings Account - Wells Fargo, Period Ending 06/30/2014

|                                      | Jun 30, 14  |
| ------------------------------------ | ----------- |
| Beginning Balance                    | 100,013.63  |
| **Cleared Transactions**             |             |
| Deposits and Credits - 2 it...       | 20,004.68   |
| Total Cleared Transactions           | 20,004.68   |
| Cleared Balance                      | 120,018.31  |
| Register Balance as of 06/30/2014    | 120,018.31  |
| Ending Balance                       | 120,018.31  |

# Business Market Rate Savings

Account number: ███████6610 ■ June 1, 2014 - June 30, 2014 ■ Page 1 of 4


**WELLS FARGO**

020499 1 AV 0.381 619223

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**
The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $100,013.63 |
| Deposits/Credits | 20,004.68 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 6/30** | **$120,018.31** |
| Average ledger balance this period | $114,013.63 |

Account number: ████████6610

**STEPHEN A PARSON SR**
**DBA FAITH ALIVE INTERNATIONAL MINISTRIES**
**CH 11 CASE #13-36312 (EVA)**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $4.68 |
| Average collected balance | $114,013.63 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $4.68 |
| Interest paid this year | $18.18 |

DCRN21UTFN 020499 NNNNNNNN NNN 001 001 02 377 126915 1091908D.3

**WELLS FARGO**

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 6/10 | Online Transfer From Stephen A Parson Sr Business Checking xxxxx8198 Ref #Ibexq793Bh on 06/10/14 | 20,000.00 | | 120,013.63 |
| 6/30 | Interest Payment | 4.68 | | 120,018.31 |
| **Ending balance on 6/30** | | | | **120,018.31** |
| **Totals** | | **$20,004.68** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/01/2014 - 06/30/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Average collected balance | $500.00 | $114,014.00 ☑ |
| • Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $0.00 ☐ |
| YC/YC | | |

---



**TIP**  Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

---

 IMPORTANT ACCOUNT INFORMATION



**Excess Activity in a Savings Account**

Regulation D and the Bank limit certain types of withdrawals and transfers from each savings or money market account to a combined total of six (6) per monthly statement period (exceptions to the statement period may apply). The limited items include all transfers and payments through Online Banking (including Mobile and Text Banking) or the telephone (automated and banker-assisted); pre-authorized transfers and withdrawals (including recurring and one time); checks and debit or ATM card purchases; transfers for Overdraft Protection; transfers and payments to Wells Fargo credit cards, lines of credit, and loans; and all wires (whether in person, on the telephone or online).

Except for wire transfers, there are no limits on withdrawals or transfers made in person, at an ATM or Wells Fargo banking location or any types of deposits.

An excess activity fee of $15 is assessed for transactions exceeding the limit and accounts that exceed the limit on more than an occasional basis will be converted to a checking account (or closed). If the withdrawal and transfer limit is reached, we may decline transfers and withdrawals for the remainder of the monthly statement period (exceptions to the statement period may apply) to help you avoid a fee and account conversion or closure.

For additional information, see your Account Agreement, talk with a local banker, or call the number on the top of your statement.



12:27 PM

07/22/14

# Richmond Christian Center
## Reconciliation Summary
### 10300 · Chp 11 - Payroll Tax Acct, Period Ending 06/11/2014

|  | Jun 11, 14 |
|---|---|
| **Beginning Balance** | 4,454.17 |
| **Cleared Transactions** | |
| Checks and Payments - 4 ite... | -7,645.34 |
| Deposits and Credits - 5 items | 4,946.22 |
| **Total Cleared Transactions** | -2,699.12 |
| **Cleared Balance** | **1,755.05** |
| **Uncleared Transactions** | |
| Checks and Payments - 1 item | -580.00 |
| **Total Uncleared Transactions** | -580.00 |
| **Register Balance as of 06/11/2014** | **1,175.05** |
| **New Transactions** | |
| Checks and Payments - 2 ite... | -4,646.80 |
| Deposits and Credits - 6 items | 5,935.46 |
| **Total New Transactions** | 1,288.66 |
| **Ending Balance** | **2,463.71** |

# Business Checking

Account number: ■■■■8693 ■ May 13, 2014 - June 11, 2014 ■ Page 1 of 4

**WELLS FARGO**

000651 1 AV 0.381  450807

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)
214 COWARDIN AVE
RICHMOND VA 23224-2075

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**
The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/13 | $4,454.17 |
| Deposits/Credits | 4,946.22 |
| Withdrawals/Debits | - 7,645.34 |
| **Ending balance on 6/11** | **$1,755.05** |
| Average ledger balance this period | $2,694.86 |

