U.S Bankruptcy Court
701 East Broad Street
Richmond, VA 23219
November 12, 2015

Larry & Etta Bond
305 Azalea Avenue
Henrico, VA 23227

Dear Judge Phillips,

We, the majority of the congregation of Richmond Christian Center (RCC) are writing to you concerning **Case Number 13-36312.** The purpose of our letter is to clarify some statements that were made in the bankruptcy hearing held on November 3, 2015. These statements are:

- Pastor Steve A. Parson, Sr., has been callings members of the congregation to solicit monies
- Pastor Parson has discouraged members from contributing to the "Capital Victory Campaign"
- Congregants of RCC DO NOT want Pastor Parson to return

Judge Phillips, the majority of the members of RCC is refuting the statement that Pastor Parson has been calling members soliciting monies. This statement was discussed and challenged in our RCC Leadership meeting which was held at RCC on November 4, 2015. Not a single person in attendance could confirm that Pastor Parson called any RCC member asking for monies.

It was also discussed at the Leadership meeting concerning the statement that Pastor Parson has been discouraging members from contributing to the "Capital Victory Campaign". Once again, it was NOT confirmed that this statement had ever been made by our Pastor. As a matter of fact, when the "Capital Victory Campaign" was first kicked off, Pastor Parson was the first to give toward the Campaign. We pose this question to you Judge Phillips, does this sound like a person that would discourage others from contributing?

In reference to statements made that members of RCC DO NOT want Pastor Parson to return, Judge Phillips, nothing could be further from the truth. We, the majority of the members of RCC are in full support of our Pastor returning to the pulpit. We have been deprived of his anointed teachings for ten months now, and we so look forward to his return. As RCC moves forward through the confirmation process of the bankruptcy, the worst thing that could happen is for the **Founder and Pastor of RCC for thirty-four years, Pastor Steve A. Parson, Sr.,** not be permitted to return. The RCC trustees (Hickman, Partridge, & Yarborough) have not kept us informed as to when Pastor Parson will return. Various members of RCC have questioned the Trustees during church services on several occasions as to the return of Pastor Parson, as well as, our belief that the Trustees have withheld pertinent information from the congregation, sharing

only what they deem necessary. It seems like it is an intentional misrepresentation by the Church Trustees to the congregation as it pertains to our Pastor's return to the pulpit of RCC. We, the majority of this congregation are fed up with the lack of clarity and the divisiveness displayed by the RCC Trustees.

Judge Phillips, we believe the statements made on November 3rd are character assassinations against our Pastor and felt a dire need to clarify these untrue statements. The majority of the congregation of RCC trust that you will seriously consider this letter for the purpose of voicing our concerns, as well as, clarifying the statements made. Attached are signatures of those congregants that miss our Pastor and cannot wait until he returns to the pulpit, the place that God has ordained him to be.

Respectfully,


Larry & Etta Bond & The Majority of RCC's Congregation
Pnone#: 804-329-1959

*Delight thyself also in the LORD: and he shall give thee the desires of thine heart. Psalm 37:4*

7/19/15

Members who want Pastor to come back to minister

1. Charles David       (804) 305-1477
2. Carrie David        (804) 539-3679
3. Ironia David        (804) 687-0054
4. Jeanette Carter Tyler (804) 276-8357
5. Kautka Pieler
6. Rounchuy. M. Edmunds
7. Maly Kenny
8. John Neall  804-935-1323
9. Samuel Gdten  562-1781
10. Sharon Williams  804 310-7819
11. Marilyn Hinton
12. MarilyN Zeigler  (804) 873-8269
13. ___
14. Michael Mitchell  804-452-4342
15. Cash-5
16. Brooklynn Hayes
17. ___
18. ___ Harris
19. Floyd E Randolph

*The effectual fervent prayer of a righteous man availeth much. James 5:16*

7/19/15

Members who want Pastor to come back to minister

Zachariah Davis 786-521-8141
1. Sharon McRae 804-247-2219
2. Detrick Williams 804-728-9096
3. Gayle Steele 804-833-2116
4. Peggy Cox
5. Brogdus Cox by Peggy Cox POA
6. Rosalyn Wiggins 804-536-2577
7. Maria S. Randozy (804) 301-4991
8. Genesee Graham 804-231-3029
9. Jackie Drakeford (804) 283-6082
10. Dianne W. Wilkins
11. Robert Lee Alston 415-6178
12. Claudine Smith
13. Hugh C. Barlow
14. Eric M. Luper
15. Debora Williams
16. Danika Barlow
17. Jeanette Barlow
18. Elizabeth B.

*And we know that all things work together for good to them that love God, to them who are the called according to his purpose. Romans 8:28*

7/19/15

Members who wants Pastor to come back to minister

1. Stanley Taylor
2. Monly Zeey
3. Richard Hayes
4. St. John Bullock
5. Evelyn Golden  504 562-7781
6. John Banir - 504-658-6711
7. Frances Hayes  804 233-1011
8. Felecia Hayes  (434) 447-3511
9. Rachel Hayes  434-447-5873
10. Violet Robinson - 804-852-2591
11. Daisy Jackson  (804) 317-1622
12. Carole Laws  804 909 2824
13. Martha Goins
14. Esther Meade
15. Patricia Lightning
16. Guansilla Goins
17. Natasha Goins
18. Rev. M. Leeper
19. Roger L Goins Jr.

*Trust in the LORD with all thine heart; and lean not unto thine own understanding. Proverbs 3:5*

7/19/15

Members who want Pastor to come back to minister

1. Hattie B. Metts — (864) 282-2471
2. [illegible] — 864 3[illegible]-6434
3. [illegible]
4. Sheila Harris — 447-6065
5. Elnora Reed
6. Juanita [illegible]
7. [illegible]
8. [illegible]
9. Merchietza Parham
10. Rannie Williams
11. Mildred A. Haines
12. Davida Bryan
13. [illegible]
14. William [illegible]
15. Rachel Andrews
16. Jimmie L Andrews
17. Lynette W Andrews
18. [illegible]
19. [illegible]

# Members who Want Pastor to Return

7/19/15

1. JAMES H. JOHNSON JR.
2. John C. Smith
3. WANDA H. Smith
4. Mary Jefferson
5. Vernessa Holmes
6. Calvin Yah[?]
7. Melinda Will[?]
8. Warrell Spindle[?]
9. Tessa S. Yarbr[?]
10. Randy Branch
11. [illegible]
12. Amiri [?]
13. Jamie [?]
14. Kimberly Winn
    (757) 303-5211
15. Mary Gar[?]
16. Roderick Johnson
17. Joyce Johnson
18. J.D. & Diane Williams
19. Barbara Harris
20. Eleanor Jackson  337-9970
21. Edna Atkins (804) 966-2692 (by I m d) permission to sign name she's
22. Thomas Atkins (804) 966-2692 (by I m d) permission to sign name having challenge
23. William Meredith