<table>
<tr><td><strong>CASE NAME: Richmond Christian Center</strong></td></tr>
<tr><td><strong>CASE NUMBER: 13-36312</strong></td></tr>
<tr><td><strong>JUDGE: Phillips</strong></td></tr>
</table>

<strong>CASH BASIS</strong>

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

## MONTHLY OPERATING REPORT

## MONTH ENDING: OCTOBER 31, 2015

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

/s/ Bruce H. Matson                          Chapter 11 Trustee
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY           TITLE

Bruce H. Matson                                  11/23/15
PRINTED NAME OF RESPONSIBLE PARTY                 DATE

**PREPARER:**

/s/ Matthew S. Smith                         Financial Advisor
ORIGINAL SIGNATURE OF PREPARER                    TITLE

Matthew S. Smith                                 11/23/15
PRINTED NAME OF PREPARER                          DATE

| CASE NAME: Richmond Christian Center | CASH BASIS-1 |
|---|---|
| CASE NUMBER: 13-36312 | |

| CASH RECEIPTS AND DISBURSEMENTS | October | | | QUARTER TOTAL | |
|---|---|---|---|---|---|
| 1.   CASH - BEGINNING OF MONTH | $        310,867 | | | $        310,867 | |
| **RECEIPTS** | | | | | |
| 2.   CASH SALES - Tithes and Offerings | 35,333 | | | 35,333 | |
| 3.   ACCOUNTS RECEIVABLE COLLECTIONS | - | | | - | |
| 4.   LOANS & ADVANCES | - | | | - | |
| 5.   SALE OF ASSETS | - | | | - | |
| 6.   LEASE & RENTAL INCOME | 4,118 | | | 4,118 | |
| 7.   INTEREST INCOME | - | | | - | |
| 8.   OTHER | - | | | - | |
| 9.   TOTAL RECEIPTS | 39,451 | | | 39,451 | |
| **DISBURSEMENTS** | | | | | |
| 10.  NET PAYROLL | 3,876 | | | 3,876 | |
| 11.  PAYROLL TAXES PAID | 1,572 | | | 1,572 | |
| 12.  SALES, USE & OTHER TAXES PAID | - | | | - | |
| 13.  RENTAL PROPERTY | - | | | - | |
| 14.  MORTGAGE PAYMENTS (FCR) | - | | | - | |
| 15.  OTHER LOAN PAYMENTS | - | | | - | |
| 16.  RENTAL & LEASE PAYMENTS | - | | | - | |
| 17.  UTILITIES | 5,573 | | | 5,573 | |
| 18.  INSURANCE | 1,852 | | | 1,852 | |
| 19.  VEHICLE EXPENSES | - | | | - | |
| 20.  TRAVEL & MEALS | - | | | - | |
| 21.  ADVERTISING | - | | | - | |
| 22.  REPAIRS & MAINTENANCE | 21,616 | | | 21,616 | [1] |
| 23.  SUPPLIES | - | | | - | |
| 24.  SPECIAL EVENTS | - | | | - | |
| 25.  LEGAL EXPENSES | - | | | - | |
| 26.  MEMBER OUTREACH | 1,580 | | | 1,580 | [2] |
| 27.  REAL ESTATE TAXES | - | | | - | |
| 28.  HVAC LEASE | - | | | - | |
| 29   OTHER | 402 | | | 402 | |
| 30.  TOTAL ORDINARY DISBURSEMENTS | 36,471 | | | 36,471 | |
| **REORGANIZATION EXPENSES** | | | | | |
| 31.  PROFESSIONAL FEES | - | | | - | |
| 32.  U.S. TRUSTEE FEES | 1,950 | | | 1,950 | |
| 33.  OTHER (ATTACH LIST) | - | | | - | |
| 34.  TOTAL REORGANIZATION EXPENSES | 1,950 | | | 1,950 | |
| 35.  TOTAL DISBURSEMENTS | 38,421 | | | 38,421 | |
| 36.  NET CASH FLOW | 1,030 | | | 1,030 | |
| 37.  CASH - END OF MONTH | $        311,897 | | | $        311,897 | |

[1] Repairs continued in October in order to prepare the daycare for a tenant beginning in its lease in November.