Account number: ■■■■■■8693

STEPHEN A PARSON SR
DBA FAITH ALIVE INTERNATIONAL MINISTRIES
CH 11 CASE #13-36312 (EVA)

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 051400549

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDN21UTQ2 000651 NYNNNNNNN NNN NNY 001 02  377 004715  108998652

Account number: xxxxxx3693 ■ May 13, 2014 - June 11, 2014 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 5/13 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibe5Jjrg8N on 05/13/14 | 989.24 | | 5,443.41 |
| 5/14 | | IRS Usataxpymt 051414 270453480245956 Richmond Christian Cen | | 3,637.38 | 1,806.03 |
| 5/16 | | VA Dept Taxation Tax Paymen 140515 xxxxx3269 Richmond Christian Cen | | 619.00 | 1,187.03 |
| 5/21 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibetsyg33P on 05/21/14 | 989.24 | | 2,176.27 |
| 5/28 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibexq3Jb9T on 05/28/14 | 989.26 | | 3,165.53 |
| 6/4 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibek4Xqpjb on 06/04/14 | 989.26 | | 4,154.79 |
| 6/10 | | Online Transfer From Stephen A Parson Sr Business Checking xxxxxx8198 Ref #Ibeg7Xq3PC on 06/10/14 | 989.22 | | |
| 6/10 | | IRS Usataxpymt 061014 270456113744971 Richmond Christian Cen | | 3,376.96 | 1,767.05 |
| 6/11 | | Monthly Service Fee | | 12.00 | 1,755.05 |
| **Ending balance on 6/11** | | | | | 1,755.05 |
| **Totals** | | | **$4,946.22** | **$7,645.34** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/13/2014 - 06/11/2014 | Standard monthly service fee $12.00 | You paid $12.00 | |
|------------------------------------|-------------------------------------|-----------------|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $3,000.00 | $1,187.03 | ☐ |
| · Average ledger balance | $6,000.00 | $2,695.00 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| WA/WA | | | |

004716

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Transactions | 3 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



### Richmond Christian Center

7/31/2014 3:07 PM

Register: 10100 · Chp 11 - Operating Acct

From 06/01/2014 through 06/30/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 06/01/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 2,121.93 | 35,252.59 |
| 06/01/2014 | | | -split- | VOID: Deposit | | X | 0.00 | 35,252.59 |
| 06/01/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 7,599.73 | 42,852.32 |
| 06/01/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.08 | X | | 41,348.24 |
| 06/02/2014 | 539 | Parson, Stephen | 72400 · Love Offering | Love Offering ... | 100.00 | X | | 41,248.24 |
| 06/02/2014 | 540 | Parson, Stephen | Housing Allowance | housing Allow... | 3,140.00 | X | | 38,108.24 |
| 06/02/2014 | 541 | City of Richmond De... | 20000 · Accounts Paya... | 214 Cowardin ... | 1,427.13 | X | | 36,681.11 |
| 06/03/2014 | | James Johnson | 72400 · Love Offering | to help church ... | 950.00 | X | | 35,731.11 |
| 06/03/2014 | | | 70000 · Bank Charges | fees for getting ... | 10.00 | X | | 35,721.11 |
| 06/04/2014 | 542 | Florence E. Taylor | 62100 · Contract Servi... | 6-03-14 | 461.53 | X | | 35,259.58 |
| 06/04/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.13 | X | | 34,275.45 |
| 06/04/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.26 | X | | 33,286.19 |
| 06/05/2014 | | | -split- | Deposit | | X | 1,260.00 | 34,546.19 |
| 06/08/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,943.12 | 36,489.31 |
| 06/08/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 7,240.78 | 43,730.09 |
| 06/08/2014 | 543 | Suntrust | Autombile-Pastor | Car Payment #22 | 615.23 | X | | 43,114.86 |
| 06/08/2014 | 544 | M&T Bank | Autombile-Pastor | Acct No. 110-0... | 639.17 | X | | 42,475.69 |
| 06/08/2014 | 545 | Dominion Virginia P... | 20000 · Accounts Paya... | | 1,497.52 | X | | 40,978.17 |
| 06/08/2014 | 546 | Brotherhood Murual | 20000 · Accounts Paya... | Auto Insurance | 1,692.66 | X | | 39,285.51 |
| 06/08/2014 | 547 | Anytime Emergency ... | 73200 · Repairs | Repairs to Bath... | 115.00 | X | | 39,170.51 |
| 06/08/2014 | 548 | Verizon | 65050 · Telephone, Tel... | Verizon | 290.46 | X | | 38,880.05 |
| 06/08/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.10 | X | | 37,375.95 |
| 06/10/2014 | 549 | Florence E. Taylor | 62100 · Contract Servi... | 6-10-14 | 461.53 | X | | 36,914.42 |
| 06/10/2014 | | | 10400 · Savings Accou... | Funds Transfer | 20,000.00 | X | | 16,914.42 |
| 06/10/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.12 | X | | 15,930.30 |
| 06/10/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.22 | X | | 14,941.08 |
| 06/11/2014 | | forevergreen internati... | 72900 · Network Mktg... | | 65.90 | X | | 14,875.18 |
| 06/12/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 211.00 | 15,086.18 |
| 06/15/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 354.75 | 15,440.93 |
| 06/15/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 5,184.04 | 20,624.97 |
| 06/15/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.09 | X | | 19,120.88 |
| 06/16/2014 | 552 | Lazarus Group Cons... | 62100 · Contract Servi... | | 3,424.25 | X | | 15,696.63 |
| 06/17/2014 | | | 72600 · Miscellaneous ... | Refund overpa... | | X | 795.00 | 16,491.63 |
| 06/18/2014 | | | 72600 · Miscellaneous ... | VOID: Deposit | | | 0.00 | 16,491.63 |
| 06/18/2014 | 553 | Parson, Stephen | 42950 · Special Offerin... | Special-Love O... | 110.00 | X | | 16,381.63 |
| 06/18/2014 | 554 | Florence E. Taylor | 62100 · Contract Servi... | 6-17-14 | 461.53 | X | | 15,920.10 |
| 06/18/2014 | 555 | Florence E. Taylor | 70200 · Church Supplies | Reimbursement... | 26.31 | X | | 15,893.79 |
| 06/18/2014 | 556 | Martha Goins | 72500 · Meals | Reimbursement... | 144.38 | X | | 15,749.41 |
| 06/18/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.13 | X | | 14,765.28 |
| 06/18/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.24 | X | | 13,776.04 |