[2] Payment to assist a member of the church with living expenses.

| CASE NAME: Richmond Christian Center | CASH BASIS-1A |
|---|---|
| CASE NUMBER: 13-36312 | |

MONTH: October 2015

## CASH DISBURSEMENTS DETAIL
(ATTACH ADDITIONAL SHEETS IF NECESSARY)

### CASH DISBURSEMENTS

| | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | **SEE Exhibit 1A** | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL CASH DISBURSEMENTS** | | | |

### BANK ACCOUNT DISBURSEMENTS

| CHECK NUMBER | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | **See Exhibit 1A** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH | |
|---|---|

Richmond Christian Center
United States Bankruptcy Court - Eastern District of Virginia - Case No. 13-36312
Disbursement Detail

| Date | Check Number | Payee | Purpose | Amount |
|------|------|------|------|------|
| 10/05/15 | 200238 | Ashton Square | Member Outreach | $ 1,238 |
| 10/07/15 | 200239 | Alice A Jones | Payroll | 415 |
| 10/07/15 | 200240 | City of Richmond - Dept of Public Utilities | Utilities | 57 |
| 10/07/15 | 200241 | City of Richmond - Dept of Public Utilities | Utilities | 113 |
| 10/07/15 | 200242 | City of Richmond - Dept of Public Utilities | Utilities | 455 |
| 10/07/15 | 200243 | City of Richmond - Dept of Public Utilities | Utilities | 749 |
| 10/07/15 | 200244 | Comcast | Utilities | 184 |
| 10/07/15 | 200245 | Florence A Taylor | Payroll | 351 |
| 10/07/15 | 200246 | John Shutte | Repairs and Maintenance | 543 |
| 10/07/15 | 200247 | Lawrence Ellis Williams | Repairs and Maintenance | 1,000 |
| 10/07/15 | 200248 | Leroy Howie | Repairs and Maintenance | 1,500 |
| 10/07/15 | 200249 | Michael Sturtz | Repairs and Maintenance | 189 |
| 10/07/15 | 200250 | Rhonda D Hickman | Payroll | 203 |
| 10/07/15 | 200251 | Ujima Properties | Reimbursement - Repairs and Maintenance | 3,500 |
| 10/07/15 | 200252 | Waste Management | Utilities | 179 |
| 10/07/15 | Wire | IRS | Payroll Taxes | 1,372 |
| 10/09/15 | Wire | State of Virginia | Payroll Taxes | 200 |
| 10/14/15 | 200253 | Alice A Jones | Payroll | 415 |
| 10/14/15 | 200254 | Florence A Taylor | Payroll | 351 |
| 10/14/15 | 200255 | Rhonda D Hickman | Payroll | 203 |
| 10/14/15 | 200256 | Verizon | Utilities | 311 |
| 10/21/15 | 200257 | ADT | Utilities | 699 |
| 10/21/15 | 200258 | Alice A Jones | Payroll | 415 |
| 10/21/15 | 200259 | Florence A Taylor | Payroll | 351 |
| 10/21/15 | 200260 | John Shutte | Repairs and Maintenance | 392 |
| 10/21/15 | 200261 | Leroy  Howie | Repairs and Maintenance | 250 |
| 10/21/15 | 200263 | Rich Technology Group | Repairs and Maintenance | 2,400 |
| 10/21/15 | 200264 | Rhonda D Hickman | Payroll | 203 |
| 10/21/15 | 200265 | Ujima Properties | Reimbursement - Repairs and Maintenance | 382 |
| 10/21/15 | Wire | Union Bank | Bank Fees | 402 |
| 10/27/15 | 200266 | Alice A Jones | Payroll | 415 |
| 10/27/15 | 200267 | Brotherhood Mutual Insurance Co. | Insurance | 1,852 |
| 10/27/15 | 200268 | Dominion Virginia  Power | Utilities | 45 |
| 10/27/15 | 200269 | Dominion Virginia  Power | Utilities | 1,584 |
| 10/27/15 | 200270 | Dominion Virginia  Power | Utilities | 684 |
| 10/27/15 | 200271 | Dominion Virginia  Power | Utilities | 188 |
| 10/27/15 | 200272 | Florence A Taylor | Payroll | 351 |
| 10/27/15 | 200273 | Office of The U.S. Trustee | US Trustee | 1,950 |
| 10/27/15 | 200274 | Rhonda D Hickman | Payroll | 203 |
| 10/27/15 | 200275 | Verizon | Utilities | 325 |
| 10/27/15 | 200276 | Shelia Harris | Repairs and Maintenance | 342 |
| 10/27/15 | 200277 | Anytime Plumbing | Repairs and Maintenance | 340 |
| 10/27/15 | 200278 | Commonwealth Environmental Assoc | Repairs and Maintenance | 19 |
| 10/29/15 | 200279 | Concepcion Cornego | Repairs and Maintenance | 1,960 |
| 10/29/15 | 200280 | Cooke's Insulation Co. | Repairs and Maintenance | 150 |
| 10/29/15 | 200281 | Craig Johnson | Repairs and Maintenance | 600 |
| 10/29/15 | 200282 | Haynes Furniture Company | Repairs and Maintenance | 2,631 |
| 10/29/15 | 200283 | Howardaire Services | Repairs and Maintenance | 450 |
| 10/29/15 | 200284 | John Shutte | Repairs and Maintenance | 2,331 |
| 10/29/15 | 200285 | Langhorne Electric, Inc | Repairs and Maintenance | 900 |