# Richmond Christian Center

7/31/2014 3:07 PM

Register: 10100 · Chp 11 - Operating Acct

From 06/01/2014 through 06/30/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 06/19/2014 | 557 | City of Richmond De... | 20000 · Accounts Paya... | 214 Cowardin ... | 169.30 | X | | 13,606.74 |
| 06/23/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,701.20 | 15,307.94 |
| 06/23/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 3,650.62 | 18,958.56 |
| 06/23/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.09 | X | | 17,454.47 |
| 06/25/2014 | 558 | Florence E. Taylor | 62100 · Contract Servi... | 6-24-14 | 461.53 | X | | 16,992.94 |
| 06/25/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 984.12 | X | | 16,008.82 |
| 06/25/2014 | | | 10300 · Chp 11 - Payro... | Funds Transfer | 989.26 | X | | 15,019.56 |
| 06/26/2014 | 559 | U.S. Trustee Paymen... | 20000 · Accounts Paya... | 05/07/14 | 325.00 | | | 14,694.56 |
| 06/27/2014 | | | -split- | Deposit | | X | 355.00 | 15,049.56 |
| 06/27/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 520.00 | 15,569.56 |
| 06/27/2014 | 561 | City of Richmond De... | 20000 · Accounts Paya... | 214 Cowardin ... | 1,347.54 | | | 14,222.02 |
| 06/27/2014 | 562 | City of Richmond De... | 20000 · Accounts Paya... | 214 Cowardin ... | 169.30 | | | 14,052.72 |
| 06/27/2014 | 563 | Virginia Department ... | 20000 · Accounts Paya... | License Plates f... | 40.75 | | | 14,011.97 |
| 06/27/2014 | 564 | Dominion Virginia P... | 20000 · Accounts Paya... | | 1,878.21 | | | 12,133.76 |
| 06/27/2014 | 565 | Verizon | 20000 · Accounts Paya... | Church-Teleph... | 265.19 | | | 11,868.57 |
| 06/29/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 1,484.20 | 13,352.77 |
| 06/29/2014 | | | 42000 · Tithes/Offerings | Deposit | | X | 3,373.44 | 16,726.21 |
| 06/30/2014 | | | 70000 · Bank Charges | | 57.00 | | | 16,669.21 |
| 06/30/2014 | | | 70000 · Bank Charges | Service Charge | 57.00 | X | | 16,612.21 |
| 06/30/2014 | 560 | Parson, Stephen | Housing Allowance | VOID: Housin... | | X | | 16,612.21 |
| 06/30/2014 | 566 | JDM Services | 73200 · Repairs | Invoice 14526 | 302.00 | | | 16,310.21 |
| 06/30/2014 | | | 10200 · Chp 11- Payrol... | Funds Transfer | 1,504.10 | X | | 14,806.11 |