Richmond Christian Center
United States Bankruptcy Court - Eastern District of Virginia - Case No. 13-36312
Disbursement Detail

| Date | Check Number | Payee | Purpose | Amount |
|------|------|------|------|------|
| 10/29/15 | 200286 | Robinson Plumbing | Repairs and Maintenance | 170 |
| 10/29/15 | 200287 | Rich Technology Group | Repairs and Maintenance | 300 |
| 10/29/15 | 200288 | Tom Reinhardt | Repairs and Maintenance | 300 |
| 10/29/15 | 200290 | Tony C Jefferson | Repairs and Maintenance | 250 |
| 10/29/15 | 200291 | Ujima Properties | Reimbursement - Repairs and Maintenance | 1,061 |
| | | | | $ 38,421 |

| CASE NAME:  Richmond Christian Center |
|---|
| CASE NUMBER:  13-36312 |

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

MONTH:          October 2015

| BANK RECONCILIATIONS | | | | | |
|---|---|---|---|---|---|
| | Account #1 | | | | |
| A.      BANK: | Union | | | | |
| B.      ACCOUNT NUMBER: | 2738 | | | | TOTAL |
| C.      PURPOSE (TYPE): | Operating | | | | |
| 1.    BALANCE PER BANK STATEMENT | $      283,571 | | | | $      283,571 |
| 2.    ADD: TOTAL DEPOSITS NOT CREDITED | 27,416 | | | | 27,416 |
| 3.    SUBTRACT: OUTSTANDING CHECKS | - | | | | - |
| 4.    OTHER RECONCILING ITEMS | 910 | | | | 910 |
| 5.    MONTH END BALANCE PER BOOKS | $      311,897 | | | | $      311,897 |
| 6.    NUMBER OF LAST CHECK WRITTEN | 200291 | | | | |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7.      NONE | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11.   TOTAL INVESTMENTS | | | | |