## Richmond Christian Center

7/31/2014 3:07 PM

Register: 10200 · Chp 11- Payroll Acct
From 06/01/2014 through 06/30/2014

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 06/01/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,504.08 | 2,912.32 |
| 06/02/2014 | 407 | Parson, Stephen | -split- | | 1,504.08 | X | | 1,408.24 |
| 06/04/2014 | 408 | Hickman., Rhonda | -split- | | 202.88 | X | | 1,205.36 |
| 06/04/2014 | 409 | Jones, Alice | -split- | | 415.01 | X | | 790.35 |
| 06/04/2014 | 410 | Parrish., Gwen | -split- | | 366.24 | X | | 424.11 |
| 06/04/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 984.13 | 1,408.24 |
| 06/08/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,504.10 | 2,912.34 |
| 06/09/2014 | 411 | Parson, Stephen | -split- | | 1,504.10 | X | | 1,408.24 |
| 06/10/2014 | 412 | Hickman., Rhonda | -split- | | 202.87 | X | | 1,205.37 |
| 06/10/2014 | 413 | Jones, Alice | -split- | | 415.02 | X | | 790.35 |
| 06/10/2014 | 414 | Parrish., Gwen | -split- | | 366.23 | X | | 424.12 |
| 06/10/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 984.12 | 1,408.24 |
| 06/15/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 1,504.09 | 2,912.33 |
| 06/16/2014 | 415 | Parson, Stephen | -split- | | 1,504.09 | X | | 1,408.24 |
| 06/18/2014 | | | 70000 · Bank Charges | Service Charge | 12.00 | X | | 1,396.24 |
| 06/18/2014 | 416 | Hickman., Rhonda | -split- | | 202.88 | | | 1,193.36 |
| 06/18/2014 | 417 | Jones, Alice | -split- | | 415.02 | | | 778.34 |
| 06/18/2014 | 418 | Parrish, Gwen | -split- | | 366.23 | | | 412.11 |
| 06/18/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 984.13 | 1,396.24 |
| 06/23/2014 | 419 | Parson, Stephen | -split- | | 1,504.09 | | | -107.85 |
| 06/23/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | | 1,504.09 | 1,396.24 |
| 06/25/2014 | 420 | Hickman., Rhonda | -split- | | 202.87 | | | 1,193.37 |
| 06/25/2014 | 421 | Jones, Alice | -split- | | 415.02 | | | 778.35 |
| 06/25/2014 | 422 | Parrish., Gwen | -split- | | 366.23 | | | 412.12 |
| 06/25/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | | 984.12 | 1,396.24 |
| 06/30/2014 | 423 | Parson, Stephen | -split- | | 1,504.10 | | | -107.86 |
| 06/30/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | | 1,504.10 | 1,396.24 |

## Richmond Christian Center

7/31/2014 3:08 PM

Register: 10300 · Chp 11 - Payroll Tax Acct
From 06/01/2014 through 06/30/2014
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 06/04/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.26 | 4,154.79 |
| 06/10/2014 | 24 | | 24000 · Payroll Liabilit... | pay May 2014 ... | 3,376.96 | X | | 777.83 |
| 06/10/2014 | 24 | | 24000 · Payroll Liabilit... | pay May 2014 ... | 580.00 | X | | 197.83 |
| 06/10/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.22 | 1,187.05 |
| 06/11/2014 | | | 70000 · Bank Charges | Service Charge | 12.00 | X | | 1,175.05 |
| 06/18/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.24 | 2,164.29 |
| 06/25/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 989.26 | 3,153.55 |

## Richmond Christian Center

7/31/2014 3:10 PM

Register: 10400 · Savings Account - Wells Fargo
From 06/01/2014 through 06/30/2014
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 06/10/2014 | | | 10100 · Chp 11 - Oper... | Funds Transfer | | X | 20,000.00 | 120,013.63 |
| 06/30/2014 | | | 95000 · Interest Income | Interest | | X | 4.68 | 120,018.31 |

CASH BASIS-3

02/13/95

CASE NAME:

CASE NUMBER:

| ASSETS OF THE ESTATE | | | | | |
|---|---|---|---|---|---|
| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT * | MONTH | MONTH | MONTH 8.4 million | |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. OTHER (ATTACH LIST) | | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | | | | | |
| SCHEDULE "B" PERSONAL PROPERTY | | | | | |
| 1. CASH ON HAND | | | | 138,300 | |
| 2. CHECKING, SAVINGS, ETC. | | | | | |
| 3. SECURITY DEPOSITS | | | | | |
| 4. HOUSEHOLD GOODS | | | | | |
| 5. BOOKS, PICTURES, ART | | | | | |
| 6. WEARING APPAREL | | | | | |
| 7. FURS AND JEWELRY | | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | | |
| 9. INSURANCE POLICIES | | | | | |
| 10. ANNUITIES | | | | | |
| 11. RETIREMENT & PROFIT SHARING | | | | | |
| 12. STOCKS | | | | | |
| 13. PARTNERSHIPS & JOINT VENTURES | | | | | |
| 14. GOVERNMENT & CORPORATE BONDS | | | | | |
| 15. ACCOUNTS RECEIVABLE | | | | | |
| 16. ALIMONY | | | | | |
| 17. OTHER LIQUIDATED DEBTS | | | | | |
| 18. EQUITABLE INTERESTS | | | | | |
| 19. CONTINGENT INTERESTS | | | | | |
| 20. OTHER CLAIMS | | | | | |
| 21. PATENTS & COPYRIGHTS | | | | | |
| 22. LICENSES & FRANCHISES | | | | | |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | | | | 20,000 | |
| 24. BOATS & MOTORS | | | | | |
| 25. AIRCRAFT | | | | | |
| 26. OFFICE EQUIPMENT | | | | 5000 | |
| 27. MACHINERY, FIXTURES & EQUIPMENT | | | | | |
| 28. INVENTORY | | | | | |
| 29. ANIMALS | | | | | |
| 30. CROPS | | | | | |
| 31. FARMING EQUIPMENT | | | | | |
| 32. FARM SUPPLIES | | | | | |
| 33. OTHER (ATTACH LIST) | | | | | |
| 34. TOTAL PERSONAL PROPERTY ASSETS | | | | | |
| 35. TOTAL ASSETS | | | | | |

* DATE AMENDED _____

June 2014

Identical listing as Prior month

CASE NAME: RCC

CASE NUMBER: 13-36312-KLP

**CASH BASIS-4**
02/13/95

## LIABILITIES OF THE ESTATE

MONTH: June 2014

| | PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|---|
| 1. | SECURED | *1.9 Mill | 0 |
| 2. | PRIORITY | | |
| 3. | UNSECURED | 201067 | 0 |
| 4. | OTHER (ATTACH LIST) | | |
| 5. | TOTAL PREPETITION LIABILITIES | | |

| | POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST-DUE | |
|---|---|---|---|---|---|---|
| 1. | FEDERAL INCOME TAXES | | | | | |
| 2. | FICA / MEDICARE | | | | | |
| 3. | STATE TAXES | | | | | |
| 4. | REAL ESTATE TAXES | 2013 & 2014 | 127715 | 6/2014 | 27764 | ① |
| 5. | OTHER TAXES (ATTACH LIST) | | | | | |
| 6. | TOTAL TAXES | | | | | |
| | OTHER POSTPETITION LIABILITIES, INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |
| 18. | | | | | | |
| 19. | | | | | | |
| 20. | | | | | | |
| 21. | | | | | | |
| 22. | | | | | | |
| 23. | | | | | | |
| 24. | | | | | | |
| 25. | | | | | | |
| 26. | | | | | | |
| 27. | | | | | | |
| 28. | | | | | | |
| 29. | (IF ADDITIONAL, ATTACH LIST) | | | | | |
| 30. | TOTAL OF LINES 7 - 29 | | | | | |
| 31. | TOTAL POSTPETITION LIABILITIES | | | | | |

① Trustee is still researching these to determine if church really owes since churches are tax exempt. These were only recently added to the books.

CASE NAME: RCc

CASE NUMBER: 13-36312-KLP

**CASH BASIS-5**
02/13/95

MONTH: June 2014

## PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID
TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE)
AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF
COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE,
TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|
| 1. Steve Parson | salary/housing | 13330 | 90548 |
| 2. Mark Parson | | 0 | 4800 |
| 3. Rhonda Holland | wages | 1000 | 8000 |
| 4. Steve Parson | car payment | 615 | 4226 |
| 5. Mark Parson | car payment | 639 | 3834 |
| 6. TOTAL PAYMENTS TO INSIDERS | | | |

### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID * |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. FCR | 0 | 0 | 0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

CASE NAME: _RCC_

CASE NUMBER: _13-36312-KCP_

**CASH BASIS-6**

02/13/95

MONTH: _____

## QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | X | |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

_____

_____

## INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

_____

_____

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Liab Prop | Brotherhood Mutual | " | monthly |
| | | | |
| | | | |
| | | | |

> 1693