| CASH | | |
|---|---|---|
| 12.    CURRENCY ON HAND | $ | - |

| 13.    TOTAL CASH - END OF MONTH | $ | 311,897 |
|---|---|---|

| CASE NAME: Richmond Christian Center |
| CASE NUMBER: 13-36312 |

**ASSETS OF THE ESTATE**

| SCHEDULE "A"<br>REAL PROPERTY | SCHEDULE<br>AMOUNT * | October | | | |
|---|---|---|---|---|---|
| 1. | $ - | $ - | $ - | $ - | |
| 2. | - | - | - | - | |
| 3. | - | - | - | - | |
| 4. OTHER - See Exhibit 3 | 6,123,000 | 2,052,440 | - | - | [1] |
| 5. TOTAL REAL PROPERTY ASSETS | 6,123,000 | 2,052,440 | - | - | |
| **SCHEDULE "B"**<br>**PERSONAL PROPERTY** | | | | | |
| 1. CASH ON HAND | - | - | - | - | |
| 2. CHECKING, SAVINGS, ETC. | 1,000 | 311,897 | - | - | |
| 3. SECURITY DEPOSITS | - | - | - | - | |
| 4. HOUSEHOLD GOODS | - | - | - | - | |
| 5. BOOKS, PICTURES, ART | - | - | - | - | |
| 6. WEARING APPAREL | - | - | - | - | |
| 7. FURS AND JEWELRY | - | - | - | - | |
| 8. FIREARMS & SPORTS EQUIPMENT | - | - | - | - | |
| 9. INSURANCE POLICIES | - | - | - | - | |
| 10. ANNUITIES | - | - | - | - | |
| 11. RETIREMENT & PROFIT SHARING | - | - | - | - | |
| 12. STOCKS | - | - | - | - | |
| 13. PARTNERSHIPS & JOINT VENTURES | - | - | - | - | |
| 14. GOVERNMENT & CORPORATE BONDS | - | - | - | - | |
| 15. ACCOUNTS RECEIVABLE | - | - | - | - | |
| 16. ALIMONY | - | - | - | - | |
| 17. OTHER LIQUIDATED DEBTS | - | - | - | - | |
| 18. EQUITABLE INTERESTS | - | - | - | - | |
| 19. CONTINGENT INTERESTS | - | - | - | - | |
| 20. OTHER CLAIMS | - | - | - | - | |
| 21. PATENTS & COPYRIGHTS | - | - | - | - | |
| 22. LICENSES & FRANCHISES | - | - | - | - | |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | 56,000 | - | - | - | [2] |
| 24. BOATS & MOTORS | - | - | - | - | |
| 25. AIRCRAFT | - | - | - | - | |
| 26. OFFICE EQUIPMENT | 1,600 | - | - | - | [3] |
| 27. MACHINERY, FIXTURES & EQUIPMENT | 8,000 | 5,000 | - | - | |
| 28. INVENTORY | - | - | - | - | |
| 29. ANIMALS | - | - | - | - | |
| 30. CROPS | - | - | - | - | |
| 31. FARMING EQUIPMENT | - | - | - | - | |
| 32. FARM SUPPLIES | - | - | - | - | |
| 33. OTHER (ATTACH LIST) | - | - | - | - | |
| 34. TOTAL PERSONAL PROPERTY ASSETS | 66,600 | 316,897 | - | - | |
| 35. TOTAL ASSETS | $ 6,189,600 | $ 2,369,337 | $ - | $ - | |

[1] Exhibit 3 is a listing of the real property with actual tax assessed values for each parcel. The real property value is listed at its current book value, or historical cost less accumulated depreciation.

[2] No value is assigned to the cars because any potential sale proceeds are less then the unpaid loan amounts.

[3] The Debtor no longer assigns any value to the office equipment previously listed on the bankruptcy schedules. Any potential value is immaterial to the operations of the Debtor.

Exhibit 3

Richmond Christian Center
Eastern District of Virginia, Case No.: 13-36312-KLP
Monthly Operating Reports - Real Estate

| PIN | Address | Zip Code | Property Class Code | Class Description | Tax Assessed Value |
|---|---|---|---|---|---|
| S0000201206 | 219 Cowardin Avenue | 23224 | 401 | B - Commercial Vacant Land | $ 38,000 |
| S0000201207 | 221 Cowardin Avenue | 23224 | 401 | B - Commercial Vacant Land | 33,000 |
| S0000201208 | 223 Cowardin Avenue | 23224 | 401 | B - Commercial Vacant Land | 8,000 |
| S0000201209 | 225 Cowardin Avenue | 23224 | 401 | B - Commercial Vacant Land | 8,000 |
| S0000201210 | 227 Cowardin Avenue | 23224 | 401 | B - Commercial Vacant Land | 8,000 |
| S0000245001 | 1720 Wall Street | 23224 | 406 | B - Paved Surface Parking | 153,000 |
| S0000245022 | 215 West 19th Street | 23224 | 406 | B - Paved Surface Parking | 82,000 |
| S0000245025 | 219 West 19th Street | 23224 | 406 | B - Paved Surface Parking | 62,000 |
| S0000245026 | 217 West 19th Street | 23224 | 406 | B - Paved Surface Parking | |
| S0000246005 | 216 Cowardin Avenue | 23224 | 406 | B - Paved Surface Parking | 169,000 |
| S0000246009 | 1731 Wall Street | 23224 | 468 | B - Religious/Church/Synagogue | 240,000 |
| S0000246010 | 214 Cowardin Avenue | 23224 | 468 | B - Religious/Church/Synagogue | 1,966,000 |
| S0000246010 | 1721 Wall Street | 23224 | 468 | B - Religious/Church/Synagogue | |
| S0000295005 | 1916 Bainbridge Street | 23224 | 501 | B - Industrial Vacant Land | 9,000 |
| S0000298001 | 1910 Wall Street | 23224 | 506 | B - Industrial Paved Parking | 60,000 |
| S0000298010 | 208 West 19th Street | 23224 | 406 | B - Paved Surface Parking | 69,000 |
| S0000298010 | 210 West 19th Street | 23224 | 406 | B - Paved Surface Parking | |
| S0000298010 | 218 West 19th Street | 23224 | 406 | B - Paved Surface Parking | |
| S0000298016 | 1919 Porter Street | 23224 | 101 | R - Single Family Vacant (R1 - R6) | 20,000 |
| S0000299001 | 1901 Wall Street | 23224 | 456 | B - Educational | 1,131,000 |
| S0000299001 | 318 West 19th Street | 23224 | 456 | B - Educational | |
| S0070815003 | 3010 Stockton Street | 23224 | 110 | R - One Story | 48,000 |
| | | | | | $ 4,104,000 |

| CASE NAME: Richmond Christian Center | CASH BASIS-4 |
|---|---|
| CASE NUMBER: 13-36312 | |

## LIABILITIES OF THE ESTATE

MONTH:      October 2015

| | PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|---|
| 1. | SECURED | $      2,027,591 | $      - |
| 2. | PRIORITY | 79,181 | - |
| 3. | UNSECURED | 93,968 | - |
| 4. | OTHER (ATTACH LIST) | - | - |
| 5. | TOTAL PREPETITION LIABILITIES | $      2,200,739 | $      - |

| | POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST-DUE | |
|---|---|---|---|---|---|---|
| 1. | FEDERAL INCOME TAXES | N/A | $      - | N/A | $      - | |
| 2. | FICA / MEDICARE | N/A | - | N/A | - | |
| 3. | STATE TAXES | N/A | - | N/A | - | |
| 4. | REAL ESTATE TAXES | Various | 89,472 | Various | 89,472 | [1] |
| 5. | OTHER TAXES (ATTACH LIST) | N/A | - | N/A | - | |
| 6. | TOTAL TAXES | | $      89,472 | | $      89,472 | |
| OTHER POSTPETITION LIABILITIES, INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |
| 18. | | | | | | |
| 19. | | | | | | |
| 20. | | | | | | |
| 21. | | | | | | |
| 22. | | | | | | |
| 23. | | | | | | |
| 24. | | | | | | |
| 25. | | | | | | |
| 26. | | | | | | |
| 27. | | | | | | |
| 28. | | | | | | |
| 29. | (IF ADDITIONAL, ATTACH LIST) | | | | | |
| 30. | TOTAL OF LINES  7 - 29 | | | | - | |
| 31. | TOTAL POSTPETITION LIABILITIES | | | | $      89,472 | |

[1]   Real estate taxes for the second half of 2013,  both halves of 2014, and first half of 2015 are past due.

MONTH:      October 2015

## PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE) AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSIDERS | | | |
|---|---|---|---|
| Name | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. Stephen Parson | Payroll | $ - | $ 100,201 |
| | Housing | - | 52,143 |
| | Car Payment | - | 9,190 |
| | Gas, Meals, and Travel | - | 2,939 |
| | Contractor - Visiting Pastor | - | 1,000 |
| 2. Mark Parson | Salary | - | 4,800 |
| | Car Payment | - | 8,212 |
| 3. Rhonda Hickman | Salary | 812 | 22,002 |
| 4. TOTAL PAYMENTS TO INSIDERS | | $ 812 | $ 200,487 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| Name | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. DurretteCrump PLC | 6/10/2015 | $ 47,000 | $ - | $ 15,000 | $ 32,000 [1] |
| 2. LeClair Ryan | 9/16/2015 | 170,775 | 125,000 | 125,000 | 45,775 |
| 3. Protiviti Inc. | 9/16/2015 | 97,587 | - | - | 97,587 |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | $ 315,361 | $ 125,000 | $ 140,000 | $ 175,361 |

## POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $ - | $ - | $ - |

[1] The Court has approved total fees of $54,979. DurretteCrump received a retainer of $15,000 leaving an outstanding balance of $39,979. As part of an agreement, DurretteCrump has agreed to reduce its balance to $32,000 subject to being paid in full upon confirmation.

MONTH:               October 2015

## QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | X | |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

8 - Real estate taxes for the second half of 2013, both halves of 2014, and first half of 2015 are past due.

## INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEE CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSTALLMENT PAYMENTS | | | |
|---|---|---|---|
| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
| General Insurance | Brotherhood Mutual | November 2014 - November 2017 | Monthly - $1,864 |
| | | | |
| | | | |
| | | | |
| | | | |

| Case No: | 13-36312 -KLP | Trustee Name: | Bruce H. Matson |
|---|---|---|---|
| Case Name: | RICHMOND CHRISTIAN CENTER | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2738 OPERATING |
| Taxpayer ID No: | 54-1253269 | | |
| For Period Ending: | 10/31/15 | Blanket Bond (per case limit): | $        0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 309,930.98 |
| 10/05/15 | 200238 | Ashton Square Apartments | Mr.Bagby | | | 1,238.00 | 308,692.98 |
| 10/07/15 | 200239 | ALICE JONES | PAYROLL 10/5 | | | 415.02 | 308,277.96 |
| 10/07/15 | 200240 | CITY OF RICHMOND DEPARTMENT OF PUBLIC UTILITIES ACCT: 250580-0101246 P.O.BOX 26060 RICHMOND, VA 23274-0001 | ACCT: 250580-0101246, DUE 10/21/15 | | | 56.55 | 308,221.41 |
| 10/07/15 | 200241 | CITY OF RICHMOND DEPARTMENT OF PUBLIC UTILITIES ACCT: 664042-0109168 P.O.BOX 26060 RICHMOND, VA 23274-0001 | ACCT: 664042-0109168; DUE 10/21/15 | | | 112.64 | 308,108.77 |
| 10/07/15 | 200242 | CITY OF RICHMOND DEPARTMENT OF PUBLIC UTILITIES ACCT: 250580-0123187 RICHMOND, VA 23274-0001 | ACCT: 250580-0123187, DUE 10/21/15 | | | 454.94 | 307,653.83 |
| 10/07/15 | 200243 | CITY OF RICHMOND DEPARTMENT OF PUBLIC UTILITIES ACCT: 250580-0128125 P.O.BOX 26060 RICHMOND, VA 23274-0001 | ACCT: 250580-0128125, DUE 10/21/15 | | | 749.38 | 306,904.45 |
| 10/07/15 | 200244 | COMCAST ACCT: 09592833545015 P.O. BOX 3005 SOUTHEASTERN, PA 19398-3005 | SEPTEMBER 15 | | | 183.54 | 306,720.91 |
| 10/07/15 | 200245 | FLORENCE TAYLOR | PAYROLL - 10/5 | | | 351.22 | 306,369.69 |
| 10/07/15 | 200246 | JOHN SCHUTTE | MAINTENANCE | | | 543.06 | 305,826.63 |
| 10/07/15 | 200247 | LAWRENCE ELLIS WILLIAMS CONSULTING, LLC | OCTOBER 15 | | | 1,000.00 | 304,826.63 |

Page Subtotals                    0.00          5,104.35

LFORM24

Ver: 19.00

Case No:         13-36312  -KLP

Case Name:    RICHMOND CHRISTIAN CENTER

Taxpayer ID No:   54-1253269

For Period Ending:  10/31/15

Trustee Name:              Bruce H. Matson

Bank Name:                  UNION BANK

Account Number / CD #:    *******2738  OPERATING

Blanket Bond (per case limit):    $      0.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 2518 FORD AVENUE RICHMOND, VA 23223 | | | | | |
| 10/07/15 | 200248 | LEROY HOWIE 2320 GOLDEN GARDEN CIRCLE CHESTER, VA 23836 | 0014 | | | 1,500.00 | 303,326.63 |
| 10/07/15 | 200249 | MICHAEL STURTZ | MAINTENANCE | | | 189.00 | 303,137.63 |
| 10/07/15 | 200250 | RHONDA HICKMAN | PAYROLL - 10/5 | | | 202.88 | 302,934.75 |
| 10/07/15 | 200251 | UJIMA PROPERTIES | REPAIR REIMBURSEMENT | | | 3,500.00 | 299,434.75 |
| 10/07/15 | 200252 | WASTE MANAGEMENT OF VIRGINIA, INC. P.O. BOX 13648 ACCT: 440-0118082-2424-7 PHILADELPHIA, PA 19101-3648 | 3056315-2424-9 | | | 178.93 | 299,255.82 |
| 10/08/15 | | RICHMOND CHRISTIAN CENTER 214 COWARDIN AVENUE RICHMOND, VA 23224 | | | 10,462.75 | | 309,718.57 |
| 10/14/15 | 200253 | ALICE JONES | PAYROLL 10/12 | | | 415.02 | 309,303.55 |
| 10/14/15 | 200254 | FLORENCE TAYLOR | PAYROLL - 10/12 | | | 351.23 | 308,952.32 |
| 10/14/15 | 200255 | RHONDA HICKMAN | PAYROLL - 10/12 | | | 202.87 | 308,749.45 |
| 10/14/15 | 200256 | VERIZON P.O.BOX 660720 DALLAS, TX 75266-0720 | OCT 15 | | | 311.42 | 308,438.03 |
| 10/21/15 | 200257 | ADT | SECURITY INSTALL | | | 699.00 | 307,739.03 |
| 10/21/15 | 200258 | ALICE JONES | PAYROLL 10/12 | | | 415.01 | 307,324.02 |
| 10/21/15 | 200259 | FLORENCE TAYLOR | PAYROLL - 10/12 | | | 351.22 | 306,972.80 |
| 10/21/15 | 200260 | JOHN SCHUTTE | REPAIRS | | | 391.72 | 306,581.08 |
| 10/21/15 | 200261 | LEROY HOWIE | 0012 | | | 250.00 | 306,331.08 |
| * 10/21/15 | 200262 | MICHAEL STURTZ | REPAIRS | | | 189.00 | 306,142.08 |
| 10/21/15 | 200263 | RICH TECHNOLOGY GROUP 3420 PUMP ROAD, SUITE 197 | 4296 | | | 2,399.53 | 303,742.55 |

Page Subtotals          10,462.75          11,546.83

Ver: 19.00

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-36312 -KLP | | Trustee Name: | Bruce H. Matson |
|---|---|---|---|---|
| Case Name: | RICHMOND CHRISTIAN CENTER | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******2738 OPERATING |
| Taxpayer ID No: | 54-1253269 | | | |
| For Period Ending: | 10/31/15 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | HENRICO, VA 23233 | | | | | |
| 10/21/15 | 200264 | RHONDA HICKMAN | PAYROLL - 10/12 | | | 202.88 | 303,539.67 |
| 10/21/15 | 200265 | UJIMA PROPERTIES | EXPENSE REIMBURSEMENT | | | 381.98 | 303,157.69 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 376.14 | 302,781.55 |
| 10/27/15 | 200266 | ALICE JONES | PAYROLL 10/26 | | | 415.02 | 302,366.53 |
| 10/27/15 | 200267 | BROTHERHOOD MUTUAL | NOV 15- POLICY 45M5A238961 | | | 1,851.50 | 300,515.03 |
| | | P.O. BOX 2589, LOCKBOX A | | | | | |
| | | FORT WAYNE, IN 46801-2589 | | | | | |
| 10/27/15 | 200268 | DOMINION VIRGINIA POWER | ACCT: 0473305332, DUE 11/11/15 | | | 44.89 | 300,470.14 |
| | | P.O.BOX 26543 | | | | | |
| | | ACCT: 0473305332 | | | | | |
| | | RICHMOND, VA 23290-0001 | | | | | |
| 10/27/15 | 200269 | DOMINION VIRGINIA POWER | ACCT: 8859550488 DUE 11/11/15 | | | 1,583.61 | 298,886.53 |
| | | P.O.BOX 26543 | | | | | |
| | | ACCT: 8859550488 | | | | | |
| | | RICHMOND, VA 23290-0001 | | | | | |
| 10/27/15 | 200270 | DOMINION VIRGINIA POWER | ACCT: 8865299682 DUE 11/11/15 | | | 684.32 | 298,202.21 |
| | | P.O.BOX 26543 | | | | | |
| | | ACCT: 8865299682 | | | | | |
| | | RICHMOND, VA 23290-0001 | | | | | |
| 10/27/15 | 200271 | DOMINION VIRGINIA POWER | ACCT: 1910286796 DUE 11/11/15 | | | 188.37 | 298,013.84 |
| | | P.O.BOX 26543 | | | | | |
| | | ACCT: 1910286796 | | | | | |
| | | RICHMOND, VA 23290-0001 | | | | | |
| 10/27/15 | 200272 | FLORENCE TAYLOR | PAYROLL - 10/26 | | | 351.22 | 297,662.62 |
| 10/27/15 | 200273 | OFFICE OF THE U.S. TRUSTEE | Q3-2015 | | | 1,950.00 | 295,712.62 |
| | | 701 EAST BROAD STREET, SUITE 4304 | | | | | |
| | | RICHMOND, VA 23219 | | | | | |
| 10/27/15 | 200274 | RHONDA HICKMAN | PAYROLL - 10/26 | | | 202.87 | 295,509.75 |

Page Subtotals      0.00      8,232.80

LFORM24

Ver: 19.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-36312 -KLP | Trustee Name: | Bruce H. Matson |
|---|---|---|---|
| Case Name: | RICHMOND CHRISTIAN CENTER | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2738 OPERATING |
| Taxpayer ID No: | 54-1253269 | | |
| For Period Ending: | 10/31/15 | Blanket Bond (per case limit): $ | 0.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 10/27/15 | 200275 | VERIZON<br>P.O.BOX 660720<br>DALLAS, TX 75266-0720 | OCT 15 | | | 325.22 | 295,184.53 |
| | 10/29/15 | 200276 | SHEILA HARRIS | SPECIAL OFFERING | | | 342.00 | 294,842.53 |
| | 10/29/15 | 200277 | ANYTIME PLUMBING | PLUMBING - DAYCARE | | | 340.00 | 294,502.53 |
| | 10/29/15 | 200278 | COMMONWEALTH ENVIRONMENTAL | 30615.1 | | | 18.50 | 294,484.03 |
| | 10/29/15 | 200279 | CONCEPCION CORNEGO | CARPET INSTALL - DAYCARE | | | 1,960.06 | 292,523.97 |
| | 10/29/15 | 200280 | COOKE'S INSULATION COMPANY | CEILING INSULATION - DAYCARE | | | 150.00 | 292,373.97 |
| | 10/29/15 | 200281 | CRAIG JOHNSON | GYM ROOF LEAK REPAIRS | | | 600.00 | 291,773.97 |
| | 10/29/15 | 200282 | HAYNES FURNITURE COMPANY | CARPET - DAYCARE | | | 2,630.73 | 289,143.24 |
| | 10/29/15 | 200283 | HOWARDAIRE SERVICES | 3074-3075-3076 | | | 450.00 | 288,693.24 |
| | 10/29/15 | 200284 | JOHN SCHUTTE | REPAIRS/MAINTENANCE | | | 2,330.69 | 286,362.55 |
| | 10/29/15 | 200285 | LANGHORNE ELECTRIC, INC. | BATHROOMS- DAYCARE | | | 900.00 | 285,462.55 |
| | 10/29/15 | 200286 | ROBINSON'S PLUMBING SERVICE | 23949 | | | 170.00 | 285,292.55 |
| | 10/29/15 | 200287 | RTG TECH | 1002 | | | 300.00 | 284,992.55 |
| | 10/29/15 | 200288 | TOM REINHARDT | PAINT AND SUPPLIES - DAYCARE | | | 300.00 | 284,692.55 |
| * | 10/29/15 | 200289 | TONY JEFFERSON | MAINTENANCE | | | 350.00 | 284,342.55 |
| * | 10/29/15 | 200289 | TONY JEFFERSON | MAINTENANCE | | | -350.00 | 284,692.55 |
| | 10/29/15 | 200290 | TONY C. JEFFERSON | REPAIRS/MAINTENANCE | | | 250.00 | 284,442.55 |
| | 10/29/15 | 200291 | UJIMA PROPERTIES | DAYCARE EXP REIMBURSEMENT | | | 1,060.62 | 283,381.93 |
| * | 10/30/15 | 200262 | MICHAEL STURTZ | REPAIRS | | | -189.00 | 283,570.93 |

Page Subtotals      0.00      11,938.82

LFORM24

Ver: 19.00

Case No:          13-36312  -KLP

Case Name:        RICHMOND CHRISTIAN CENTER

Taxpayer ID No:   54-1253269

For Period Ending:  10/31/15

Trustee Name:             Bruce H. Matson

Bank Name:                UNION BANK

Account Number / CD #:    *******2738  OPERATING

Blanket Bond (per case limit):    $        0.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,462.75 | 36,822.80 | 283,570.93 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 10,462.75 | 36,822.80 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,462.75 | 36,822.80 | |

Page Subtotals          0.00          0.00

Ver: 19.00

LFORM24